UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW THORPE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-05677-EMC<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE**<br><br>Docket No. 13 |

　　　　Plaintiffs' motion for alternative service is denied without prejudice. The Court is not, at this juncture, rejecting email/LinkedIn service on Mr. Agueda. However, at this point, Plaintiffs have not demonstrated that they cannot do more. For example, have Plaintiffs done a skip trace to determine if the home address is still valid? Are Plaintiffs aware of any friends or family of Mr. Agueda and have they contacted those persons? Have Plaintiffs asked counsel for two of the other defendants in the case whether it has any information? Have Plaintiffs done any additional investigation to determine where Mr. Agueda works (other than looking at LinkedIn)?

　　　　Accordingly, the motion for relief is **DENIED**. To be clear, Plaintiffs are not precluded from returning to the Court asking for the same relief should additional investigation and effort yield no results.

　　　　This order disposes of Docket No. 13.

　　　　**IT IS SO ORDERED**.

Dated: September 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge