MARC E. MAYER (SBN 190969); mem@msk.com
EMILY F. EVITT (SBN 261491); efe@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

FILED

Oct 21 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ANDREW THORPE a/k/a KRYPTO, an individual; JONATHAN AGUEDA a/k/a OVERPOWERED, an individual; WESAM MOHAMMED a/k/a GRIZZY, an individual; AHMAD MOHAMMED, an individual; and Does 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 3:21-cv-05677-EMC<br><br>[Honorable Edward M. Chen]<br><br>**CERTIFICATE OF SERVICE OF SUMMONS ON DEFENDANT ANDREW THORPE a/k/a KRYPTO**<br><br>Filed: July 23, 2021 |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 450 Golden Gate Avenue, San Francisco, CA 94102-3426.

    On October 4, 2021, I served a copy of the foregoing document(s) described as

1. Complaint (Dkt No. 1);
2. Civil Cover Sheet (Dkt No. 1-1);
3. Certificate of Interested Parties and Corporate Disclosures (Dkt No. 3);
4. Report on the Filing of an Action Re a Copyright (Dkt No. 4);
5. Case Assigned to Judge Edward Chen (Dkt No. 5);
6. Order Setting Initial CMC (Dkt No. 6);
7. Notice of Eligibility of Video Recording (Dkt No. 6-1);
8. Summons (Dkt No. 7);
9. Notice of Availability Magistrate Judge;
10. Notice of Lawsuit and Request to Waive Service A0398;
11. Notice of Availability of Magistrate Judge Election Form;
12. Standing Order for All Judges;
13. Waiver of Service of Summons A0399;
14. ECF Registration Information;
15. Judge Chen Guideline for Trial Time Calculation;
16. Judge Chen Guidelines for Trial in Civil Cases Jury Bench;
17. Judge Chen Pretrial Instructions;
18. Judge Chen Standing Order Civil Discovery;
19. Judge Chen Standing Order Civil General; and,
20. Notice General Order 65

on the interested parties in this action at their last known address as set forth below by taking the action described below:

Andrew L. Thorpe a/k/a Krypto
Flat 2
4 Clarence Road
Bridlington
YO15

☑ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned

Mitchell Silberberg & Knupp LLP
13637481.1

document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FEDERAL EXPRESS** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 21, 2021, at Los Angeles, California.

_____
Gina Agustine