MARC E. MAYER (SBN 190969); mem@msk.com
EMILY F. EVITT (SBN 261491); efe@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW THORPE a/k/a KRYPTO, an individual; JONATHAN AGUEDA a/k/a OVERPOWERED, an individual; WESAM MOHAMMED a/k/a GRIZZY, an individual; AHMAD MOHAMMED, an individual; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-05677-ECM<br><br>[Assigned to Judge Edward M. Chen]<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION REQUESTING ENTRY OF DEFAULT AGAINST DEFENDANT ANDREW THORPE a/k/a KRYPTO**<br><br>[Ex Parte Application and [Proposed] Order filed concurrently herewith]<br><br>Filed: July 23, 2021 |

CASE NO. 3:21-cv-05677
**DECLARATION OF MARC E. MAYER IN SUPPORT OF
EX PARTE APPLICATION REQUESTING ENTRY OF DEFAULT**

Mitchell Silberberg & Knupp LLP
13998113.1

I, MARC E. MAYER, declare as follows:

1.  I am an attorney at law, duly licensed to practice law in the State of California and before this United States District Court. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Plaintiffs Ubisoft Entertainment, Ubisoft, Inc. (collectively "Ubisoft"), and Bungie, Inc. ("Bungie") (together with Ubisoft, "Plaintiffs"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could competently testify thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the proof of service (ECF No. 19) on file with the Court, reflecting that Defendant Andrew Thorpe ("Thorpe") was served with the (1) Complaint (Dkt No. 1); (2) Civil Cover Sheet (Dkt No. 1-1); (3) Certificate of Interested Parties and Corporate Disclosures (Dkt No. 3); (4) Report on the Filing of an Action Re a Copyright (Dkt No. 4); (5) Case Assigned to Judge Edward Chen (Dkt No. 5); (6) Order Setting Initial CMC (Dkt No. 6); (7) Notice of Eligibility of Video Recording (Dkt No. 6-1); (8) Summons (Dkt No. 7); (9) Notice of Availability Magistrate Judge; (10) Notice of Lawsuit and Request to Waive Service A0398; (11) Notice of Availability of Magistrate Judge Election Form; (12) Standing Order for All Judges; (13) Waiver of Service of Summons A0399; (14) ECF Registration Information; (15) Judge Chen Guideline for Trial Time Calculation; (16) Judge Chen Guidelines for Trial in Civil Cases Jury Bench; (17) Judge Chen Pretrial Instructions; (18) Judge Chen Standing Order Civil Discovery; (19) Judge Chen Standing Order Civil General; and (20) Notice General Order 65. Thorpe was served on October 4, 2021, via overnight delivery from a clerk for the United States District Court for the Northern District of California, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii).

3.  More than 21 days have elapsed since the date on which service of the Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Thorpe an extension of time to respond to the Complaint. Thorpe has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

5. Based on an investigation conducted at my request, I am informed and believe that Thorpe is an adult, and thus is not an infant or an incompetent person. Nor do I have any reason to believe that Thorpe is an adult individual who is in the active service, active duty or military service of the United States or any branch of the military service of the United States, as defined in 10 U.S.C. § 101. I am aware of no other facts contradicting the foregoing or otherwise suggesting that Thorpe is an active service member as defined in 10 U.S.C. § 101.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2022, at Calabasas, California.

_____
Marc E. Mayer

Mitchell Silberberg & Knupp LLP
13998113.1

3   CASE NO. 3:21-cv- 5677
**DECLARATION OF MARC E. MAYER IN SUPPORT OF**
***EX PARTE* APPLICATION REQUESTING ENTRY OF DEFAULT**

# EXHIBIT 1

Exhibit 1
Page 4

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MARC E. MAYER (SBN 190969); mem@msk.com<br>EMILY F. EVITT (SBN 261491); efe@msk.com<br>MARK C. HUMPHREY (SBN 291718); mxh@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br><br>Attorneys for Plaintiffs |

**FILED**

Oct 21 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>ANDREW THORPE a/k/a KRYPTO, an individual; JONATHAN AGUEDA a/k/a OVERPOWERED, an individual; WESAM MOHAMMED a/k/a GRIZZY, an individual; AHMAD MOHAMMED, an individual; and Does 1 through 50, inclusive,<br><br>   Defendants. | CASE NO. 3:21-cv-05677-EMC<br><br>[Honorable Edward M. Chen]<br><br>**CERTIFICATE OF SERVICE OF SUMMONS ON DEFENDANT ANDREW THORPE a/k/a KRYPTO**<br><br><br>Filed: July 23, 2021 |

Mitchell Silberberg & Knupp LLP

13637481.1

CERTIFICATE OF SERVICE

CASE NO. 3:21-cv-05677

Exhibit 1
Page 5

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 450 Golden Gate Avenue, San Francisco, CA 94102-3426.

    On October 4, 2021, I served a copy of the foregoing document(s) described as

1. Complaint (Dkt No. 1);
2. Civil Cover Sheet (Dkt No. 1-1);
3. Certificate of Interested Parties and Corporate Disclosures (Dkt No. 3);
4. Report on the Filing of an Action Re a Copyright (Dkt No. 4);
5. Case Assigned to Judge Edward Chen (Dkt No. 5);
6. Order Setting Initial CMC (Dkt No. 6);
7. Notice of Eligibility of Video Recording (Dkt No. 6-1);
8. Summons (Dkt No. 7);
9. Notice of Availability Magistrate Judge;
10. Notice of Lawsuit and Request to Waive Service A0398;
11. Notice of Availability of Magistrate Judge Election Form;
12. Standing Order for All Judges;
13. Waiver of Service of Summons A0399;
14. ECF Registration Information;
15. Judge Chen Guideline for Trial Time Calculation;
16. Judge Chen Guidelines for Trial in Civil Cases Jury Bench;
17. Judge Chen Pretrial Instructions;
18. Judge Chen Standing Order Civil Discovery;
19. Judge Chen Standing Order Civil General; and,
20. Notice General Order 65

on the interested parties in this action at their last known address as set forth below by taking the action described below:

Andrew L. Thorpe a/k/a Krypto
Flat 2
4 Clarence Road
Bridlington
YO15

☑ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned

Mitchell Silberberg & Knupp LLP
13637481.1

2     CASE NO. 3:21-cv-05677
CERTIFICATE OF SERVICE     Exhibit 1
Page 6

1 | document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FEDERAL EXPRESS** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 21, 2021, at Los Angeles, California.

_____
Gina Agustine

Mitchell Silberberg & Knupp LLP
13637481.1
3
CERTIFICATE OF SERVICE
CASE NO. 3:21-cv- 5677
Exhibit 1
Page 7