MARC E. MAYER (SBN 190969); mem@msk.com
EMILY F. EVITT (SBN 261491); efe@msk.com
MARK C. HUMPHREY (SBN 291718); mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW THORPE a/k/a KRYPTO, an individual; JONATHAN AGUEDA a/k/a OVERPOWERED, an individual; WESAM MOHAMMED a/k/a GRIZZY, an individual; AHMAD MOHAMMED, an individual; and Does 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:21-cv-05677-EMC<br><br>[Honorable Edward M. Chen]<br><br>**SUPPLEMENTAL DECLARATION OF MARK C. HUMPHREY PURSUANT TO THE COURT'S MARCH 7, 2022 ORDER (ECF NO. 33)**<br><br>Complaint filed: July 23, 2021 |

I, Mark C. Humphrey, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California and before this Court. I am an associate with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), attorneys of record for Plaintiffs Ubisoft Entertainment, Ubisoft, Inc. (collectively "Ubisoft"), and Bungie, Inc. ("Bungie") (together with Ubisoft, "Plaintiffs"). I make this Declaration pursuant to the Court's March 7, 2022 Order (ECF No. 33).

2. On August 12, 2021, I caused to be sent a package of initiating documents in the above-captioned case to Susan Y. Soong, the Clerk of the Court, requesting that the documents be served via FedEx on Defendant Andrew Thorpe a/k/a "Krypto" ("Thorpe"), a resident of the United Kingdom, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii). A true and correct copy of my letter to Ms. Soong is attached hereto as Exhibit 1.

3. I understand that, from August through October of 2021, my assistant, Suguey Melara, communicated repeatedly with Gina Augustine, clerk of the Court in this case, regarding how service on Mr. Thorpe would be effected. Ms. Melara has advised me that Ms. Augustine instructed her to create a shipping label and set up the FedEx delivery to Mr. Thorpe so that Ms. Augustine would be able to put the documents in a FedEx envelope and send them out on behalf of the Court. Ms. Melara did so, and the Complaint package ultimately was sent by Ms. Augustine, delivered to Mr. Thorpe, and signed for by him on October 4, 2021 at 12:16 p.m. local time in the United Kingdom. The tracking number for the delivery was 774848019370.

4. After receiving the Court's March 7, 2022 order on Plaintiffs' Motion for Default Judgment, and noting the Court's request that Plaintiffs confirm whether Mr. Thorpe was required to sign a confirmation of the FedEx delivery (ECF No. 33), I investigated this matter further. In the course of my investigation, I obtained a Proof of Delivery for Mr. Thorpe, for tracking number 774848019370. The Proof of Delivery indicates that while the FedEx instructions did not specifically require Mr. Thorpe to sign for the package based on the options chosen for delivery, Mr. Thorpe did, in fact, ultimately receive and sign for the package. A true and correct copy of the Proof of Delivery is attached hereto as Exhibit 2.

5. Also on March 7, 2022, at approximately 1:30 p.m., Ms. Melara and I spoke with a representative from FedEx, who confirmed to us that FedEx's records reflected that Mr. Thorpe did, in fact, sign for the case-initiating documents on October 4. However, because the delivery instructions did not specifically require a signature, FedEx could not provide a copy of his signature to my office.

6. Based on my investigation, I thus have confirmed that Mr. Thorpe did receive and sign for the case-initiating documents. Accordingly, Mr. Thorpe received the initiating documents and there should be no due process concerns with respect to entry of default.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of March, 2022, at Los Angeles, California.

_____
Mark C. Humphrey

# EXHIBIT 1

**Exhibit 1**
**Page 4**



MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Mark C. Humphrey
Attorney-at-Law
(310) 312-3265 Phone
(310) 231-8315 Fax
mxh@msk.com

August 12, 2021

Ms. Susan Y. Soong
Clerk of The Court
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** **Letter of Request**
  **Bungie, Inc. et al. vs. Andrew Thorpe et al., Case No. 3:21-cv-05677-EMC**

To the Clerk of the Court, Susan Y. Soong:

Plaintiffs hereby request service of the enclosed documents by Federal Express pursuant to FRCP Rule 4(f)(2)(C)(ii). The name and address of the party being served is:

> Andrew L. Thorpe a/k/a Krypto
> Flat 2
> 4 Clarence Road
> Bridlington
> YO 15 2RA

The documents being served are enumerated as follows:

1. Complaint (Dkt No. 1);
2. Civil Cover Sheet (Dkt No. 1-1);
3. Certificate of Interested Parties and Corporate Disclosures (Dkt No. 3);
4. Report on the Filing of an Action Re a Copyright (Dkt No. 4);
5. Case Assigned to Judge Edward Chen (Dkt No. 5);
6. Order Setting Initial CMC (Dkt No. 6);
7. Notice of Eligibility of Video Recording (Dkt No. 6-1);
8. Summons (Dkt No. 7);
9. Notice of Availability Magistrate Judge;
10. Notice of Lawsuit and Request to Waive Service A0398;
11. Notice of Availability of Magistrate Judge Election Form;
12. Standing Order for All Judges;
13. Waiver of Service of Summons A0399;
14. ECF Registration Information;
15. Judge Chen Guideline for Trial Time Calculation;
16. Judge Chen Guidelines for Trial in Civil Cases Jury Bench;
17. Judge Chen Pretrial Instructions;

13407495.1

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone: (310) 312-2000 Fax: (310) 312-3100 Website: WWW.MSK.COM

Exhibit 1
Page 5



Ms. Susan Y. Soong
August 12, 2021
Page 2

      18. Judge Chen Standing Order Civil Discovery;
      19. Judge Chen Standing Order Civil General; and,
      20. Notice General Order 65.

Please let me know if you require further information.

Sincerely,

Mark C. Humphrey
Attorney-at-Law for
MITCHELL SILBERBERG & KNUPP LLP

MCH/szm
Enclosures

# EXHIBIT 2

Exhibit 2
Page 8

Dear Customer,

The following is the proof-of-delivery for tracking number: 774848019370

| **Delivery Information:** | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | A.THORPE | Delivery Location: | |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | BRIDLINGTON, HU, |
| | | Delivery date: | Oct 4, 2021 12:16 |

| **Shipping Information:** | | | |
|---|---|---|---|
| Tracking number: | 774848019370 | Ship Date: | Oct 1, 2021 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:  
BRIDLINGTON, HU, GB,

Shipper:  
SAN FRANCISCO, CA, US,

Reference          51829-00001

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

Exhibit 2
Page 9

9/30/2021 — FedEx Ship Manager - Print Your Label(s)

This invoice must be completed in English

# PRO FORMA INVOICE

| EXPORTER : | |
|---|---|
| Tax ID# : | |
| Contact Name : Gina Agustine | Ship Date : 30 Sep, 2021 |
| Telephone No. : 4155222087 | Air Waybill No. / Tracking No. / Bill of Lading : 774848019370 |
| E-Mail : szm@msk.com | Invoice No. :   Purchase Order No. : |
| Company Name/Address : | |
| USDC Northern CA | |
| 450 Golden Gate Avenue | |
| 16th Floor | |
| SAN FRANCISCO CA 94102 | |
| Country/Territory : United States | |

Parties to Transaction:
☐ Related   ☐ Non-Related

Payment Terms :

Purpose of Shipment :  Personal Effects

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| Tax ID# : | ☑ Same as CONSIGNEE : |
| Contact Name : Andrew Thorpe | |
| Telephone No. : 310-9147948 | Tax ID# : |
| E-Mail : | Company Name/Address : |
| Company Name/Address : | |
| Andrew L. Thorpe | |
| Flat 2 | |
| 4 Clarence Road | |
| BRIDLINGTON YO15 | |
| Country/Territory : Great Britain(United Kingdom) | Country/Territory : |

If there is a designated broker for this shipment, please provide contact information

Name of Broker      Tel No.      Contact Name

Duties and Taxes Payable by  ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country/Territory of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Personal Effects - Legal documents | | US | 1.000000 | 1.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 2.00 lbs | Terms of Sale : | |
|---|---|---|---|
| Special Instructions : | | Subtotal : | 1.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| Declaration Statement(s) : | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other : | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 1.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |
| Signature / Title / Date  *[signed] Agustine* | | 30 Sep, 2021 | |

9/30/2021                                           FedEx Ship Manager - Print Your Label(s)

This invoice must be completed in English

# PRO FORMA INVOICE

**EXPORTER:**
Tax ID#:
Contact Name: Gina Agustine
Telephone No.: 4155222087
E-Mail: szm@msk.com
Company Name/Address:
USDC Northern CA
450 Golden Gate Avenue
16th Floor

SAN FRANCISCO CA 94102
Country/Territory: United States
Parties to Transaction:
☐ Related   ☐ Non-Related

Payment Terms:

Purpose of Shipment: Personal Effects

Ship Date: 30 Sep, 2021
Air Waybill No. / Tracking No. / Bill of Lading: 774848019370
Invoice No.:   Purchase Order No.:

**CONSIGNEE:**
Tax ID#:
Contact Name: Andrew Thorpe
Telephone No.: 310-9147948
E-Mail:
Company Name/Address:
Andrew L. Thorpe
Flat 2
4 Clarence Road

BRIDLINGTON YO15
Country/Territory: Great Britain(United Kingdom)

**SOLD TO (if different from Consignee):**
☑ Same as CONSIGNEE:

Tax ID#:
Company Name/Address:

Country/Territory:

If there is a designated broker for this shipment, please provide contact information
Name of Broker   Tel No.   Contact Name
Duties and Taxes Payable by  ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country/Territory of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
|  | 1.00 | PCS | Personal Effects - Legal documents |  | US | 1.000000 | 1.00 |

| Total No. of Packages: 1 | Total Weight (Indicate LBS or KGS): 2.00 lbs | Terms of Sale: | |
|---|---|---|---|

| Special Instructions: | Subtotal: | 1.00 |
|---|---|---|
| | Insurance: | 0.00 |
| | Freight: | 0.00 |
| | Packing: | 0.00 |

**Declaration Statement(s):**
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

| | Handling: | 0.00 |
|---|---|---|
| | Other: | 0.00 |

I declare that all the information contained in this invoice to be true and correct

| Invoice Total: | 1.00 |
|---|---|
| Currency Code: | USD |

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual:

Signature / Title / Date   *[signature]*

30 Sep, 2021

https://www.fedex.com/shipping/productsAction.handle?method=doContinue                                                                          6/7

Exhibit 2
Page 11

9/30/2021 · FedEx Ship Manager - Print Your Label(s)

This invoice must be completed in English

# PRO FORMA INVOICE

**EXPORTER:**
Tax ID#:
Contact Name: Gina Agustine
Telephone No.: 4155222087
E-Mail: szm@msk.com
Company Name/Address:
USDC Northern CA
450 Golden Gate Avenue
16th Floor

SAN FRANCISCO CA 94102
Country/Territory: United States
Parties to Transaction:
☐ Related   ☐ Non-Related

Payment Terms:

Purpose of Shipment: Personal Effects

Ship Date: 30 Sep, 2021
Air Waybill No. / Tracking No. / Bill of Lading: 774848019370
Invoice No.:   Purchase Order No.:

**CONSIGNEE:**
Tax ID#:
Contact Name: Andrew Thorpe
Telephone No.: 310-9147948
E-Mail:
Company Name/Address:
Andrew L. Thorpe
Flat 2
4 Clarence Road

BRIDLINGTON YO15
Country/Territory: Great Britain(United Kingdom)

**SOLD TO (if different from Consignee):**
☑ Same as CONSIGNEE:

Tax ID#:
Company Name/Address:

Country/Territory:

If there is a designated broker for this shipment, please provide contact information
Name of Broker    Tel No.    Contact Name
Duties and Taxes Payable by ☑ Exporter ☐ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country/Territory of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
|  | 1.00 | PCS | Personal Effects - Legal documents |  | US | 1.000000 | 1.00 |

Total No. of Packages: 1    Total Weight (Indicate LBS or KGS): 2.00 lbs    Terms of Sale:

Special Instructions:

| | |
|---|---|
| Subtotal: | 1.00 |
| Insurance: | 0.00 |
| Freight: | 0.00 |
| Packing: | 0.00 |
| Handling: | 0.00 |
| Other: | 0.00 |
| Invoice Total: | 1.00 |
| Currency Code: | USD |

**Declaration Statement(s):**
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

I declare that all the information contained in this invoice to be true and correct

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual:

30 Sep, 2021

Signature / Title / Date: *[signature: G. Agustine]*