1 | MARC E. MAYER (SBN 190969); mem@msk.com
2 | EMILY F. EVITT (SBN 261491); efe@msk.com
2 | MARK C. HUMPHREY (SBN 291718); mxh@msk.com
3 | MITCHELL SILBERBERG & KNUPP LLP
3 | 2049 Century Park East, 18TH Floor
4 | Los Angeles, CA 90067-3120
5 | Telephone: (310) 312-2000
5 | Facsimile: (310) 312-3100
6 | Attorneys for Plaintiffs,
6 | BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC.
7
8 | MANDOUR & ASSOCIATES, APC
8 | JOSEPH A. MANDOUR, III (SBN 188896)
9 | Email: jmandour@mandourlaw.com
9 | BEN T. LILA (SBN 246808)
10 | Email: blila@mandourlaw.com
10 | 8605 Santa Monica Blvd., Suite 1500
11 | Los Angeles, CA 90069
12 | Telephone: (858) 487-9300
12 | Attorneys for Defendants,
13 | WESAM MOHAMMED, AHMAD MOHAMMED and
13 | JONATHAN AGUEDA

# UNITED STATES DISTRICT COURT

# NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW THORPE a/k/a KRYPTO, an individual; JONATHAN AGUEDA a/k/a OVERPOWERED, an individual; WESAM MOHAMMED a/k/a GRIZZY, an individual; AHMAD MOHAMMED, an individual; and Does 1 through 50, inclusive,<br><br>Defendants. | **Case No. 3:21-cv-05677-EMC**<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

1  Pursuant to Local Rule 6-1(a), plaintiffs BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC. and defendants WESAM MOHAMMED, AHMAD MOHAMMED and JONATHAN AGUEDA hereby stipulate that the time for defendants to respond to plaintiffs' Complaint shall hereby be extended up to and including May 9, 2022.

The parties have agreed to the requested extension because they continue to be engaged in productive discussions concerning potential resolution and wish to engage in further discussions to explore whether resolution is possible prior to defendants' response.

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

Date: <u>April 7, 2022</u>

By:  <u>/s/ Emily Evitt</u>
Emily Evitt
Attorneys for Plaintiffs,
BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC.

MANDOUR & ASSOCIATES, APC

Date: <u>April 8, 2022</u>

By:  <u>/s/ Ben T. Lila</u>
Ben T. Lila
Attorneys for Defendants,
WESAM MOHAMMED and AHMAD MOHAMMED