UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW THORPE a/k/a KRYPTO, an individual; JONATHAN AGUEDA a/k/a OVERPOWERED, an individual; WESAM MOHAMMED a/k/a GRIZZY, an individual; AHMAD MOHAMMED, an individual; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-05677-ECM<br><br>[Assigned to Judge Edward M. Chen]<br><br>**ORDER GRANTING PLAINTIFFS' RENEWED *EX PARTE* APPLICATION REQUESTING ENTRY OF DEFAULT AGAINST DEFENDANT ANDREW THORPE a/k/a KRYPTO**<br><br><br>Filed: July 23, 2021 |

CASE NO. 3:21-cv-05677

**ORDER**

**ORDER**

Plaintiffs Ubisoft Entertainment, Ubisoft, Inc. (collectively "Ubisoft", and Bungie, Inc. ("Bungie" (together with Ubisoft, "Plaintiffs" filed an *ex parte* Application Requesting Entry of Default Against Defendant Andrew Thorpe a/k/a Krypto (the "Application". Having considered the papers, and all other matters presented to the Court, and for good cause appearing, it is hereby **ORDERED:**

1. Plaintiffs' Application is hereby **GRANTED** in its entirety;
2. The clerk is hereby directed to enter default against Defendant Andrew Thorpe a/k/a Krypto.

**IT IS SO ORDERED.**

DATED: April 13, 2022

Hon. Edward M. Chen
United States District Judge