1  MANDOUR & ASSOCIATES, APC
2  JOSEPH A. MANDOUR, III (SBN 188896)
   Email: jmandour@mandourlaw.com
3  BEN T. LILA (SBN 246808)
   Email: blila@mandourlaw.com
4  8605 Santa Monica Blvd., Suite 1500
   Los Angeles, CA 90069
5  Telephone: (858) 487-9300
6  Attorneys for Defendant,
   JONATHAN AGUEDA
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BUNGIE, INC., UBISOFT                    Case No. 3:21-cv-05677-EMC
12  ENTERTAINMENT, and UBISOFT, INC.,
                                             DEFENDANT JONATHAN
13                     Plaintiffs,           AGUEDA'S ANSWER TO THE
                                             COMPLAINT
14        v.
                                             DEMAND FOR JURY TRIAL
15  ANDREW THORPE a/k/a KRYPTO, an
16  individual; JONATHAN AGUEDA a/k/a
    OVERPOWERED, an individual; WESAM
17  MOHAMMED a/k/a GRIZZY, an individual;
    AHMAD MOHAMMED, an individual; and
18  Does 1 through 50, inclusive,
19
                       Defendants.
20

21

22

23

24        Pursuant to Rules 8, 12 and 38 of the Federal Rules of Civil Procedure, defendant

25  JONATHAN AGUEDA hereby answers the complaint of plaintiffs Bungie, Inc., Ubisoft

26  Entertainment and Ubisoft, Inc. and demand a jury trial as follows:

27

28

## PRELIMINARY STATEMENT[1]

1.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 1 of the complaint and, on that basis, denies said allegations.

2.    Denied.

3.    Denied.

4.    Denied.

## JURISDICTION AND VENUE

5.    Defendant admits the plaintiffs' complaint purports to bring an action seeking damages, injunctive relief, and other equitable relief under the anti-circumvention provisions of the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 1201, the United States Copyright Act, the Lanham Trademark Act, and the laws of the State of California.  Defendant denies plaintiffs are entitled to any relief.

6.    Defendant alleges the allegations of paragraph 6 of the complaint are statements of law to which no response is required.  To the extent said allegations are factual in nature, Defendant denies the allegations.

7.    Defendant alleges the allegations of paragraph 7 of the complaint are statements of law to which no response is required.  To the extent said allegations are factual in nature, Defendant denies the allegations.

8.    Defendant alleges the allegations of paragraph 8 of the complaint are statements of law to which no response is required.  To the extent said allegations are factual in nature, Defendant denies the allegations.

## THE PARTIES

9.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 9 of the complaint and, on that basis, denies said allegations.

10.    Defendant lacks sufficient knowledge and information to respond to the truth or the

---

[1] Plaintiffs have used a number of titles in their complaint.  Defendant denies their allegations if any but keeps them in the text for organizational and reference purposes only.

falsity of the allegation in paragraph 10 of the Complaint and, on that basis, denies said allegations.

11.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 11 of the Complaint and, on that basis, denies said allegations.

12.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 12 of the Complaint and, on that basis, denies said allegations.

13.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 13 of the complaint and, on that basis, denies said allegations.

14.     Defendant admits he resides in Windemere, FL.  Defendant denies the remainder of this paragraph.

15.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 15 of the Complaint and, on that basis, denies said allegations.

16.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 16 of the Complaint and, on that basis, denies said allegations.

17.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 17 of the Complaint and, on that basis, denies said allegations.

18.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 18 of the Complaint and, on that basis, denies said allegations.

19.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 19 of the Complaint and, on that basis, denies said allegations.

20.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 20 of the complaint and, on that basis, denies said allegations.

21.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 21 of the complaint and, on that basis, denies said allegations.

## FACTS APPLICABLE TO ALL CLAIMS

### Bungie and Destiny 2

22.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 22 of the Complaint and, on that basis, denies said allegations.

23.     Defendant lacks sufficient knowledge and information to respond to the truth or the

1   falsity of the allegation in paragraph 23 of the Complaint and, on that basis, denies said allegations.

2       24.      Defendant lacks sufficient knowledge and information to respond to the truth or the

3   falsity of the allegation in paragraph 24 of the Complaint and, on that basis, denies said allegations.

4       25.      Defendant lacks sufficient knowledge and information to respond to the truth or the

5   falsity of the allegation in paragraph 25 of the Complaint and, on that basis, denies said allegations.

6   **Ubisoft and Tom Clancy's Rainbow Six: Siege**

7       26.      Defendant lacks sufficient knowledge and information to respond to the truth or the

8   falsity of the allegation in paragraph 26 of the Complaint and, on that basis, denies said allegations.

9       27.      Defendant lacks sufficient knowledge and information to respond to the truth or the

10  falsity of the allegation in paragraph 27 of the Complaint and, on that basis, denies said allegations.

11      28.      Defendant lacks sufficient knowledge and information to respond to the truth or the

12  falsity of the allegation in paragraph 28 of the Complaint and, on that basis, denies said allegations.

13  **Plaintiffs' Intellectual Property Rights in the Games**

14      29.      Defendant lacks sufficient knowledge and information to respond to the truth or the

15  falsity of the allegation in paragraph 29 of the Complaint and, on that basis, denies said allegations.

16      30.      Defendant lacks sufficient knowledge and information to respond to the truth or the

17  falsity of the allegation in paragraph 30 of the Complaint and, on that basis, denies said allegations.

18      31.      Defendant lacks sufficient knowledge and information to respond to the truth or the

19  falsity of the allegation in paragraph 31 of the Complaint and, on that basis, denies said allegations.

20      32.      Defendant lacks sufficient knowledge and information to respond to the truth or the

21  falsity of the allegation in paragraph 32 of the Complaint and, on that basis, denies said allegations.

22      33.      Defendant lacks sufficient knowledge and information to respond to the truth or the

23  falsity of the allegation in paragraph 33 of the Complaint and, on that basis, denies said allegations.

24      34.      Defendant lacks sufficient knowledge and information to respond to the truth or the

25  falsity of the allegation in paragraph 34 of the Complaint and, on that basis, denies said allegations.

26      35.      Defendant lacks sufficient knowledge and information to respond to the truth or the

27  falsity of the allegation in paragraph 35 of the Complaint and, on that basis, denies said allegations.

28      36.      Defendant lacks sufficient knowledge and information to respond to the truth or the

falsity of the allegation in paragraph 36 of the Complaint and, on that basis, denies said allegations.

37.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 37 of the Complaint and, on that basis, denies said allegations.

38.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 38 of the Complaint and, on that basis, denies said allegations.

39.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 39 of the Complaint and, on that basis, denies said allegations.

**Plaintiffs' Business Models**

40.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 40 of the Complaint and, on that basis, denies said allegations.

41.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 41 of the Complaint and, on that basis, denies said allegations.

42.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 42 of the Complaint and, on that basis, denies said allegations.

43.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 43 of the Complaint and, on that basis, denies said allegations.

44.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 44 of the Complaint and, on that basis, denies said allegations.

45.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 45 of the Complaint and, on that basis, denies said allegations.

46.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 46 of the Complaint and, on that basis, denies said allegations.

47.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 47 of the Complaint and, on that basis, denies said allegations.

**Plaintiffs' Efforts to Protect Against Hackers and Cheaters**

48.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 48 of the Complaint and, on that basis, denies said allegations.

49.     Defendant lacks sufficient knowledge and information to respond to the truth or the

falsity of the allegation in paragraph 49 of the Complaint and, on that basis, denies said allegations.

50.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 50 of the Complaint and, on that basis, denies said allegations.

51.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 51 of the Complaint and, on that basis, denies said allegations.

52.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 52 of the Complaint and, on that basis, denies said allegations.

53.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 53 of the Complaint and, on that basis, denies said allegations.

54.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 54 of the Complaint and, on that basis, denies said allegations.

55.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 55 of the Complaint and, on that basis, denies said allegations.

56.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 56 of the Complaint and, on that basis, denies said allegations.

57.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 57 of the Complaint and, on that basis, denies said allegations.

58.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 58 of the Complaint and, on that basis, denies said allegations.

59.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 59 of the Complaint and, on that basis, denies said allegations.

60.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 60 of the Complaint and, on that basis, denies said allegations.

61.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 61 of the Complaint and, on that basis, denies said allegations.

62.    Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 62 of the Complaint and, on that basis, denies said allegations.

63.    Defendant lacks sufficient knowledge and information to respond to the truth or the

1    falsity of the allegation in paragraph 63 of the Complaint and, on that basis, denies said allegations.

2    **Defendants' Development, Marketing and Sale of the Cheating Software**

3        64.    Defendant lacks sufficient knowledge and information to respond to the truth or the

4    falsity of the allegation in paragraph 64 of the Complaint and, on that basis, denies said allegations.

5        65.    Defendant lacks sufficient knowledge and information to respond to the truth or the

6    falsity of the allegation in paragraph 65 of the Complaint and, on that basis, denies said allegations.

7        66.    Defendant lacks sufficient knowledge and information to respond to the truth or the

8    falsity of the allegation in paragraph 66 of the Complaint and, on that basis, denies said allegations.

9        67.    Defendant lacks sufficient knowledge and information to respond to the truth or the

10   falsity of the allegation in paragraph 67 of the Complaint and, on that basis, denies said allegations.

11       68.    Defendant lacks sufficient knowledge and information to respond to the truth or the

12   falsity of the allegation in paragraph 68 of the Complaint and, on that basis, denies said allegations.

13       69.    Defendant lacks sufficient knowledge and information to respond to the truth or the

14   falsity of the allegation in paragraph 69 of the Complaint and, on that basis, denies said allegations.

15       70.    Defendant lacks sufficient knowledge and information to respond to the truth or the

16   falsity of the allegation in paragraph 70 of the Complaint and, on that basis, denies said allegations.

17       71.    Defendant lacks sufficient knowledge and information to respond to the truth or the

18   falsity of the allegation in paragraph 71 of the Complaint and, on that basis, denies said allegations.

19       72.    Defendant lacks sufficient knowledge and information to respond to the truth or the

20   falsity of the allegation in paragraph 72 of the Complaint and, on that basis, denies said allegations.

21       73.    Defendant lacks sufficient knowledge and information to respond to the truth or the

22   falsity of the allegation in paragraph 73 of the Complaint and, on that basis, denies said allegations.

23       74.    Defendant lacks sufficient knowledge and information to respond to the truth or the

24   falsity of the allegation in paragraph 74 of the Complaint and, on that basis, denies said allegations.

25       75.    Defendant lacks sufficient knowledge and information to respond to the truth or the

26   falsity of the allegation in paragraph 75 of the Complaint and, on that basis, denies said allegations.

27       76.    Defendant lacks sufficient knowledge and information to respond to the truth or the

28   falsity of the allegation in paragraph 76 of the Complaint and, on that basis, denies said allegations.

77.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 77 of the Complaint and, on that basis, denies said allegations.

78.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 78 of the Complaint and, on that basis, denies said allegations.

79.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 79 of the Complaint and, on that basis, denies said allegations.

80.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 80 of the Complaint and, on that basis, denies said allegations.

81.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 81 of the Complaint and, on that basis, denies said allegations.

82.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 82 of the Complaint and, on that basis, denies said allegations.

83.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 83 of the Complaint and, on that basis, denies said allegations.

84.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 84 of the Complaint and, on that basis, denies said allegations.

85.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 85 of the Complaint and, on that basis, denies said allegations.

86.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 86 of the Complaint and, on that basis, denies said allegations.

87.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 87 of the Complaint and, on that basis, denies said allegations.

88.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 88 of the Complaint and, on that basis, denies said allegations.

89.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 89 of the Complaint and, on that basis, denies said allegations.

90.     Defendant lacks sufficient knowledge and information to respond to the truth or the falsity of the allegation in paragraph 90 of the Complaint and, on that basis, denies said allegations.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COUNT I**

91.   Defendant re-alleges and incorporates by reference the allegations in paragraphs 1 through 90, as if set forth fully herein.

92.   Denied.

93.   Denied.

94.   Denied.

95.   Denied.

96.   Denied.

97.   Denied.

98.   Denied.

99.   Denied.

100.   Denied.

101.   Denied.

102.   Denied.

103.   Denied.

104.   Denied.

**COUNT II**

105.   Defendant re-alleges and incorporates by reference the allegations in paragraphs 1 through 104, as if set forth fully herein.

106.   Denied.

107.   Denied.

108.   Denied.

109.   Denied.

110.   Denied.

111.   Denied.

112.   Denied.

**COUNT III**

113.   Defendant re-alleges and incorporates by reference the allegations in paragraphs 1

1    through 112, as if set forth fully herein.

2        114.    Denied.

3        115.    Denied.

4        116.    Denied.

5        117.    Denied.

6        118.    Denied.

7        119.    Denied.

8        120.    Denied.

9                            **COUNT IV**

10       121.    Defendant re-alleges and incorporates by reference the allegations in paragraphs 1

11   through 118, as if set forth fully herein.

12       122.    Denied.

13       123.    Denied.

14       124.    Denied.

15       125.    Denied.

16                           **COUNT V**

17       126.    Defendant re-alleges and incorporates by reference the allegations in paragraphs 1

18   through 125, as if set forth fully herein.

19       127.    Denied.

20       128.    Denied.

21       129.    Denied.

22       130.    Denied.

23       131.    Denied.

24       132.    Denied.

25       133.    Denied.

26       134.    Denied.

27       135.    Denied.

28

1

## COUNT VI

2       136.    Defendant re-alleges and incorporates by reference the allegations in paragraphs 1

3 through 135, as if set forth fully herein.

4       137.    Denied.

5       138.    Denied.

6       139.    Denied.

7       140.    Denied.

8

## COUNT VII

9       141.    Defendant re-alleges and incorporates by reference the allegations in paragraphs 1

10 through 140, as if set forth fully herein.

11       142.    Denied.

12       143.    Denied.

13       144.    Denied.

14       145.    Denied.

15       146.    Denied.

16

## AFFIRMATIVE DEFENSES

17

### First Affirmative Defense: Estoppel and Laches

18       The purported claims alleged in the Complaint are barred, in whole or in part, because

19 plaintiffs, by their acts, omissions and delay, failed to take action within a reasonable time.

20

### Second Affirmative Defense: Waiver and Acquiescence

21       The purported claims alleged in the Complaint are barred, in whole or in part, because

22 plaintiffs, by their acts, omissions and delay, and those of its agents, waived or acquiesced to

23 any claims or causes of action against defendants.

24

### Third Affirmative Defense: Failure to Mitigate Damages

25       The purported claims alleged in the Complaint are barred, in whole or in part, because

26 plaintiff failed to mitigate its damages.

27

### Fourth Affirmative Defense: Lack of Damages

28       The purported claims alleged in the Complaint are barred, in whole or in part, due to

plaintiffs' lack of damages.

### Fifth Affirmative Defense: Lack of Proximate Cause

The purported claims alleged in Complaint are barred, in whole or in part, because defendant was not a proximate cause to plaintiff's damages, if any.

### Sixth Affirmative Defense: Invalid Trademarks

The purported claims are barred, in whole or in part, because plaintiffs' alleged trademarks are invalid.

### Seventh Affirmative Defense: Invalid Copyright

The purported claims are barred, in whole or in part, because plaintiffs' alleged copyrights are invalid.

### Eighth Affirmative Defense: Invalid/Illegal Contract

The purported claims are barred, in whole or in part, because the alleged contract was illegal or invalid as it lacked, *inter alia,* acceptance, consideration or was by mistake.

### Ninth Affirmative Defense: Fair Use

The purported claims alleged in the Complaint are barred, in whole or in part, because any alleged use of trademarks or copyrighted material by the defendant was fair use.

### Reservation of Additional Defenses

Defendant reserves all affirmative defenses available under Rule 8(c) and Rule 12 of the Federal Rules of Civil Procedure, and any other defenses, at law or in equity, that may be available now or may become available in the future based on discovery or any other factual investigation in this case, or that may be asserted by plaintiffs.

## **PRAYER FOR RELIEF**

WHEREFORE, defendant request entry of judgment in his favor and against plaintiffs as follows:

a.   Denying all relief sought by plaintiff;

b.   Declaring the action to be exceptional and awarding defendant his attorneys' fees pursuant to 15 U.S.C. § 1117, 17 U.S.C. §505  or any other related law; and,

c.   Such other and relief as the Court deems just and appropriate.

Respectfully submitted,

MANDOUR & ASSOCIATES, APC

Date: July 6, 2022

By:    /s/ Ben T. Lila
Ben T. Lila
Attorneys for Defendant,
JONATHAN AGUEDA

1

## **DEMAND FOR JURY TRIAL**

2          Defendant hereby demands a trial by the jury on all issues and claims so triable in this

3    action.

4

5                                          Respectfully submitted,

6                                          MANDOUR & ASSOCIATES, APC

7    Date: <u>July 6, 2022</u>

8                                          By:___/s/ Ben T. Lila_____
                                           Ben T. Lila
9                                          Attorneys for Defendant,
                                           JONATHAN AGUEDA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on the below date I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the same on the parties.

Dated: <u>July 6, 2022</u>

_____<u>/s/ Ben T. Lila</u>_____
Ben T. Lila
Email: blila@mandourlaw.com
