| | |
|---|---|
| 1 | MARC E. MAYER (SBN 190969); mem@msk.com |
| 2 | EMILY F. EVITT (SBN 261491); efe@msk.com |
|   | MARK C. HUMPHREY (SBN 291718); mxh@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 2049 Century Park East, 18th Floor |
| 4 | Los Angeles, CA  90067-3120 |
|   | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC., | CASE NO. 3:21-cv-05677-ECM |
| Plaintiffs, | [Assigned to Judge Edward M. Chen] |
| v. | **BUNGIE, INC.'S SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURES** |
| ANDREW THORPE a/k/a KRYPTO, an individual; JONATHAN AGUEDA a/k/a OVERPOWERED, an individual; WESAM MOHAMMED a/k/a GRIZZY, an individual; AHMAD MOHAMMED, an individual; and Does 1 through 50, inclusive, | [Local Rule 3-15; Fed. R. Civ. Pro. 7.1] |
| Defendants. | |

Pursuant to Local Rule 3-15 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiff Bungie, Inc. ("Bungie" or "Plaintiff"), by and through its undersigned counsel, provide the following Supplemental Certificate of Interested Parties and Corporate Disclosure Statement.

The undersigned, counsel of record for Plaintiff, certifies that the following listed persons or entities may have a pecuniary interest in the outcome of this case:

1. Sony Interactive Entertainment, Inc. now owns 10% or more interest in Bungie's stock. No other publicly-held corporation owns 10% or more interest in Bungie's stock.

DATED: July 26, 2022

MARC E. MAYER
EMILY F. EVITT
MARK C. HUMPHREY
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ *Marc E. Mayer*
Marc E. Mayer
Attorneys for Plaintiff