MARC E. MAYER (SBN 190969), mem@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
GENEVIEVE JAVIDZAD (SBN 336138), glj@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., UBISOFT ENTERTAINMENT, and UBISOFT, INC., | CASE NO.  3:21-cv-05677-EMC |
| Plaintiff, | [Assigned to Judge Edward M. Chen] |
| vs. | **DECLARATION OF MARC E. MAYER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ANDREW THORPE** |
| ANDREW THORPE a/k/a KRYPTO, an individual; JONATHAN AGUEDA a/k/a OVERPOWERED, an individual; WESAM MOHAMMED a/k/a GRIZZY, an individual; AHMAD MOHAMMED, an individual; and Does 1 through 50, inclusive, | Date:       January 17, 2023
Time:       2:30 p.m. |
| Defendants. | Complaint Filed: July 23, 2021 |

Mitchell
Silberberg &
Knupp LLP

8967986.5

CASE NO. 3:21-cv-05677

## DECLARATION OF MARC MAYER

I, MARC MAYER, declare:

1.     I am an attorney at law, duly licensed to practice law in the State of California and before this United States District Court.  I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Plaintiffs Ubisoft Entertainment, Ubisoft, Inc. (collectively "Ubisoft"), and Bungie, Inc. ("Bungie") (together with Ubisoft, "Plaintiffs").  Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

### The Ring-1 Website

2.     Andrew Thorpe was one of the primary participants in an online business venture called "Ring-1," located at the website www.ring-1.io (the "Ring-1 Website"). Via the Ring-1 Website, Ring-1 (acting through Thorpe and others) is engaged in the development, sale, distribution, marketing, and exploitation of a portfolio of malicious cheats and hacks for popular multiplayer games, including cheats for Plaintiffs' games (the "Cheating Software").

3.     Attached hereto as **Exhibit 1** is a true and correct copy of a screen capture from the Ring-1 Website.  This screen capture was created by my office, at my direction, on December 13, 2022.  In this screen capture, the Ring-1 Website describes its "Destiny 2 Cheat" as follows: "This is not like any other Destiny 2 cheat you have used before. Known to be the safest cheat around. You will absolutely love it. Make sure to also check out our PRO version. That one is literally the most feature stuffed and sickest Destiny 2 cheat you will find."

4.     Also shown in Exhibit 1 is a description on the Ring-1 website that the Destiny 2 cheat is "supported" for (i.e. undetected by) "BattlEye," which is

Mitchell
Silberberg &
Knupp LLP

8967986.5

**DECLARATION OF MARC MAYER IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR
ENTRY OF DEFAULT JUDGMENT**

1  commercial anticheat software used in conjunction with Bungie's proprietary tools
2  to protect Destiny 2.

3       5.     Attached hereto as **Exhibit 2** is a true and correct copy of a screen
4  capture of the "status page" from the Ring-1 Website, confirming that the Cheating
5  Software is "undetected," meaning that "it is safe to use and the anti-cheat will not
6  detect it."  This screen capture was created by my office, at my direction, on
7  November 3, 2022.

8       6.     The Ring-1 Website is entirely in English, and all prices currently are
9  listed in U.S. dollars.  Moreover, all of the message boards are in English.

10       7.     Attached hereto as **Exhibit 3** is a true and correct copy of a collection
11  of screen captures from the Ring-1 Website, reflecting that (a) licenses for the R6S
12  Cheating Software for $7.00 per day, $21.00 per week, and $50.00 per month; (b)
13  licenses for the normal version of the Destiny 2 Cheating Software is sold for $8.00
14  per day, $26.00 per week, and $60.00 per month; and (c) the "pro" version of
15  Destiny 2 is $16.00 per day, $51.00 per week, and $120.00 per month.  These screen
16  captures were created by my office, at my direction, on November 3, 2022 and
17  December 13, 2022.

18       8.     Ring-1 makes (or has made) extensive use of internet services in the
19  United States. Attached hereto as **Exhibit 4** is a true and correct copy of a screen
20  capture from November 3, 2022, reflecting that the Ring-1.io domain name was
21  registered through a U.S. domain name registrar, NameSilo, located in Phoenix,
22  Arizona.

23       9.     Based on our investigation, certain subdomains for the Ring-1 Website
24  (including those pertaining to payment) are hosted by Digital Ocean, located in New
25  York.  Attached hereto as **Exhibit 5** are excerpts from Digital Ocean's document
26  production, in which they provided information about the subdomains Plaintiffs
27  requested in their subpoena.

28

Mitchell
Silberberg &
Knupp LLP

8967986.5

3          CASE NO. 3:21-cv-05677
**DECLARATION OF MARC MAYER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT
JUDGMENT**

10.    Our investigation revealed that in or about 2020, members of the public could purchase the Cheating Software from a Michigan-based payment processor known as "Lexpay."   Attached hereto as **Exhibit 6** is a true and correct copy of Trust Pilot reviews of Lexpay, showing that Lexpay was owned and operated by Kevin Nemeth, a resident of Lansing Michigan.  Attached hereto as **Exhibit 7** is a true and correct copy of a screen capture from the website *Battle Creek Enquirer*, which contains an article that Kevin Nemeth was arrested in connection with allegations of sex trafficking.

11.    Ring-1's operators communicate with the public using the social media platform Discord, which is based in San Francisco, California.  Attached hereto as **Exhibit 8** is a true and correct copy of a Ring-1 forum post directing a user to report an issue on the Ring-1 Discord channel, where "@Berserker" (Jonathan Agueda) and "@Cypher" (Andrew Thorpe) can assist by reporting the issue to the cheat developers.

12.    Attached hereto as **Exhibit 9** is a true and correct copy of correspondence with NameSilo in response to a subpoena that my office served on NameSilo on or about December 20, 2021.  According to NameSilo, Ring-1 registered the domain name for the Ring-1 Website (www.ring-1.io) and purchased hosting services through a company called "Nice IT Services Group Inc."  Based on my investigation, I determined that Nice IT Services Group Inc. is the corporate name for a "bulletproof" hosting service called "NiceVPS."  NiceVPS is an anonymously run company that prides itself on serving "high risk businesses," does not "ask you too many questions" and "will NOT reply to any abuse complaint." Attached hereto as **Exhibit 10** is a true and correct copy of screen captures from the NiceVPS website, located at https://nicevps.net/, including the NiceVPS Terms of Service.  The screen captures attached as Exhibit 10 were created at my direction on March 1, 2022.

**DECLARATION OF MARC MAYER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

## **The Operators of Ring-1 and Andrew Thorpe**

13.     Prior to filing this lawsuit, Plaintiffs conducted an extensive investigation into the owners and operators of the Ring-1 Website and Ring-1 business venture.  Our investigation included the services of two cybercrime investigation firms.

14.     The operators of Ring-1 have gone to great lengths to conceal their identities from law enforcement and rights owners such as Plaintiffs.  Based on the investigation, we determined that "Ring-1" is not a formal legal entity, and does not appear to be owned or controlled by a partnership or corporate entity.  (Or, if it is owned by a corporate entity, the name of the entity is not disclosed in any public-facing documents.)  As best we have been able to determine, Ring-1 appears to be a business enterprise run and managed by several individuals, using online aliases, working together toward a common purpose.  Among the most prominent of these individuals were two people using the names "Krypto" and "Overpowered."  Our investigators were able to determine that "Krypto" is the screen name of Andrew Thorpe, and "Overpowered" is the screen name of Jonathan Agueda.  Via the Ring-1 Website, Ring-1 (acting through Thorpe, Agueda, and others) is engaged in the development, sale, distribution, marketing, and exploitation of a portfolio of malicious cheats and hacks for popular multiplayer games, including the Cheating Software.

15.     Agueda resides in Florida, has appeared in this action through counsel, and has reached a settlement with Plaintiffs.  Thorpe resides in the United Kingdom and is aware of this lawsuit, but has elected not to appear.  Thorpe is (or at all relevant times has been) one of the lead and most prominent staff members and moderators of the Ring-1 Website.

16.     On or about February 12, 2021, I sent a letter to Mr. Thorpe (and Mr. Agueda) on behalf of my client Activision Publishing, Inc., owner of the *Call of*

**DECLARATION OF MARC MAYER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

*Duty* series of video games.   I did not receive a response to that letter.  However, we subsequently learned that Thorpe changed his online alias from "Krypto" to "Cypher."  Attached hereto as **Exhibit 11** is a true and correct copy of a blog post that I discovered online confirming that in response to the Activision letter, Agueda changed his alias to "Berserker" and Thorpe changed his alias to "Cypher." For the Court's ease of reference, a red bracket has been added around the referenced statement.

17.     Attached hereto as **Exhibit 12** is a true and correct copy of the Ring-1 Discord channel, provided to us by our investigators, showing Jonathan Agueda stating that "the devs [developers] own the website, and myself and [Thorpe] ***run it for them***."  (Emphasis added).  In his role "running" the Ring-1 Website, Thorpe has been the public "face" of Ring-1 and played a key role in the day-to-day operations of the Ring-1 Website.  Thorpe has communicated with Plaintiffs' customers in order to support and enable their use of the Cheating Software. Specifically, Thorpe assists customers in operating the Cheating Software and gives advice to customers as to how to avoid being caught or detected by Plaintiffs for using the Cheating Software.  He also serves as liaison between members of the public and the developers of the Cheating Software, sometimes updating customers as to the status of changes or fixes to the Cheating Software.  He thus is directly responsible for ensuring that the Cheating Software not only is made available to the public, but also is used by customers to cheat in Plaintiffs' Games. Additionally, Thorpe has managed or overseen a network of "resellers," who sell licenses for the Cheating Software on behalf of the Ring-1 enterprise.

18.     Our investigation into the participants in the Ring-1 business venture continued after this lawsuit was filed.  In connection with this investigation, we collected and saved a number of screen captures from the Ring-1 message board, located on the Ring-1 Website.  Attached hereto as **Exhibit 13** is a collection of

CASE NO. 3:21-cv-05677

**DECLARATION OF MARC MAYER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Mitchell
Silberberg &
Knupp LLP

8967986.5

1   screen captures reflecting statements made by "Krypto" and "Cypher" or by users

2   who tagged "Krypto" and "Cypher," reflecting that Thorpe served as a moderator

3   and support team member to assist users of the Cheats who posted on the Ring-1

4   forum, posted announcements about upcoming features and updates to the Cheating

5   Software, and hired and oversaw support staff for the Ring-1 Website.

6       19.     Also in connection with our investigation, we discovered that more

7   than 32% of Ubisoft users and 43% of Bungie users banned for using the Cheating

8   Software were from the United States.  Moreover, we discovered that 12 people left

9   reviews for Ring-1 on the review website "Trustpilot."  Of those, 7 (58%) were self-

10  identified as living in the United States.  Attached hereto as **Exhibit 14** is a true and

11  correct copy of the referenced Trustpilot website page.

12

13                     **Summary of Attorneys' Fees Sought**

14      20.     Through their Motion for Entry of Default Judgment Against Andrew

15  Thorpe, Plaintiffs seek to recover a total of $126,505.42 in attorneys' fees and costs,

16  which represents one half of the fees and costs that have been incurred since the

17  inception of this case.  MSK only seeks a portion of its fees and costs because Mr.

18  Thorpe is only one of the individually-named defendants in this action.

19      21.     As one of Plaintiffs' principal attorneys on this case, I am familiar with

20  MSK's work on this matter. I have also reviewed the time entries for this matter for

21  June 2021 through October 2022, which include detailed descriptions of the work

22  performed by each timekeeper and the number of hours that each such timekeeper

23  spent on each individual task.

24      22.     In all, as of November 2022, MSK had incurred approximately

25  $205,024.50 in attorneys' fees in this action and $47,986.34 in costs. MSK's work

26  on this case included:

27          a.  Conducting a factual investigation;

28

Mitchell
Silberberg &
Knupp LLP

8967986.5

7                         CASE NO. 3:21-cv-05677
**DECLARATION OF MARC MAYER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT
JUDGMENT**

b. Reviewing and analyzing Plaintiffs' data and the Ring-1 Website;

c. Discussing strategy with Plaintiffs and analyzing possible options for redress;

d. Researching the names and identities of the Doe Defendants and engaging an investigative firm to do so as well;

e. Drafting the Complaint;

f. Effectuating service on Defendants despite their international residence and doing so according to the appropriate provisions and treaties;

g. Drafting written discovery;

h. Researching and analyzing the relevant case law; and

i. Drafting and revising the instant Motion.

23.    However, because Plaintiffs understand that Defendant Thorpe acted in concert with other defendants who are not the subject of this Motion, Plaintiffs are not seeking the full amount of MSK's fees for this matter.  Because there were four named defendants in this case, and two of those defendants reached a settlement with Plaintiffs early in the case, MSK has limited its request on this motion to one half of the fees incurred to date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 13, 2022, at Los Angeles, California.


/s/ Marc E. Mayer
                                        Marc E. Mayer

**DECLARATION OF MARC MAYER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

# EXHIBIT 1

 **RING-1**

Cheats    Status    FAQ    Sign up         **GO TO FORUM**    🛒    **SIGN IN**

Join our Telegram! Live notifications about cheat updates, fixes and improvements. Click here to Join! 

*//* Cheats / **Destiny 2 Cheat**



# Destiny 2 Cheat

Cheat is <u>undetected</u> and <u>up to date</u>. (Learn more...)

This is not like any other Destiny 2 cheat you have used before. Known to be the safest cheat around. You will absolutely love it. Make sure to also check out our PRO version. That one is literally the most feature stuffed and sickest Destiny 2 cheat you will find.

> **Supported CPU:** Intel only! (AMD not supported)
> **Supported OS:** Windows 10, Windows 11
> **Supported Anti-Cheat(s):** BattlEye
> **Publisher:** Bungie

| $8 1 day | $26 1 week | $60 1 month | 🛒 Buy! |

  

# *//* Features

**Work in progress!** The actual cheat may have more features than displayed below. We will do our best to update it fully in the near future.

**Aimbot**
*Automatically aim at your*

**Character ESP**
*See all players etc. through*

**Misc**
> Warper

**Friends**
*Set desired players as friends.*



> **Supported CPU:** Intel only! (AMD not supported)
> **Supported OS:** Windows 10, Windows 11
> **Supported Anti-Cheat(s):** BattlEye
> **Publisher:** Bungie

| $8 1 day | $26 1 week | $60 1 month |
|---|---|---|

🛒 **Buy!**





## // Features

**Work in progress!** The actual cheat may have more features than displayed below. We will do our best to update it fully in the near future.

### Aimbot
*Automatically aim at your enemies.*

- Highly configurable!
- Aim hotkey
- Field-of-view
- Aim smoothing
- Target selector
- Lock target
- Switch target delay after kill
- Draw crosshair
- Show snaplines
- Visibility checks
- Aim at specific bone

### Character ESP
*See all players etc. through walls. Including important information.*

- Highly configurable!
- Battlemode
- Max render distance
- Max healthbar render distance
- Max name render distance
- Max info render distance
- Healthbar position
- Healthbar style
- Border style
- Visibility checks
- Max bones render distance
- Bone style

### Misc

- Weapon
  - Infinite ammo

### Friends
*Set desired players as friends.*

- Show all players in list

Document title: Undetected Destiny 2 Cheat - Ring -1
Capture URL: https://ring-1.io/shop/cheats/destiny-2
Capture timestamp (UTC): Tue, 13 Dec 2022 18:24:24 GMT

# EXHIBIT 2



Document title: Status - Ring -1
Capture URL: https://ring-1.io/cheat-status/
Capture timestamp (UTC): Thu, 03 Nov 2022 13:39:12 GMT

| Game | Status | | |
|------|--------|---|---|
| DayZ | Last update: 1 day ago | undetected | and | up to date |
| Dead by Daylight | Last update: 1 day ago | undetected | and | up to date |
| Destiny 2 | Last update: 1 day ago | undetected | and | up to date |
| Destiny 2 (PRO) | Last update: 1 day ago | undetected | and | up to date |
| Escape from Tarkov | Last update: 1 day ago | undetected | and | up to date |
| Hell Let Loose | Last update: 1 day ago | undetected | and | up to date |
| Hunt Showdown | Last update: 1 day ago | undetected | and | up to date |
| New World | Last update: 1 day ago | undetected | and | up to date |
| Overprime | Last update: 1 day ago | undetected | and | up to date |
| Overwatch 2 | Last update: 2 days ago | undetected | and | up to date |
| Rainbow Six Siege | Last update: 4 hours ago | undetected | and | up to date |
| Rust | Last update: 1 day ago | undetected | and | up to date |
| SCUM | Last update: 1 day ago | undetected | and | up to date |
| Shatterline | Last update: 1 day ago | undetected | and | up to date |
| The Cycle Frontier | Last update: 1 day ago | undetected | and | up to date |



| | New World | Last update: 1 day ago | undetected and up to date |
| | Overprime | Last update: 1 day ago | undetected and up to date |
| | Overwatch 2 | Last update: 2 days ago | undetected and up to date |
| | Rainbow Six Siege | Last update: 4 hours ago | undetected and up to date |
| | Rust | Last update: 1 day ago | undetected and up to date |
| | SCUM | Last update: 1 day ago | undetected and up to date |
| | Shatterline | Last update: 1 day ago | undetected and up to date |
| | The Cycle Frontier | Last update: 1 day ago | undetected and up to date |
| | Valorant | Last update: 23 hours ago | undetected and up to date |
| | Valorant (Basic) | Last update: 23 hours ago | undetected and up to date |

Ring -1™

Supported payment methods:

# EXHIBIT 3(a)

RING-1

Cheats     Status     FAQ     Sign up     🛒     GO TO FORUM     SIGN IN

## // Cheats / Rainbow Six Siege Cheat



# Rainbow Six Siege Cheat

Cheat is **undetected** and **up to date**. (Learn more...)

- 

> **Supported CPU:** Intel only! (AMD not supported)
> **Supported OS:** Windows 10 (x64)
> **Supported Anti-Cheat(s):**
> **Publisher:** Ubisoft Montreal

| **$7** 1 day | **$21** 1 week | **$50** 1 month |
| --- | --- | --- |

🛒 **Buy!**




## // Features

**Work in progress!** The actual cheat may have more features than displayed below. We will do our best to update it fully in the near future.

**Aimbot**          **Character ESP**          **Radar**          **Object ESP**

Document title: Undetected Rainbow Six Siege Cheat - Ring -1
Capture URL: https://ring-1.io/shop/cheats/rainbow-six-siege
Capture timestamp (UTC): Thu, 03 Nov 2022 13:39:10 GMT

# // Features

**Work in progress!** The actual cheat may have more features than displayed below. We will do our best to update it fully in the near future.

## Aimbot

*Automatically aim at your enemies.*

> Aim at specific bone
> Highly configurable!
> Aim hotkey
> Field-of-view
> Aim smoothing
> Target selector
> Lock target
> Switch target delay after kill
> Draw crosshair
> Show snaplines

## Character ESP

*See all players etc. through walls. Including important information.*

> Max bones render distance
> Bone style
> Highly configurable!
> Battlemode
> Max render distance
> Max healthbar render distance
> Max name render distance
> Max info render distance
> Healthbar position
> Healthbar style
> Border style
> Glow players
> Glow NPC's

## Radar

*Easily spot enemies surrounding you with the 2D Radar.*

> Highly configurable!
> Show enemies
> Show friendly
> Color

## Object ESP

*See all objects through walls. Including important information.*

> Highly configurable!
> Battlemode
> Max render distance
> Max name render distance
> Max info render distance
> Objects
  > Barbwire
  > Breach charge
  > Claymore
  > Cluster charge
  > Cluster nade
  > Drones
  > Frost mat
  > Hard breach
  > Jager's ADS
  > Twitch drone
> Option to draw 3d boxes

## Triggerbot

*Automatically pulls the trigger for you.*

> Use hotkey
> Trigger interval time
> Max distance

## Misc

> Weapon
  > No spread
  > No recoil

Ring -1™

Supported payment methods:   

# EXHIBIT 3(b)

Join our Telegram! Live notifications about cheat updates, fixes and improvements. Click here to Join!



**RING-1**

Cheats    Status    FAQ    Sign up          GO TO FORUM    🛒    **SIGN IN**

// Cheats / **Destiny 2 Cheat**



# Destiny 2 Cheat

Cheat is <u>undetected</u> and <u>up to date</u>. (Learn more...)

This is not like any other Destiny 2 cheat you have used before. Known to be the safest cheat around. You will absolutely love it. Make sure to also **check out our PRO version.** That one is literally the most feature stuffed and sickest Destiny 2 cheat you will find.

›  **Supported CPU:** Intel only! (AMD not supported)
›  **Supported OS:** Windows 10, Windows 11
›  **Supported Anti-Cheat(s):** BattlEye
›  **Publisher:** Bungie

| $8 1 day | $26 1 week | $60 1 month | 🛒 Buy! |
| --- | --- | --- | --- |

    

# // Features

**Work in progress!** The actual cheat may have more features than displayed below. We will do our best to update it fully in the near future.

**Aimbot**
*Automatically aim at your*

**Character ESP**
*See all players etc. through*

**Misc**
› Weapon

**Friends**
*Set desired players as friends.*

Document title: Undetected Destiny 2 Cheat - Ring -1
Capture URL: https://ring-1.io/shop/cheats/destiny-2
Capture timestamp (UTC): Tue, 13 Dec 2022 18:24:24 GMT



> **Supported CPU:** Intel only! (AMD not supported)
> **Supported OS:** Windows 10, Windows 11
> **Supported Anti-Cheat(s):** BattlEye
> **Publisher:** Bungie

| $8 1 day | $26 1 week | $60 1 month | 🛒 Buy! |

  

# // Features

**Work in progress!** The actual cheat may have more features than displayed below. We will do our best to update it fully in the near future.

## Aimbot
*Automatically aim at your enemies.*

> Highly configurable!
> Aim hotkey
> Field-of-view
> Aim smoothing
> Target selector
> Lock target
> Switch target delay after kill
> Draw crosshair
> Show snaplines
> Visibility checks
> Aim at specific bone

## Character ESP
*See all players etc. through walls. Including important information.*

> Highly configurable!
> Battlemode
> Max render distance
> Max healthbar render distance
> Max name render distance
> Max info render distance
> Healthbar position
> Healthbar style
> Border style
> Visibility checks
> Max bones render distance
> Bone style

## Misc
> Weapon
>> Infinite ammo

## Friends
*Set desired players as friends.*

> Show all players in list

# EXHIBIT 3(c)

Join our Telegram! Live notifications about cheat updates, fixes and improvements. Click here to Join!



RING-1

Cheats     Status     FAQ     Sign up          GO TO FORUM          SIGN IN

## // Cheats / Destiny 2 (PRO) Cheat



# Destiny 2 (PRO) Cheat

Cheat is undetected and up to date. (Learn more...)

Well well.. You finally found it. We don't like to brag, but this cheat we are proud of. If you have used more Destiny 2 cheats before, you will know all these features together are just nowhere to be found. At this moment this truly is the best Destiny 2 cheat you can find online. A very good thing, since our cheats are known to be and stay undetected.

> **Supported CPU:** Intel only! (AMD not supported)
> **Supported OS:** Windows 10, Windows 11
> **Supported Anti-Cheat(s):** BattlEye
> **Publisher:** Bungie

| $16 1 day | $51 1 week | $120 1 month | 🛒 Buy! |

      

## // Features

**Work in progress!** The actual cheat may have more features than displayed below. We will do our best to update it fully in the near future.

| Aimbot | Character ESP | Misc | Friends |
|---|---|---|---|
| *Automatically aim at your* | *See all players etc. through* | | *Set desired players as friends.* |

Cheats    Status    FAQ    Sign up    **GO TO FORUM**    ⇄    SIGN IN

| $16 1 day | $51 1 week | **$120 1 month** | 🛒 Buy! |

   

## // Features

**Work in progress!** The actual cheat may have more features than displayed below. We will do our best to update it fully in the near future.

### Aimbot
*Automatically aim at your enemies.*

- ❯ Highly configurable!
- ❯ Aim hotkey
- ❯ Field-of-view
- ❯ Aim smoothing
- ❯ Target selector
- ❯ Lock target
- ❯ Switch target delay after kill
- ❯ Draw crosshair
- ❯ Show snaplines
- ❯ Visibility checks
- ❯ Aim at specific bone
- ❯ Silent aim
- ❯ Option to skip combatants

### Character ESP
*See all players etc. through walls. Including important information.*

- ❯ Highly configurable!
- ❯ Battlemode
- ❯ Max render distance
- ❯ Max healthbar render distance
- ❯ Max name render distance
- ❯ Max info render distance
- ❯ Healthbar position
- ❯ Healthbar style
- ❯ Border style
- ❯ Visibility checks
- ❯ Max bones render distance
- ❯ Bone style
- ❯ Combatants (npc's)
  - ❯ Draw a line from where the combatant is going
- ❯ Players

### Misc

- ❯ Weapon
  - ❯ Infinite ammo
  - ❯ No recoil
  - ❯ Toggle full auto mode
  - ❯ Rate of fire modifier
- ❯ Player
  - ❯ Flyhack
  - ❯ No clip
  - ❯ Speedhack
  - ❯ Instant revive
- ❯ Skill
  - ❯ Recharge modifier
- ❯ ONE POSITION KILL

### Friends
*Set desired players as friends.*

- ❯ Show all players in list

### Radar
*Easily spot enemies surrounding you with the 2D Radar.*

# EXHIBIT 4



Interested in domain names? Click here to stay up to date with domain name news and promotions at Name.com

**ring-1.io** is already registered. Interested in buying it? **Make an Offer**

| .com | .net | .org | .co $12.99 | .io | .app $16.99 | .live $2.99 |
|------|------|------|------------|-----|-------------|-------------|
| Taken | Taken | Taken | Available | Taken | Available | Available |

Purchase Selected Domains

# ring-1.io
whois information

Whois | DNS Records | Diagnostics

cache expires in 12 hours, 21 minutes and 56 seconds
refresh

## Registrar Info

| | |
|---|---|
| Name | NameSilo, LLC |
| Whois Server | whois.namesilo.com |
| Referral URL | http://www.namesilo.com |
| Status | clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

## Important Dates

| | |
|---|---|
| Expires On | 2023-05-25 |
| Registered On | 2019-05-25 |
| Updated On | 2022-05-30 |

## Name Servers

| | |
|---|---|
| gerardo.ns.cloudflare.com | 108.162.195.230 |
| tani.ns.cloudflare.com | 172.64.32.224 |

## Similar Domains

ring--worm.com | ring--diamond.com | ring--kh.com | ring--ring.com | ring--tone.com | ring--tones.com | ring--worm.com | ring-0.com | ring-0.io | ring-0.net | ring-0002.com | ring-1-tone.info | ring-1.biz | ring-1.com | ring-1.io | ring-1.ru | ring-136.com | ring-2-me.net | ring-2.biz | ring-2.com |

## Registrar Data

We will display stored WHOIS data for up to 30 days.
refresh

🔒 Make Private Now

```
Registrant Contact Information:
       Name                  REDACTED FOR PRIVACY
       Organization          See PrivacyGuardian.org
       Address               REDACTED FOR PRIVACY
       City                  REDACTED FOR PRIVACY
       State / Province      AZ
       Postal Code           REDACTED FOR PRIVACY
       Country               US
       Phone                 REDACTED FOR PRIVACY
       Fax                   REDACTED FOR PRIVACY
       Email                 Please query the RDDS service of the Registrar of Record identifi      the
```

Use promo code WHOIS to save 15% on your first Name.com order.

Find the perfect domain at
**Name.com**

**Everything you need in one place.**

SAVE 15% ON YOUR FIRST ORDER

USE PROMO CODE WHOIS

**Name.com**

New customers only. Discount not applicable to domain transfers, renewals, or premium registrations.

### Site Status

| | |
|---|---|
| Status | Active |
| Server Type | cloudflare |

### Suggested Domains for ring-1.io

| | |
|---|---|
| ☐ ring-1.live | $2.99 |
| ☐ ring-1.co | $12.99 |
| ☐ ring-1.app | $16.99 |
| ☐ round1.live | $2.99 |




Document title: ring-1.io whois lookup - who.is
Capture URL: https://who.is/whois/ring-1.io
Capture timestamp (UTC): Thu, 03 Nov 2022 13:39:11 GMT

| | |
|---|---|
| Expires On | 2023-05-25 |
| Registered On | 2019-05-25 |
| Updated On | 2022-05-30 |

## Name Servers

gerardo.ns.cloudflare.com                                   108.162.195.230

tani.ns.cloudflare.com                                      172.64.32.224

## Similar Domains

ring---worm.com | ring--diamond.com | ring--kh.com | ring--ring.com | ring--tone.com | ring--tones.com | ring--worm.com | ring-0.com | ring-0.io | ring-0.net | ring-0002.com | ring-1-tone.info | ring-1.biz | ring-1.com | ring-1.io | ring-1.ru | ring-136.com | ring-2-me.net | ring-2.biz | ring-2.com |

## Registrar Data

We will display stored WHOIS data for up to 30 days.
↻ refresh

🔒 Make Private Now

**Registrant Contact Information:**

|  |  |
|---|---|
| Name | REDACTED FOR PRIVACY |
| Organization | See PrivacyGuardian.org |
| Address | REDACTED FOR PRIVACY |
| City | REDACTED FOR PRIVACY |
| State / Province | AZ |
| Postal Code | REDACTED FOR PRIVACY |
| Country | US |
| Phone | REDACTED FOR PRIVACY |
| Fax | REDACTED FOR PRIVACY |
| Email | Please query the RDDS service of the Registrar of Record identifi... the |

**Administrative Contact Information:**

|  |  |
|---|---|
| Name | REDACTED FOR PRIVACY |
| Organization | See PrivacyGuardian.org |
| Address | REDACTED FOR PRIVACY |
| City | REDACTED FOR PRIVACY |
| State / Province | AZ |
| Postal Code | REDACTED FOR PRIVACY |
| Country | US |
| Phone | REDACTED FOR PRIVACY |
| Fax | REDACTED FOR PRIVACY |
| Email | Please query the RDDS service of the Registrar of Record identified in this ou... w to contact the |

**Technical Contact Information:**

|  |  |
|---|---|
| Name | REDACTED FOR PRIVACY |
| Organization | See PrivacyGuardian.org |
| Address | REDACTED FOR PRIVACY |
| City | REDACTED FOR PRIVACY |
| State / Province | AZ |
| Postal Code | REDACTED FOR PRIVACY |
| Country | US |
| Phone | REDACTED FOR PRIVACY |
| Fax | REDACTED FOR PRIVACY |
| Email | Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the |

Information Updated: 2022-11-03 02:00:45

**SAVE 15% ON YOUR FIRST ORDER**

USE PROMO CODE WHOIS

Name.com

New customers only. Discount not applicable to domain transfers, renewals, or premium registrations.

## Site Status

| | |
|---|---|
| Status | Active |
| Server Type | cloudflare |

## Suggested Domains for ring-1.io

| | |
|---|---|
| ☐ ring-1.live | $2.99 |
| ☐ ring-1.co | $12.99 |
| ☐ ring-1.app | $16.99 |
| ☐ round1.live | $2.99 |
| ☐ band1.live | $2.99 |

Purchase Selected Domains

Use promo code WHOIS to save 15% on your first Name.com order.

Find the perfect domain at
Name.com

# EXHIBIT 5

# F**L** FIRST**LEGAL**
### R E C O R D S
**1511 Beverly Blvd**
**Los Angeles, CA 90026**
**Phone: (877) 591-9979  Fax: (877) 823-7488**

---

**SHIP TO:**  Mitchell Silberberg & Knupp LLP
SUGUEY MELARA
2049 Century Park East. 18th Floor
Los Angeles, CA 90067

**WORK ORDER #**  140067-03

**MATTER #**

**CLAIM #**  51829-00001

**CASE #**  3:21-cv-05677-EMC

**CASE NAME:**  BUNGIE, INC., ET AL
vs
ANDREW THORPE, ET AL.

**RECORDS ON:**  APPLE PAY

**FROM:**  DIGITALOCEAN , LLC - C/O CSC-LAWYERS INC.
2710 GAteway Oak Drive, Ste 150N
Sacramento, CA  95833

The undersigned certifies that he/she is an employee of a Professional Photocopier (Business and Professions Code Section 22450).  I further certify that these records have been transmitted or distributed to authorized persons or entities only.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **January 07, 2022** at **Los Angeles, California.**



---

✔ **THE ENCLOSED RECORDS COMPLETE YOUR REQUEST FROM THIS CUSTODIAN.**
☐ **THERE ARE NO RECORDS AT THE ABOVE LOCATION.**
☐ **INCOMPLETE.  PATIENT BILLING TO FOLLOW.**
☐ **INCOMPLETE.  X-RAYS TO FOLLOW.**
☐ **THIS IS A BILLING OFFICE ONLY.**
☐ **OTHER:** _____



**First Legal Records**
1517 Beverly Blvd
Los Angeles CA, 90026
Phone: (877) 591-9979 Fax: (877) 823-7488

FL FIRSTLEGAL
RECORDS

## ORDER VERIFICATION LIST

Order#: 140067-03

**Enclosed documents have been reviewed for the following:**

_____ Date of Birth ()

_____ Social Security Number (xxx-xx-      )

_____ Subject (APPLE PAY)

_____ Date of Treatment and/or Accident ()

_____ File/Claim Number ()

\_✔\_ Other: _____

**Please note, the original documents that were provided by the location were of:**

_____ Good Quality

✔ Satisfactory Quality

_____ Poor Quality

**Type of Records:**

| | | | |
|---|---|---|---|
| _____ Medical | _____ X-Rays | _____ Employment | _____ School |
| _____ Billing | _____ Pathology | _____ Insurance | _____ Legal |
| _____ Dental | _____ Ambulance | _____ Prescription | _____ Psych |
| _____ Sign-In | _____ Path Matl | _____ Payroll | |

✔ Other

**Date Limitations (if any):** _____

**Additional Information:**

_____

_____

_____

_____

**Assembled By:** *Toru Matayoshi*     **Verified By:** *Toru Matayoshi*

**Paginated By:** *Toru Matayoshi*     **Charted By:** _____



# BUSINESS RECORDS – CERTIFICATE OF AUTHENTICITY

I, **Jeffrey Rosenberg**, attest that I am employed by DigitalOcean, Inc. My official title is SOC Analyst, and act as the custodian of records for DigitalOcean. For the attached record, I certify that:

(A) the record was made at or near the time by — or from information transmitted by — someone with knowledge;

(B) the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

(C) making the record was a regular practice of that activity;

(D) this is the original or a true and correct copy of a domestic record;

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on 2021-12-23 03:45:21.151880176 +0000 UTC**

*Jeffrey Rosenberg*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF CALIFORNIA

Bungie, Inc., et al.
                    Plaintiff
           v.
Andrew Thorpe, et al.
                    Defendant

)
)
)
)
)
)

Civil Action No. 3:21-cv-05677-EMC

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  DIGITALOCEAN, LLC - c/o Corporation Service Company, d/b/a CSC-Lawyers Incorporating Service;
2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833-3505
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See Attachment A.

| Place: First Legal Records Retrieval c/o PM Legal 75 Maiden Lane, 11th Floor New York, NY 10038 Telephone: 877-591-9979 | Date and Time: January 10, 2022 at 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

        *CLERK OF COURT*
                             OR

_____    _____
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*
                                 Marc E. Mayer

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Bungie, Inc., Ubisoft Entertainment, and Ubisoft, Inc._____, who issues or requests this subpoena, are:
Marc E. Mayer / Mitchell Silberberg & Knupp LLP / 2049 Century Park East, 18th Floor, Los Angeles, CA 90067 / Telephone: 310-312-2000, mem@msk.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

13467861.2

American LegalNet, Inc. www.FormsWorkFlow.com

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:21-cv-05677-EMC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____                 _____
                                                                        *Server's signature*

                                                       _____
                                                                        *Printed name and title*

                                                       _____
                                                                        *Server's address*

Additional information regarding attempted service, etc.:

13467861.2



AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).



## ATTACHMENT A

## I. INSTRUCTIONS

1.      DigitalOcean, LLC ("DigitalOcean"), including its subsidiaries, related entities, and/or divisions, and any of its successors and/or assigns, is to make available for copying all requested documents that are in its possession, custody, or control, including documents in the possession, custody, or control of its attorneys, accountants, agents, representatives, or any other persons acting on its behalf.

2.      DigitalOcean is to produce any Microsoft Excel and/or other database-related files in their native electronic format.

3.      Should a claim be made that any subpoenaed document is not subject to discovery by reason of privilege or some other legal protection, please provide a privilege log containing the information required by Fed. R. Civ. P. 26(b)(5).

## II. DEFINITIONS

As used herein, the following terms are intended to have the meanings indicated:

1.      The phrase "All Documents" means every Document, whether an original or copy as defined below, and every such Document or writing that can be located through reasonably diligent efforts.

2.      "And" means "and/or" and "or" means "and/or." The plural of any word used herein includes the singular, and the singular includes the plural. The masculine gender of any word used herein includes the feminine. The past tense of a verb used herein includes the present tense, and the present tense includes the past tense.

3.      The terms "Document" and "Documents" include without limitation the original and all drafts of all written or graphic matter, however produced or reproduced, of any kind or description, and all copies thereof which are different from the original (whether different by interlineation, receipt stamp, notation, indication of copies sent or received, or otherwise), whether printed or recorded electronically or magnetically or reproduced by hand, including documents and electronically stored information as defined by Rule 34(a) of the Federal Rules of Civil Procedure and writings and recordings as defined by Rule 1001(1) of the Federal Rules of Evidence. Examples of "Documents" are: agreements or contracts, communications, correspondence, e-mails, telegrams, cables, memoranda, records, books, summaries of records or personal conversations or interviews, diaries, desk calendars, appointment books, journals, message pads, forecasts, statistical statements, accountants' workpapers, graphs, charts, diagrams, certificates and certifications, tables, indexes, pictures, recordings, sound recordings, images, data or data compilations stored in any medium, tapes, microfilm, charges, accounts, analytical records, minutes or records of meetings, conferences or conversations, reports or summaries of interviews, reports or summaries of investigations, texts or surveys, opinions or reports of consultants, appraisals, reports or summaries of negotiations, advertisements, brochures, pamphlets, circulars, trade letters, press releases, stenographic or handwritten or other notes, projections, working papers, checks front and back, check stubs or receipts, envelopes,

invoice vouchers, data processing cards, tapes, backup tapes, disks or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, and any other document or writing of whatever description, including but not limited to any other information contained in any computer, computer peripheral equipment, computer library, or website, although not yet printed.

4.    The term "IP Address" means Internet Protocol address and Internet Protocol number.

5.    The term "Identify" means:

(a)    for individuals, to provide the name, Social Security number, date of birth, home addresses, office addresses, mailing addresses, billing addresses, e-mail addresses, telephone numbers, facsimile numbers, Media Access Control number, related Internet websites, IP Addresses used by the subscriber with the date, time zone, hour, minute, and second when each IP Address was used, and any and all other identifying information, including, for example, information contained on any activity logs;

(b)    for entities, to provide the name, office addresses, mailing addresses, billing addresses, e-mail addresses, telephone numbers, facsimile numbers, Media Access Control number, related Internet websites, IP Addresses used by the subscriber with the date, time zone, hour, minute, and second when each IP Address was used, and any and all other identifying information, including, for example, information contained on any activity logs; and

(c)    in all other instances, the term shall be construed in accordance with its ordinary meaning, with the object of providing information sufficient to permit complete and accurate identification of the requested subject matter.

## III. DOCUMENTS REQUESTED

1.    All Documents sufficient to Identify all individuals, entities, and accounts associated with the operation, administration, hosting, management, or ownership of the following websites, subdomains, and/or IP addresses at any time from May 1, 2019 to the present:

(a) ring-1.io

(b) api.ring-1.io

(c) pay.ring-1.io

(d) 167.71.2.138

(e) 157.245.70.110

2.    All Documents sufficient to Identify all individuals, entities, and accounts that have made payments to DigitalOcean or any related entity, and/or have been charged by DigitalOcean or any related entity, in connection with the operation, administration, hosting,

management, or ownership of the following websites, subdomains, and/or IP addresses at any time from May 1, 2019 to the present:

> (a) ring-1.io
>
> (b) api.ring-1.io
>
> (c) pay.ring-1.io
>
> (d) 167.71.2.138
>
> (e) 157.245.70.110

3.      All IP Addresses used to access, log into, register, or update any of the DigitalOcean accounts identified in response to Document Request Nos. 1 and 2.

13473658.1



# User Data Export

## Basic Information (Organization)

Organization ID: 1916675

Name: LS

Email: org:1620727204:do@a.liber.pw

Phone: N/A

Team Members

- UserID: 475758, Role: Owner, Email: do@a.liber.pw
- UserID: 754136, Role: Owner, Email: jackmiller334@gmail.com
- UserID: 9157998, Role: Member, Email: abuse-replies@liber.pw

## Billing Information

Current Balance ($): 20752.98

### Address

*Kemp House, 152-160 City Road London, London, EC1V 2NX, GB*

Run Rate ($): 29430

Lifetime Value ($): 491258.1

## Invoices

Description: Payment (amex 1008)

Date: 2021-12-01 10:22:43 +0000 UTC

Amount: -2399.25

Processor: Stripe


Description: Invoice for November 2021

Date: 2021-12-01 08:14:58 +0000 UTC

Amount: 25534

Processor: DigitalOcean

DO000001

```
Description:  Payment (amex 1008)
Date:  2021-11-26 20:14:21 +0000 UTC
Amount:  -23134.75
Processor:  Stripe


Description:  Payment (amex 1007)
Date:  2021-11-01 09:48:58 +0000 UTC
Amount:  -11578.49
Processor:  Stripe


Description:  Invoice for October 2021
Date:  2021-11-01 09:42:37 +0000 UTC
Amount:  25892.85
Processor:  DigitalOcean


Description:  Payment (amex 1008)
Date:  2021-10-16 11:48:50 +0000 UTC
Amount:  -14314.36
Processor:  Stripe


Description:  Payment (amex 1007)
Date:  2021-10-01 12:11:13 +0000 UTC
Amount:  -25393.81
Processor:  Stripe


Description:  Invoice for September 2021
Date:  2021-10-01 07:06:25 +0000 UTC
Amount:  25393.81
Processor:  DigitalOcean


Description:  Payment (amex 1007)
Date:  2021-09-01 05:11:00 +0000 UTC
Amount:  -23485.75
Processor:  Stripe


Description:  Invoice for August 2021
Date:  2021-09-01 03:53:55 +0000 UTC
Amount:  23485.75
Processor:  DigitalOcean
```

```
Description:  Payment (amex 1007)
Date:  2021-08-01 15:07:54 +0000 UTC
Amount:  -24631.17
Processor:  Stripe


Description:  Invoice for July 2021
Date:  2021-08-01 14:29:09 +0000 UTC
Amount:  24631.17
Processor:  DigitalOcean


Description:  Payment (amex 1007)
Date:  2021-07-01 13:10:47 +0000 UTC
Amount:  -23602.24
Processor:  Stripe


Description:  Invoice for June 2021
Date:  2021-07-01 07:48:39 +0000 UTC
Amount:  23602.24
Processor:  DigitalOcean


Description:  Payment (amex 1007)
Date:  2021-06-01 08:45:23 +0000 UTC
Amount:  -22851.95
Processor:  Stripe


Description:  Invoice for May 2021
Date:  2021-06-01 06:51:23 +0000 UTC
Amount:  22851.95
Processor:  DigitalOcean


Description:  Payment (amex 1007)
Date:  2021-05-01 09:20:56 +0000 UTC
Amount:  -21006.61
Processor:  Stripe


Description:  Invoice for April 2021
Date:  2021-05-01 05:39:37 +0000 UTC
Amount:  21006.61
Processor:  DigitalOcean
```

```
Description:  Payment (amex 1007)
Date:  2021-04-01 12:57:51 +0000 UTC
Amount:  -19470.85
Processor:  Stripe


Description:  Invoice for March 2021
Date:  2021-04-01 08:31:42 +0000 UTC
Amount:  19470.85
Processor:  DigitalOcean
```

## Paypal Transactions

No PayPal transactions available

## Sign In Activity

No sign-in activity available

## Sign Up

```
Date:  2016-06-29 12:02:21 +0000 UTC
IP:  N/A
User Agent:  N/A
Referrer URL:  N/A
```

## Linked Credit Cards

```
Date:  2021-11-16 09:42:53 +0000 UTC
IP:  N/A
Bank:  American Express
Name:  A PHILLIPS
```

### Address

*Kemp House, 152-160 City Road, London, London, EC1V 2NX, GB*


```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success
```

DO000004

```
Date:  2021-10-18 12:02:12 +0000 UTC
IP:  N/A
Bank:  American Express
Name:  A PHILLIPS
```

### Address

*13 Southgate Street, Bury St. Edmunds, Bury St. Edmunds, Suffolk, IP33 2AF, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success

Date:  2021-10-16 11:48:36 +0000 UTC
IP:  N/A
Bank:  American Express
Name:  A PHILLIPS
```

### Address

*Kemp House, 152-160 City Road, London, London, EC1V 2NX, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success

Date:  2021-09-07 14:07:58 +0000 UTC
IP:  N/A
Bank:  American Express
Name:  A PHILLIPS
```

### Address

*Kemp House, 152-160 City Road, London, London, EC1V 2NX, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success
```

```
Date:  2021-09-07 14:03:38 +0000 UTC
IP:  N/A
Bank:  American Express
Name:  A PHILLIPS
```

### Address

*Kemp House, 152-160 City Road, London, London, EC1V 2NX, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success

Date:  2020-07-21 10:35:29 +0000 UTC
IP:  N/A
Bank:  N/A
Name:  A PHILLIPS
```

### Address

*13 Southgate Street, Bury St. Edmunds, Bury St. Edmunds, Suffolk, IP33 2AF, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success

Date:  2020-07-18 11:58:04 +0000 UTC
IP:  N/A
Bank:  N/A
Name:  A PHILLIPS
```

### Address

*13 Southgate Street, Bury St. Edmunds, Bury St. Edmunds, Suffolk, IP33 2AF, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success
```

```
Date:  2020-07-18 11:57:11 +0000 UTC
IP:  N/A
Bank:  N/A
Name:  A PHILLIPS
```

### Address

*Kemp House, 152-160 City Road, London, London, EC1V 2NX, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success

Date:  2019-08-26 13:56:42 +0000 UTC
IP:  185.212.149.204
Bank:  BARCLAYS BANK UK PLC
Name:  A J PHILLIPS
```

### Address

*13 Southgate Street, Bury Saint Edmunds, England, IP33 2AF, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success

Date:  2016-12-05 12:34:26 +0000 UTC
IP:  176.26.5.124
Bank:  Barclays Bank PLC
Name:  ALAN PHILLIPS
```

### Address

*Flat 9 Hawks Mill, Hawks Mill Street, Needham Market, Suffolk, IP6 8LU, GB*

```
Phone  7453318111
Transaction Status  AVS: Success / CVV: Success / Auth: Success
```

DO000007

```
Date:  2016-06-29 12:02:24 +0000 UTC
IP:  5.70.80.106
Bank:  Barclays Bank PLC
Name:  Alan Phillips
```

### Address

*20 Crown Mill, Elmswell, Suffolk, IP30 9GF, GB*

```
Phone  07453318111
Transaction Status  AVS: Success. / CVV: Success. / Auth: Success.
```

## Active Droplets

```
Name:  5d77b51c5471050001201b41
Memory:  8192
Status:  active
Created At:  2019-09-10 14:37:17 +0000 UTC
Updated At:  2021-11-05 20:35:19 +0000 UTC
IP:  157.245.70.110

Name:  5cfeb7f6bf191000011fda9a
Memory:  2048
Status:  active
Created At:  2019-06-10 20:05:11 +0000 UTC
Updated At:  2021-11-05 20:35:26 +0000 UTC
IP:  167.71.2.138
```

## Inactive Droplets

```
No inactive droplets
```



# User Data Export

## Basic Information

User ID:  475758

Name:  alan

Email:  do@a.liber.pw

Phone:  N/A

## Billing Information

Current Balance ($):  51.06

### Address

*Alan Phillips, Kemp House, 152-160 City Road, London, London, EC1V 2NX, GB*

Run Rate ($):  55

Lifetime Value ($):  4686.77

## Invoices

Description:  Payment (Visa 9021)

Date:  2021-12-01 10:48:01 +0000 UTC

Amount:  -68.92

Processor:  Stripe

Description:  Invoice for November 2021

Date:  2021-12-01 08:34:33 +0000 UTC

Amount:  68.92

Processor:  DigitalOcean

Description:  Payment (Visa 9021)

Date:  2021-11-01 09:25:43 +0000 UTC

Amount:  -68.88

Processor:  Stripe

DO000009

```
Description:  Invoice for October 2021
Date:  2021-11-01 08:26:31 +0000 UTC
Amount:  68.88
Processor:  DigitalOcean


Description:  Payment (Visa 9021)
Date:  2021-10-01 11:59:07 +0000 UTC
Amount:  -67.33
Processor:  Stripe


Description:  Invoice for September 2021
Date:  2021-10-01 06:46:35 +0000 UTC
Amount:  67.33
Processor:  DigitalOcean


Description:  Payment (Visa 9021)
Date:  2021-09-01 11:26:25 +0000 UTC
Amount:  -73.94
Processor:  Stripe


Description:  Invoice for August 2021
Date:  2021-09-01 09:35:34 +0000 UTC
Amount:  73.94
Processor:  DigitalOcean


Description:  Payment (Visa 9021)
Date:  2021-08-01 16:23:30 +0000 UTC
Amount:  -125.58
Processor:  Stripe


Description:  Invoice for July 2021
Date:  2021-08-01 12:17:04 +0000 UTC
Amount:  125.58
Processor:  DigitalOcean


Description:  Payment (Visa 9021)
Date:  2021-07-01 12:19:48 +0000 UTC
Amount:  -100.33
Processor:  Stripe
```

```
Description:  Invoice for June 2021
Date:  2021-07-01 05:46:41 +0000 UTC
Amount:  100.33
Processor:  DigitalOcean


Description:  Payment (Visa 9021)
Date:  2021-06-01 12:57:52 +0000 UTC
Amount:  -96.33
Processor:  Stripe


Description:  Invoice for May 2021
Date:  2021-06-01 06:49:49 +0000 UTC
Amount:  96.33
Processor:  DigitalOcean


Description:  Payment (Visa 9021)
Date:  2021-05-01 16:22:01 +0000 UTC
Amount:  -96.33
Processor:  Stripe


Description:  Invoice for April 2021
Date:  2021-05-01 07:04:20 +0000 UTC
Amount:  96.33
Processor:  DigitalOcean


Description:  Payment (Visa 9021)
Date:  2021-04-01 05:31:48 +0000 UTC
Amount:  -96.33
Processor:  Stripe


Description:  Invoice for March 2021
Date:  2021-04-01 04:03:13 +0000 UTC
Amount:  96.33
Processor:  DigitalOcean


Description:  Payment (Visa 9021)
Date:  2021-03-01 08:50:37 +0000 UTC
Amount:  -80.98
Processor:  Stripe
```

DO000011

```
Description:  Invoice for February 2021
Date:  2021-03-01 06:18:37 +0000 UTC
Amount:  80.98
Processor:  DigitalOcean
```

## Paypal Transactions

```
Transaction ID:  08T14311K7886394T
Parent Transaction ID:  N/A
Transaction Type:  web_accept
Payment Status:  Completed
PayPal Email:  ajph@me.com
First Name:  Alan
Last Name:  Phillips
MC Gross:  5
IPN TrackID:  d7b4e4bd64a73
Payer ID: 9P9EP5DF5CZDC
Created At:  2014-02-13 23:22:12 +0000 UTC
Updated At:  2014-02-13 23:22:12 +0000 UTC
TransactionID:  08T14311K7886394T

Transaction ID:  9UN58804DK7925614
Parent Transaction ID:  N/A
Transaction Type:  web_accept
Payment Status:  Completed
PayPal Email:  ajph@me.com
First Name:  Alan
Last Name:  Phillips
MC Gross:  25
IPN TrackID:  d208d551d781d
Payer ID: 9P9EP5DF5CZDC
Created At:  2014-03-14 12:26:24 +0000 UTC
Updated At:  2014-03-14 12:26:24 +0000 UTC
TransactionID:  9UN58804DK7925614
```

## Sign In Activity

```
IP:  82.69.98.85
Timestamp:  2020-07-19 10:58:40 +0000 UTC
```

```
IP:  82.69.98.85
Timestamp:  2020-07-20 22:44:38 +0000 UTC


IP:  82.69.98.85
Timestamp:  2020-07-21 10:33:03 +0000 UTC


IP:  45.61.139.8
Timestamp:  2020-07-21 23:05:00 +0000 UTC


IP:  82.69.98.85
Timestamp:  2020-07-22 10:19:31 +0000 UTC


IP:  82.69.98.85
Timestamp:  2020-07-25 09:19:45 +0000 UTC


IP:  82.69.98.85
Timestamp:  2020-08-16 12:53:10 +0000 UTC


IP:  82.69.98.85
Timestamp:  2020-08-22 09:56:43 +0000 UTC


IP:  45.61.139.33
Timestamp:  2020-10-09 11:53:20 +0000 UTC


IP:  45.61.139.33
Timestamp:  2020-11-25 21:58:53 +0000 UTC


IP:  45.61.139.33
Timestamp:  2020-11-28 16:07:12 +0000 UTC


IP:  45.61.139.33
Timestamp:  2020-12-13 20:22:58 +0000 UTC


IP:  45.61.139.33
Timestamp:  2021-01-02 22:53:31 +0000 UTC


IP:  45.61.139.33
Timestamp:  2021-01-07 11:15:56 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-01-08 12:40:22 +0000 UTC
```

DO000013

```
IP:  82.69.98.85
Timestamp:  2021-01-24 20:57:14 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-01-25 12:56:21 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-01-31 01:07:01 +0000 UTC


IP:  45.61.139.33
Timestamp:  2021-02-01 10:31:56 +0000 UTC


IP:  45.61.139.33
Timestamp:  2021-02-14 21:33:47 +0000 UTC


IP:  92.40.202.17
Timestamp:  2021-02-28 21:00:03 +0000 UTC


IP:  45.61.139.33
Timestamp:  2021-03-06 02:42:10 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-03-15 13:28:55 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-03-16 01:17:30 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-03-18 08:48:40 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-03-21 00:09:56 +0000 UTC


IP:  176.125.235.92
Timestamp:  2021-03-22 01:16:12 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-03-29 10:52:53 +0000 UTC


IP:  45.61.139.39
Timestamp:  2021-03-30 20:07:27 +0000 UTC
```

DO000014

```
IP:  82.69.98.85
Timestamp:  2021-04-11 15:31:17 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-04-16 16:37:48 +0000 UTC


IP:  45.61.139.39
Timestamp:  2021-04-21 16:27:48 +0000 UTC


IP:  185.204.1.221
Timestamp:  2021-04-27 15:35:13 +0000 UTC


IP:  45.61.139.39
Timestamp:  2021-04-28 14:38:22 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-05-04 21:30:15 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-05-18 15:46:36 +0000 UTC


IP:  87.74.252.147
Timestamp:  2021-05-26 16:51:06 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-06-03 14:41:51 +0000 UTC


IP:  2a01:4c8:1057:3386:4a10:67ff:e916:d3c8
Timestamp:  2021-06-06 22:13:00 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-06-09 12:54:39 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-06-09 14:39:34 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-06-16 16:47:19 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-06-26 23:53:34 +0000 UTC
```

```
IP:  82.69.98.85
Timestamp:  2021-06-28 18:22:14 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-07-03 11:24:29 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-07-18 08:16:20 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-07-18 09:31:47 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-07-18 12:57:57 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-07-20 14:32:26 +0000 UTC


IP:  2a02:20c8:4124::a04e
Timestamp:  2021-07-26 01:33:30 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-08-04 16:40:23 +0000 UTC


IP:  2a01:4c8:1075:666b:b429:435a:fcd5:8103
Timestamp:  2021-09-08 21:12:51 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-10-04 13:49:57 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-10-13 13:25:10 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-11-11 19:42:39 +0000 UTC


IP:  213.205.240.168
Timestamp:  2021-11-18 16:13:44 +0000 UTC


IP:  141.98.252.251
Timestamp:  2019-08-20 12:27:49 +0000 UTC
```

```
IP:  141.98.252.251
Timestamp:  2019-08-28 01:16:58 +0000 UTC


IP:  81.17.24.204
Timestamp:  2019-08-31 18:46:38 +0000 UTC


IP:  38.39.201.87
Timestamp:  2019-09-30 15:17:57 +0000 UTC


IP:  38.39.201.87
Timestamp:  2019-10-11 13:05:38 +0000 UTC


IP:  81.139.184.69
Timestamp:  2019-10-17 12:22:46 +0000 UTC


IP:  38.39.201.87
Timestamp:  2019-10-25 15:03:17 +0000 UTC


IP:  82.69.98.85
Timestamp:  2019-11-11 11:41:01 +0000 UTC


IP:  38.39.201.87
Timestamp:  2019-11-13 17:50:41 +0000 UTC


IP:  82.69.98.85
Timestamp:  2019-11-27 17:11:09 +0000 UTC


IP:  172.86.75.116
Timestamp:  2020-01-10 13:01:42 +0000 UTC


IP:  37.120.198.71
Timestamp:  2020-02-04 14:20:55 +0000 UTC


IP:  185.204.1.214
Timestamp:  2020-02-12 00:17:53 +0000 UTC


IP:  185.204.1.214
Timestamp:  2020-02-17 23:26:02 +0000 UTC


IP:  185.65.135.251
Timestamp:  2020-02-27 13:36:07 +0000 UTC
```

```
IP:  185.65.135.251
Timestamp:  2020-02-27 13:37:09 +0000 UTC


IP:  193.32.127.230
Timestamp:  2020-03-04 13:39:27 +0000 UTC


IP:  141.98.252.251
Timestamp:  2020-03-17 16:59:41 +0000 UTC


IP:  141.98.252.251
Timestamp:  2020-04-16 15:02:29 +0000 UTC


IP:  45.61.139.227
Timestamp:  2020-04-24 13:22:03 +0000 UTC


IP:  45.61.138.152
Timestamp:  2020-05-06 17:30:43 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-07-19 09:24:54 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-07-19 10:19:36 +0000 UTC


IP:  82.69.98.85
Timestamp:  2021-07-19 12:32:50 +0000 UTC


IP:  188.29.164.105
Timestamp:  2014-03-14 12:25:10 +0000 UTC


IP:  188.29.165.180
Timestamp:  2014-03-17 12:54:31 +0000 UTC


IP:  188.29.165.180
Timestamp:  2014-03-18 14:41:00 +0000 UTC


IP:  188.29.165.180
Timestamp:  2014-03-18 16:34:31 +0000 UTC


IP:  188.29.165.180
Timestamp:  2014-03-19 09:34:21 +0000 UTC
```

DO000018

```
IP:  188.29.165.180
Timestamp:  2014-03-19 17:41:46 +0000 UTC


IP:  188.29.165.180
Timestamp:  2014-03-19 19:38:27 +0000 UTC


IP:  188.29.165.180
Timestamp:  2014-03-20 16:35:38 +0000 UTC


IP:  188.29.165.31
Timestamp:  2014-03-21 22:09:59 +0000 UTC


IP:  188.29.165.31
Timestamp:  2014-03-22 16:42:00 +0000 UTC


IP:  188.29.165.245
Timestamp:  2014-03-30 19:12:29 +0000 UTC


IP:  5.70.155.80
Timestamp:  2014-05-28 11:32:08 +0000 UTC


IP:  5.65.241.207
Timestamp:  2014-06-13 15:32:45 +0000 UTC


IP:  5.65.241.207
Timestamp:  2014-06-13 15:33:57 +0000 UTC


IP:  5.70.157.102
Timestamp:  2014-06-20 13:28:24 +0000 UTC


IP:  5.70.175.227
Timestamp:  2014-07-11 14:25:23 +0000 UTC


IP:  5.70.121.210
Timestamp:  2014-08-07 14:59:59 +0000 UTC


IP:  5.70.135.44
Timestamp:  2014-08-21 03:12:38 +0000 UTC


IP:  5.70.135.44
Timestamp:  2014-08-22 07:08:46 +0000 UTC
```

DO000019

```
IP:  5.70.135.44
Timestamp:  2014-08-22 11:14:30 +0000 UTC


IP:  5.70.130.21
Timestamp:  2014-09-09 17:05:33 +0000 UTC


IP:  90.213.140.6
Timestamp:  2014-09-18 23:44:14 +0000 UTC


IP:  90.213.140.6
Timestamp:  2014-10-08 14:24:15 +0000 UTC


IP:  90.213.140.6
Timestamp:  2014-10-29 17:46:38 +0000 UTC


IP:  90.213.140.6
Timestamp:  2014-10-29 18:52:41 +0000 UTC


IP:  50.7.177.50
Timestamp:  2014-11-13 17:26:13 +0000 UTC


IP:  50.7.156.146
Timestamp:  2014-12-01 13:45:08 +0000 UTC


IP:  176.67.168.139
Timestamp:  2014-12-10 14:44:36 +0000 UTC


IP:  23.253.22.198
Timestamp:  2015-01-21 10:16:40 +0000 UTC


IP:  50.23.152.10
Timestamp:  2015-02-05 17:56:44 +0000 UTC


IP:  46.23.65.58
Timestamp:  2015-03-05 00:40:57 +0000 UTC


IP:  5.153.234.74
Timestamp:  2015-03-10 19:31:49 +0000 UTC


IP:  159.8.10.67
Timestamp:  2015-03-31 20:00:09 +0000 UTC
```

```
IP:  159.8.85.240
Timestamp:  2015-06-19 09:51:43 +0000 UTC


IP:  5.10.104.59
Timestamp:  2015-07-19 15:16:27 +0000 UTC


IP:  5.10.104.59
Timestamp:  2015-08-05 12:29:54 +0000 UTC


IP:  5.10.104.59
Timestamp:  2015-08-13 09:45:20 +0000 UTC


IP:  5.10.104.59
Timestamp:  2015-08-26 10:38:32 +0000 UTC


IP:  184.173.166.154
Timestamp:  2015-09-06 09:32:50 +0000 UTC


IP:  90.209.205.153
Timestamp:  2015-09-17 07:36:26 +0000 UTC


IP:  90.209.205.153
Timestamp:  2015-09-22 07:57:24 +0000 UTC


IP:  104.238.189.26
Timestamp:  2015-11-27 01:27:50 +0000 UTC


IP:  5.70.80.106
Timestamp:  2015-12-10 11:05:37 +0000 UTC


IP:  90.218.93.201
Timestamp:  2016-01-04 17:17:08 +0000 UTC


IP:  45.63.96.198
Timestamp:  2016-01-18 15:35:28 +0000 UTC


IP:  45.63.96.198
Timestamp:  2016-03-28 15:32:06 +0000 UTC


IP:  45.63.96.198
Timestamp:  2016-04-13 13:26:11 +0000 UTC
```

DO000021

```
IP:  45.63.96.198
Timestamp:  2016-04-27 07:20:06 +0000 UTC


IP:  94.9.33.164
Timestamp:  2016-04-27 13:14:56 +0000 UTC


IP:  45.63.96.198
Timestamp:  2016-05-03 11:42:05 +0000 UTC


IP:  45.63.96.198
Timestamp:  2016-06-14 14:23:40 +0000 UTC


IP:  90.217.50.17
Timestamp:  2016-06-29 12:01:07 +0000 UTC


IP:  45.63.96.198
Timestamp:  2016-09-05 20:40:49 +0000 UTC


IP:  5.70.156.130
Timestamp:  2016-10-04 15:32:15 +0000 UTC


IP:  5.70.100.48
Timestamp:  2016-10-09 21:41:51 +0000 UTC


IP:  45.63.96.198
Timestamp:  2016-10-10 09:11:19 +0000 UTC


IP:  94.13.74.101
Timestamp:  2016-11-02 17:04:48 +0000 UTC


IP:  176.26.5.124
Timestamp:  2016-12-05 12:29:34 +0000 UTC


IP:  176.26.5.124
Timestamp:  2016-12-05 12:31:21 +0000 UTC


IP:  176.26.5.124
Timestamp:  2017-01-05 13:05:08 +0000 UTC


IP:  176.26.5.124
Timestamp:  2017-01-10 19:05:18 +0000 UTC
```

DO000022

```
IP:  176.26.5.124
Timestamp:  2017-01-11 14:53:02 +0000 UTC


IP:  176.26.5.124
Timestamp:  2017-01-12 19:10:03 +0000 UTC


IP:  94.193.118.147
Timestamp:  2017-01-20 12:10:31 +0000 UTC


IP:  5.67.47.208
Timestamp:  2017-01-25 13:34:18 +0000 UTC


IP:  151.225.214.19
Timestamp:  2017-01-30 12:52:09 +0000 UTC


IP:  94.195.161.25
Timestamp:  2017-02-13 15:41:00 +0000 UTC


IP:  94.195.161.25
Timestamp:  2017-02-15 11:43:51 +0000 UTC


IP:  94.195.161.25
Timestamp:  2017-02-20 16:08:28 +0000 UTC


IP:  94.195.161.25
Timestamp:  2017-02-25 16:08:31 +0000 UTC


IP:  94.195.161.25
Timestamp:  2017-02-26 16:00:56 +0000 UTC


IP:  94.195.161.25
Timestamp:  2017-02-26 18:14:13 +0000 UTC


IP:  174.6.105.244
Timestamp:  2017-03-07 16:59:13 +0000 UTC


IP:  151.226.123.202
Timestamp:  2017-04-04 18:44:18 +0000 UTC


IP:  151.226.123.202
Timestamp:  2017-04-10 10:11:43 +0000 UTC
```

DO000023

```
IP:  151.226.123.202
Timestamp:  2017-04-10 10:12:31 +0000 UTC


IP:  151.226.123.202
Timestamp:  2017-04-18 14:27:25 +0000 UTC


IP:  151.226.123.202
Timestamp:  2017-04-26 12:32:11 +0000 UTC


IP:  151.226.123.202
Timestamp:  2017-05-03 09:49:21 +0000 UTC


IP:  151.226.123.202
Timestamp:  2017-05-03 12:48:36 +0000 UTC


IP:  5.71.250.183
Timestamp:  2017-06-03 11:19:34 +0000 UTC


IP:  45.63.96.198
Timestamp:  2017-06-06 14:52:38 +0000 UTC


IP:  45.63.96.198
Timestamp:  2017-06-09 12:02:32 +0000 UTC


IP:  45.63.96.198
Timestamp:  2017-06-20 11:37:03 +0000 UTC


IP:  5.71.250.183
Timestamp:  2017-06-26 11:24:59 +0000 UTC


IP:  81.168.54.50
Timestamp:  2017-06-28 22:38:04 +0000 UTC


IP:  45.63.96.198
Timestamp:  2017-07-14 15:36:06 +0000 UTC


IP:  45.63.96.198
Timestamp:  2017-07-18 20:51:02 +0000 UTC


IP:  45.63.96.198
Timestamp:  2017-07-24 13:54:54 +0000 UTC
```

```
IP:  5.66.55.142
Timestamp:  2017-07-27 20:50:49 +0000 UTC


IP:  45.63.96.198
Timestamp:  2017-08-03 16:39:20 +0000 UTC


IP:  45.63.96.198
Timestamp:  2017-08-11 16:36:10 +0000 UTC


IP:  183.88.8.248
Timestamp:  2017-09-25 11:41:31 +0000 UTC


IP:  49.229.118.110
Timestamp:  2017-10-03 07:33:53 +0000 UTC


IP:  94.193.116.204
Timestamp:  2017-10-16 12:05:25 +0000 UTC


IP:  88.97.96.210
Timestamp:  2017-11-27 22:36:31 +0000 UTC


IP:  88.97.96.210
Timestamp:  2017-11-28 23:13:38 +0000 UTC


IP:  64.46.19.159
Timestamp:  2017-12-03 14:49:01 +0000 UTC


IP:  64.46.19.159
Timestamp:  2017-12-06 02:10:51 +0000 UTC


IP:  64.46.19.159
Timestamp:  2017-12-09 04:04:02 +0000 UTC


IP:  64.46.19.159
Timestamp:  2017-12-13 16:58:39 +0000 UTC


IP:  64.46.19.159
Timestamp:  2017-12-27 18:43:16 +0000 UTC


IP:  64.46.19.159
Timestamp:  2018-01-01 17:43:54 +0000 UTC
```

DO000025

```
IP:  64.46.19.159
Timestamp:  2018-01-05 03:38:16 +0000 UTC


IP:  64.46.19.159
Timestamp:  2018-01-05 03:40:15 +0000 UTC


IP:  24.64.126.243
Timestamp:  2018-01-07 19:02:42 +0000 UTC


IP:  24.64.126.243
Timestamp:  2018-01-09 06:04:51 +0000 UTC


IP:  45.63.96.198
Timestamp:  2018-01-14 08:49:48 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-01-17 07:05:22 +0000 UTC


IP:  93.190.141.209
Timestamp:  2018-01-25 18:04:14 +0000 UTC


IP:  93.190.142.157
Timestamp:  2018-02-21 09:46:28 +0000 UTC


IP:  93.190.142.157
Timestamp:  2018-02-28 20:32:58 +0000 UTC


IP:  93.190.141.209
Timestamp:  2018-03-01 17:09:14 +0000 UTC


IP:  217.23.15.116
Timestamp:  2018-03-23 13:59:06 +0000 UTC


IP:  93.190.141.209
Timestamp:  2018-04-02 19:59:18 +0000 UTC


IP:  217.23.5.128
Timestamp:  2018-04-11 08:53:11 +0000 UTC


IP:  217.23.5.128
Timestamp:  2018-04-16 10:38:21 +0000 UTC
```

```
IP:  217.23.5.128
Timestamp:  2018-04-17 16:54:00 +0000 UTC


IP:  217.23.5.128
Timestamp:  2018-04-23 12:14:30 +0000 UTC


IP:  217.23.5.128
Timestamp:  2018-05-09 13:15:28 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-05-30 17:11:05 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-06-01 15:20:59 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-06-13 11:59:06 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-06-15 07:05:47 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-06-18 15:31:25 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-06-18 15:36:30 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-06-18 15:48:23 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-06-18 15:49:03 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-06-22 14:47:08 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-06-23 10:21:39 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-07-07 06:56:18 +0000 UTC
```

DO000027

```
IP:  217.23.5.241
Timestamp:  2018-07-08 14:22:46 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-07-13 09:18:30 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-07-23 09:11:58 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-07-26 08:00:30 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-07-28 10:01:58 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-08-09 09:08:11 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-08-14 17:15:50 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-09-04 16:21:03 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-09-11 14:07:10 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-09-13 12:56:29 +0000 UTC


IP:  217.23.5.241
Timestamp:  2018-09-22 14:29:43 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-09-29 10:50:35 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-10-08 12:22:14 +0000 UTC


IP:  92.40.248.11
Timestamp:  2018-10-09 17:56:52 +0000 UTC
```

DO000028

```
IP:  88.97.96.210
Timestamp:  2018-10-18 08:54:32 +0000 UTC


IP:  185.65.134.160
Timestamp:  2018-11-05 17:29:50 +0000 UTC


IP:  185.65.134.160
Timestamp:  2018-11-11 19:10:26 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-11-20 00:18:52 +0000 UTC


IP:  185.65.134.160
Timestamp:  2018-11-28 12:35:04 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-12-03 10:19:59 +0000 UTC


IP:  185.65.134.233
Timestamp:  2018-12-05 16:27:24 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-12-16 10:03:09 +0000 UTC


IP:  88.97.96.210
Timestamp:  2018-12-17 21:13:01 +0000 UTC


IP:  185.65.134.160
Timestamp:  2018-12-27 14:38:24 +0000 UTC


IP:  88.97.96.210
Timestamp:  2019-01-03 10:48:40 +0000 UTC


IP:  185.65.134.160
Timestamp:  2019-01-09 11:34:43 +0000 UTC


IP:  86.185.44.42
Timestamp:  2019-01-28 02:02:51 +0000 UTC


IP:  86.191.63.10
Timestamp:  2019-02-26 16:24:18 +0000 UTC
```

DO000029

```
IP:  86.156.240.31
Timestamp:  2019-03-01 15:59:14 +0000 UTC


IP:  86.156.240.31
Timestamp:  2019-03-06 20:10:22 +0000 UTC


IP:  88.97.96.210
Timestamp:  2019-03-25 23:18:59 +0000 UTC


IP:  88.97.96.210
Timestamp:  2019-03-28 12:34:31 +0000 UTC


IP:  80.189.122.1
Timestamp:  2019-04-05 14:36:55 +0000 UTC


IP:  176.35.157.234
Timestamp:  2019-04-10 14:06:23 +0000 UTC


IP:  81.17.24.204
Timestamp:  2019-04-17 13:12:22 +0000 UTC


IP:  81.17.24.204
Timestamp:  2019-04-22 20:41:11 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-04-26 00:42:28 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-04-26 14:20:29 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-04-27 14:07:20 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-05-01 09:32:54 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-05-03 12:18:45 +0000 UTC


IP:  91.90.44.59
Timestamp:  2019-05-13 20:06:21 +0000 UTC
```

DO000030

```
IP:  91.90.44.59
Timestamp:  2019-05-15 21:09:07 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-05-21 12:50:18 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-05-22 04:46:42 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-05-23 11:28:13 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-05-23 11:36:58 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-05-24 18:20:39 +0000 UTC


IP:  91.90.44.59
Timestamp:  2019-06-09 00:11:15 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-06-12 12:00:58 +0000 UTC


IP:  185.156.173.29
Timestamp:  2019-06-17 15:07:16 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-06-21 16:58:20 +0000 UTC


IP:  91.90.44.59
Timestamp:  2019-07-02 20:42:19 +0000 UTC


IP:  185.242.6.21
Timestamp:  2019-07-05 06:56:31 +0000 UTC


IP:  82.69.98.85
Timestamp:  2019-07-08 10:34:54 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-07-11 19:09:54 +0000 UTC
```

```
IP:  91.90.44.59
Timestamp:  2019-07-16 08:31:21 +0000 UTC


IP:  185.212.170.229
Timestamp:  2019-07-18 14:09:24 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-07-27 20:01:46 +0000 UTC


IP:  185.212.149.204
Timestamp:  2019-08-05 17:54:51 +0000 UTC


IP:  185.212.170.229
Timestamp:  2019-08-12 08:40:36 +0000 UTC
```

## Sign Up

```
Date:  2014-02-13 23:13:40 +0000 UTC
IP:  188.29.165.18
User Agent:  Mozilla/5.0 (Macintosh; Intel Mac OS X 10_9_0) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/33.0.1750.58 Safari/537.36
Referrer URL:  https://www.google.co.uk/
```

## Linked Credit Cards

```
Date:  2019-08-26 13:59:15 +0000 UTC
IP:  185.212.149.204
Bank:  BARCLAYS BANK UK PLC
Name:  A J PHILLIPS
```

### Address

*13 Southgate Street, Bury Saint Edmunds, England, IP33 2AF, GB*

```
Phone  N/A
Transaction Status  AVS: Success / CVV: Success / Auth: Success
```

DO000032

```
Date:  2016-12-05 12:32:14 +0000 UTC
IP:  176.26.5.124
Bank:  Barclays Bank PLC
Name:  ALAN PHILLIPS
```

### Address

*Flat 9 Hawks Mill, Hawks Mill Street, Needham Market, Suffolk, IP6 8LU, GB*

```
Phone  7453318111
Transaction Status  AVS: Success / CVV: Success / Auth: Success
```

```
Date:  2015-12-02 11:53:26 +0000 UTC
IP:  5.70.80.106
Bank:  Barclays Bank PLC
Name:  Alan Phillips
```

### Address

*20 Crown Mill, Elmswell, Suffolk, IP30 9GF, GB*

```
Phone  07453318111
Transaction Status  AVS: Success. / CVV: Success. / Auth: Success.
```

```
Date:  2014-05-28 11:34:04 +0000 UTC
IP:  5.70.155.80
Bank:  N/A
Name:  Alan Phillips
```

### Address

*20 Crown Mill, Elmswell, Suffolk, IP30 9HD, GB*

```
Phone  07453318111
Transaction Status  AVS: Success. / CVV: Success. / Auth:
```

```
Date:  2014-05-28 11:33:52 +0000 UTC
IP:  5.70.155.80
Bank:  N/A
Name:  Alan Phillips
```

### Address

*20 Crown Mill, Elmswell, Suffolk, IP30 9HD, GB*

```
Phone   07453318111
Transaction Status   AVS: No AVS error response - Postal code: M - matches -
Street address: M - matches / CVV: M - matches / Auth:
```

## Active Droplets

```
Name:   smokeping-sgp1-slave
Memory:  1024
Status:  active
Created At:  2021-06-28 22:18:20 +0000 UTC
Updated At:  2021-06-28 22:19:01 +0000 UTC
IP:  139.59.125.199
```

```
Name:   smokeping-tor1-slave
Memory:  1024
Status:  active
Created At:  2021-06-28 22:15:13 +0000 UTC
Updated At:  2021-06-28 22:15:35 +0000 UTC
IP:  165.22.239.86
```

```
Name:   smokeping-fra1-master
Memory:  1024
Status:  active
Created At:  2021-06-26 23:58:15 +0000 UTC
Updated At:  2021-06-28 22:08:37 +0000 UTC
IP:  142.93.167.134
```

DO000034

```
Name:  www-bl-2
Memory:  4096
Status:  active
Created At:  2021-02-17 16:18:16 +0000 UTC
Updated At:  2021-02-17 16:22:25 +0000 UTC
IP:  167.71.106.194

Name:  n2test
Memory:  1024
Status:  active
Created At:  2018-07-28 10:03:09 +0000 UTC
Updated At:  2021-11-08 01:15:33 +0000 UTC
IP:  178.128.37.81

Name:  amy-wordpress-1gb-lon1-02
Memory:  1024
Status:  active
Created At:  2017-07-27 20:51:58 +0000 UTC
Updated At:  2021-06-11 09:42:48 +0000 UTC
IP:  46.101.37.143

Name:  liv3d.com
Memory:  512
Status:  active
Created At:  2014-05-28 11:35:24 +0000 UTC
Updated At:  2021-08-10 00:04:05 +0000 UTC
IP:  188.226.255.11
```

## Inactive Droplets

```
Name:  ubuntu-s-1vcpu-1gb-lon1-01
Memory:  1024
Status:  destroyed
Created At:  2021-11-17 13:46:55 +0000 UTC
Destroyed At  2021-11-17 13:53:01 +0000 UTC
IP:  178.62.22.57
```

```
Name:  fastnetmon
Memory:  4096
Status:  destroyed
Created At:  2021-07-24 19:18:06 +0000 UTC
Destroyed At  2021-08-08 20:54:49 +0000 UTC
IP:  46.101.54.69

Name:  fastnetmon
Memory:  8192
Status:  destroyed
Created At:  2021-07-03 11:59:28 +0000 UTC
Destroyed At  2021-07-12 18:30:10 +0000 UTC
IP:  46.101.31.137

Name:  ubuntu-s-1vcpu-1gb-lon1-01
Memory:  1024
Status:  destroyed
Created At:  2021-06-16 16:49:16 +0000 UTC
Destroyed At  2021-07-24 19:16:05 +0000 UTC
IP:  206.189.22.247

Name:  matomo-bl
Memory:  4096
Status:  destroyed
Created At:  2020-06-17 23:22:06 +0000 UTC
Destroyed At  2021-07-24 19:15:15 +0000 UTC
IP:  142.93.136.147

Name:  matomo-bl
Memory:  4096
Status:  destroyed
Created At:  2020-06-17 23:07:08 +0000 UTC
Destroyed At  2020-06-17 23:14:19 +0000 UTC
IP:  167.172.34.78
```

DO000036

```
Name:  1mo-wwwbl20200515-s-1vcpu-2gb-nyc3-01
Memory:  2048
Status:  destroyed
Created At:  2020-06-10 17:33:13 +0000 UTC
Destroyed At  2020-06-10 18:08:55 +0000 UTC
IP:  134.209.42.101


Name:  20d-ssd
Memory:  2048
Status:  destroyed
Created At:  2020-06-10 17:27:31 +0000 UTC
Destroyed At  2020-06-10 18:08:47 +0000 UTC
IP:  134.209.44.170


Name:  gitlab
Memory:  4096
Status:  destroyed
Created At:  2019-05-10 17:37:22 +0000 UTC
Destroyed At  2019-05-22 04:47:14 +0000 UTC
IP:  104.248.83.46


Name:  app.bl
Memory:  2048
Status:  destroyed
Created At:  2019-05-02 10:04:59 +0000 UTC
Destroyed At  2019-06-12 12:01:47 +0000 UTC
IP:  142.93.187.181


Name:  bl-backup
Memory:  3072
Status:  destroyed
Created At:  2019-04-26 14:31:18 +0000 UTC
Destroyed At  2019-06-12 12:02:01 +0000 UTC
IP:  159.203.72.32
```

```
Name:  brave-elephant-96
Memory:  512
Status:  destroyed
Created At:  2018-12-26 12:13:38 +0000 UTC
Destroyed At  2018-12-26 12:57:51 +0000 UTC
IP:  82.196.1.106

Name:  app.bitlaunch.io-1539001478154-s-1vcpu-2gb-nyc3-01
Memory:  2048
Status:  destroyed
Created At:  2018-12-22 09:22:50 +0000 UTC
Destroyed At  2019-03-06 20:11:01 +0000 UTC
IP:  165.227.78.31

Name:  ajph-media-1
Memory:  4096
Status:  destroyed
Created At:  2018-11-28 14:23:07 +0000 UTC
Destroyed At  2018-11-30 13:58:05 +0000 UTC
IP:  206.189.0.234

Name:  ajph-media
Memory:  1024
Status:  destroyed
Created At:  2018-11-28 14:05:34 +0000 UTC
Destroyed At  2018-11-28 14:23:25 +0000 UTC
IP:  206.189.3.83

Name:  emby
Memory:  2048
Status:  destroyed
Created At:  2018-11-28 12:37:56 +0000 UTC
Destroyed At  2018-11-28 14:05:47 +0000 UTC
IP:  206.189.22.65
```

DO000038

```
Name:  recolour-app
Memory:  4096
Status:  destroyed
Created At:  2018-11-11 19:12:26 +0000 UTC
Destroyed At  2019-04-26 15:10:23 +0000 UTC
IP:  138.68.141.105

Name:  app.bitlaunch.io-2
Memory:  2048
Status:  destroyed
Created At:  2018-10-08 12:31:12 +0000 UTC
Destroyed At  2018-10-29 09:52:30 +0000 UTC
IP:  209.97.146.110

Name:  n2test-1
Memory:  2048
Status:  destroyed
Created At:  2018-05-21 16:33:01 +0000 UTC
Destroyed At  2018-07-28 10:02:25 +0000 UTC
IP:  178.62.58.222

Name:  n2test1
Memory:  1024
Status:  destroyed
Created At:  2018-05-21 16:26:21 +0000 UTC
Destroyed At  2018-05-21 16:31:54 +0000 UTC
IP:  46.101.50.60

Name:  modest-dolphin-18
Memory:  512
Status:  destroyed
Created At:  2018-05-18 15:10:50 +0000 UTC
Destroyed At  2018-11-28 15:00:01 +0000 UTC
IP:  139.59.188.157
```

```
Name:  thirsty-puppy-21
Memory:  512
Status:  destroyed
Created At:  2018-05-17 13:19:24 +0000 UTC
Destroyed At  2018-05-17 13:23:03 +0000 UTC
IP:  139.59.184.137


Name:  vpntest
Memory:  1024
Status:  destroyed
Created At:  2018-04-02 20:00:38 +0000 UTC
Destroyed At  2018-04-02 20:21:46 +0000 UTC
IP:  138.68.179.138


Name:  ubuntu-s-1vcpu-1gb-lon1-01
Memory:  1024
Status:  destroyed
Created At:  2018-02-28 20:35:17 +0000 UTC
Destroyed At  2018-03-01 10:39:51 +0000 UTC
IP:  159.65.50.110


Name:  ubuntu-s-1vcpu-1gb-lon1-01
Memory:  1024
Status:  destroyed
Created At:  2018-02-28 20:33:27 +0000 UTC
Destroyed At  2018-02-28 20:34:44 +0000 UTC
IP:  188.166.150.47


Name:  keen-fox-96
Memory:  2048
Status:  destroyed
Created At:  2018-02-07 17:10:17 +0000 UTC
Destroyed At  2018-05-17 13:23:23 +0000 UTC
IP:  198.211.123.153
```

```
Name:  angry-puppy-72
Memory:  512
Status:  destroyed
Created At:  2018-01-16 14:29:45 +0000 UTC
Destroyed At  2018-01-16 14:41:55 +0000 UTC
IP:  165.227.201.40

Name:  app.bitlaunch.io
Memory:  2048
Status:  destroyed
Created At:  2017-12-19 23:56:23 +0000 UTC
Destroyed At  2019-05-06 01:04:45 +0000 UTC
IP:  159.203.106.253

Name:  www-bl
Memory:  4096
Status:  destroyed
Created At:  2017-12-16 08:25:04 +0000 UTC
Destroyed At  2021-07-03 11:44:58 +0000 UTC
IP:  159.89.40.201

Name:  bitlaunch.io
Memory:  512
Status:  destroyed
Created At:  2017-12-16 08:22:03 +0000 UTC
Destroyed At  2017-12-16 08:23:20 +0000 UTC
IP:  165.227.100.78

Name:  bithost.io
Memory:  512
Status:  destroyed
Created At:  2017-12-16 08:20:02 +0000 UTC
Destroyed At  2017-12-16 08:21:26 +0000 UTC
IP:  159.89.36.118
```

```
Name:  focused-camel-44
Memory:  512
Status:  destroyed
Created At:  2017-11-10 11:53:54 +0000 UTC
Destroyed At  2018-05-17 13:23:34 +0000 UTC
IP:  178.62.0.121

Name:  hungry-fly-88
Memory:  512
Status:  destroyed
Created At:  2017-11-10 11:32:37 +0000 UTC
Destroyed At  2017-11-10 11:45:46 +0000 UTC
IP:  138.68.188.163

Name:  kickass-deer-77
Memory:  512
Status:  destroyed
Created At:  2017-11-10 11:22:29 +0000 UTC
Destroyed At  2017-11-10 11:53:32 +0000 UTC
IP:  165.227.194.37

Name:  kickass-deer-77
Memory:  512
Status:  destroyed
Created At:  2017-11-09 13:07:58 +0000 UTC
Destroyed At  2017-11-10 11:30:58 +0000 UTC
IP:  138.68.177.199

Name:  kickass-deer-77
Memory:  512
Status:  destroyed
Created At:  2017-11-09 12:57:35 +0000 UTC
Destroyed At  2017-11-09 13:16:43 +0000 UTC
IP:  95.85.26.145
```

```
Name:  priceless-monkey-82
Memory:  1024
Status:  destroyed
Created At:  2017-10-18 15:58:15 +0000 UTC
Destroyed At  2017-10-18 16:28:18 +0000 UTC
IP:  139.59.136.52

Name:  kickass-rabbit-23
Memory:  1024
Status:  destroyed
Created At:  2017-10-18 15:52:39 +0000 UTC
Destroyed At  2017-10-18 17:14:16 +0000 UTC
IP:  188.226.163.189

Name:  nifty-fly-44-03
Memory:  1024
Status:  destroyed
Created At:  2017-10-02 04:53:03 +0000 UTC
Destroyed At  2017-10-02 08:23:46 +0000 UTC
IP:  95.85.23.92

Name:  nifty-fly-44
Memory:  1024
Status:  destroyed
Created At:  2017-10-02 04:53:02 +0000 UTC
Destroyed At  2017-10-02 08:24:13 +0000 UTC
IP:  198.211.121.75

Name:  nifty-fly-44-02
Memory:  1024
Status:  destroyed
Created At:  2017-10-02 04:53:02 +0000 UTC
Destroyed At  2017-10-02 08:23:34 +0000 UTC
IP:  95.85.17.23
```

DO000043

```
Name:  kickass-deer-77
Memory:  1024
Status:  destroyed
Created At:  2017-09-28 09:57:55 +0000 UTC
Destroyed At  2017-11-09 13:08:05 +0000 UTC
IP:  139.59.180.186


Name:  stupefied-chimpanzee-16
Memory:  512
Status:  destroyed
Created At:  2017-09-05 10:24:11 +0000 UTC
Destroyed At  2017-09-28 09:57:34 +0000 UTC
IP:  178.62.40.172


Name:  wizardly-fish-90
Memory:  512
Status:  destroyed
Created At:  2017-09-05 10:06:54 +0000 UTC
Destroyed At  2017-09-05 10:28:15 +0000 UTC
IP:  95.85.27.228


Name:  epic-frog-84
Memory:  512
Status:  destroyed
Created At:  2017-09-04 11:11:54 +0000 UTC
Destroyed At  2017-09-04 16:13:30 +0000 UTC
IP:  188.226.173.164


Name:  jovial-eagle-86
Memory:  512
Status:  destroyed
Created At:  2017-08-24 16:42:08 +0000 UTC
Destroyed At  2017-09-04 11:11:01 +0000 UTC
IP:  185.14.185.136
```

```
Name:  adoring-fly-6
Memory: 1024
Status: destroyed
Created At: 2017-08-18 12:55:21 +0000 UTC
Destroyed At 2017-08-18 13:43:40 +0000 UTC
IP: 82.196.9.72


Name: confident-dolphin-74
Memory: 2048
Status: destroyed
Created At: 2017-08-11 16:37:20 +0000 UTC
Destroyed At 2017-08-15 10:58:06 +0000 UTC
IP: 139.59.167.96


Name: thirsty-fish-23
Memory: 512
Status: destroyed
Created At: 2017-08-08 16:00:39 +0000 UTC
Destroyed At 2017-08-24 16:41:34 +0000 UTC
IP: 95.85.22.96


Name: nervous-goat-72
Memory: 512
Status: destroyed
Created At: 2017-08-08 14:53:20 +0000 UTC
Destroyed At 2017-08-08 15:14:47 +0000 UTC
IP: 95.85.47.11


Name: eloquent-snail-91
Memory: 512
Status: destroyed
Created At: 2017-08-08 14:38:09 +0000 UTC
Destroyed At 2017-08-08 14:51:29 +0000 UTC
IP: 188.226.132.209
```

```
Name:  eager-bear-30
Memory:  2048
Status:  destroyed
Created At:  2017-08-01 19:05:59 +0000 UTC
Destroyed At  2017-08-03 09:55:47 +0000 UTC
IP:  95.85.13.160


Name:  happy-cow-98
Memory:  1024
Status:  destroyed
Created At:  2017-07-19 14:09:19 +0000 UTC
Destroyed At  2017-07-19 14:28:35 +0000 UTC
IP:  82.196.10.204


Name:  confident-lion-83
Memory:  1024
Status:  destroyed
Created At:  2017-07-18 19:31:26 +0000 UTC
Destroyed At  2017-07-18 20:18:18 +0000 UTC
IP:  178.62.240.105


Name:  amy-wordpress-1gb-lon1-02
Memory:  1024
Status:  destroyed
Created At:  2017-07-05 15:53:35 +0000 UTC
Destroyed At  2017-07-27 20:51:24 +0000 UTC
IP:  139.59.178.73


Name:  inspiring-fly-11
Memory:  512
Status:  destroyed
Created At:  2017-06-27 13:10:33 +0000 UTC
Destroyed At  2018-05-17 13:23:39 +0000 UTC
IP:  188.226.164.186
```

DO000046

```
Name:  thirsty-horse-67
Memory:  1024
Status:  destroyed
Created At:  2017-06-27 12:39:21 +0000 UTC
Destroyed At  2017-06-27 13:12:14 +0000 UTC
IP:  139.59.170.19

Name:  inspiring-octopus-83
Memory:  1024
Status:  destroyed
Created At:  2017-06-27 12:21:52 +0000 UTC
Destroyed At  2017-06-27 12:38:45 +0000 UTC
IP:  46.101.72.33

Name:  tender-rat-41
Memory:  1024
Status:  destroyed
Created At:  2017-06-27 11:50:48 +0000 UTC
Destroyed At  2017-06-27 12:20:38 +0000 UTC
IP:  46.101.61.71

Name:  androidre
Memory:  8192
Status:  destroyed
Created At:  2017-06-26 11:27:15 +0000 UTC
Destroyed At  2017-06-26 13:08:37 +0000 UTC
IP:  139.59.160.118

Name:  flamboyant-shark-10
Memory:  1024
Status:  destroyed
Created At:  2017-06-21 08:55:26 +0000 UTC
Destroyed At  2018-05-17 13:23:44 +0000 UTC
IP:  174.138.32.151
```

DO000047

```
Name:  sad-snake-69
Memory:  1024
Status:  destroyed
Created At:  2017-06-17 15:08:33 +0000 UTC
Destroyed At  2017-06-17 15:19:56 +0000 UTC
IP:  192.241.136.190

Name:  stupefied-bee-35
Memory:  1024
Status:  destroyed
Created At:  2017-06-17 15:07:04 +0000 UTC
Destroyed At  2017-07-14 15:37:36 +0000 UTC
IP:  159.203.191.13

Name:  dreamy-scorpion-23
Memory:  1024
Status:  destroyed
Created At:  2017-06-16 10:13:43 +0000 UTC
Destroyed At  2017-06-16 10:20:28 +0000 UTC
IP:  188.226.135.33

Name:  gracious-bird-5
Memory:  1024
Status:  destroyed
Created At:  2017-06-16 10:13:13 +0000 UTC
Destroyed At  2017-07-14 15:36:46 +0000 UTC
IP:  188.166.174.188

Name:  elastic-shark-70
Memory:  512
Status:  destroyed
Created At:  2017-06-13 18:23:32 +0000 UTC
Destroyed At  2017-06-17 10:49:19 +0000 UTC
IP:  67.205.185.31
```

DO000048

```
Name:  musing-duck-0
Memory:  1024
Status:  destroyed
Created At:  2017-06-13 16:28:38 +0000 UTC
Destroyed At  2017-06-13 18:22:47 +0000 UTC
IP:  192.241.135.204


Name:  ubuntu-512mb-fra1-01
Memory:  512
Status:  destroyed
Created At:  2017-06-12 15:12:47 +0000 UTC
Destroyed At  2017-07-14 15:37:57 +0000 UTC
IP:  138.68.111.249


Name:  elated-crocodile-83
Memory:  2048
Status:  destroyed
Created At:  2017-06-11 21:17:01 +0000 UTC
Destroyed At  2017-06-12 10:07:53 +0000 UTC
IP:  188.226.132.175


Name:  gallant-camel-1
Memory:  2048
Status:  destroyed
Created At:  2017-06-11 20:57:34 +0000 UTC
Destroyed At  2017-06-12 10:07:57 +0000 UTC
IP:  188.226.135.246


Name:  angry-chimpanzee-68
Memory:  1024
Status:  destroyed
Created At:  2017-06-03 17:51:06 +0000 UTC
Destroyed At  2017-06-13 18:22:50 +0000 UTC
IP:  67.205.158.82
```

DO000049

```
Name:  distracted-eagle-72
Memory:  1024
Status:  destroyed
Created At:  2017-06-03 15:10:01 +0000 UTC
Destroyed At  2017-06-16 10:12:12 +0000 UTC
IP:  95.85.26.168


Name:  eager-puppy-69
Memory:  1024
Status:  destroyed
Created At:  2017-06-03 13:44:39 +0000 UTC
Destroyed At  2017-06-03 17:50:34 +0000 UTC
IP:  192.241.153.165


Name:  pensive-dolphin-69
Memory:  1024
Status:  destroyed
Created At:  2017-06-03 13:25:45 +0000 UTC
Destroyed At  2017-07-14 15:36:50 +0000 UTC
IP:  198.211.106.54


Name:  pensive-dolphin-69
Memory:  1024
Status:  destroyed
Created At:  2017-06-03 13:12:40 +0000 UTC
Destroyed At  2017-06-13 16:28:07 +0000 UTC
IP:  162.243.164.250


Name:  musing-octopus-88
Memory:  1024
Status:  destroyed
Created At:  2017-06-03 13:08:25 +0000 UTC
Destroyed At  2017-06-11 18:58:15 +0000 UTC
IP:  159.203.187.27
```

```
Name:  wonderful-fox-57
Memory:  1024
Status:  destroyed
Created At:  2017-06-03 12:46:09 +0000 UTC
Destroyed At  2017-06-03 13:05:45 +0000 UTC
IP:  188.226.148.174


Name:  wonderful-fox-57
Memory:  1024
Status:  destroyed
Created At:  2017-06-03 12:14:50 +0000 UTC
Destroyed At  2017-06-03 13:06:13 +0000 UTC
IP:  95.85.38.166


Name:  keen-elephant-14
Memory:  1024
Status:  destroyed
Created At:  2017-06-02 21:05:36 +0000 UTC
Destroyed At  2017-06-16 10:12:41 +0000 UTC
IP:  188.226.156.243


Name:  nervous-lobster-89
Memory:  1024
Status:  destroyed
Created At:  2017-06-02 16:33:44 +0000 UTC
Destroyed At  2017-06-02 16:39:44 +0000 UTC
IP:  67.205.149.51


Name:  heuristic-camel-37
Memory:  1024
Status:  destroyed
Created At:  2017-06-02 16:26:52 +0000 UTC
Destroyed At  2017-06-02 16:39:51 +0000 UTC
IP:  178.62.193.142
```

DO000051

```
Name:  stoic-deer-76
Memory: 1024
Status: destroyed
Created At: 2017-06-02 11:21:56 +0000 UTC
Destroyed At  2017-06-02 16:39:55 +0000 UTC
IP: 162.243.69.98


Name:  stoic-deer-76
Memory: 1024
Status: destroyed
Created At: 2017-06-02 11:12:37 +0000 UTC
Destroyed At  2017-06-02 11:31:12 +0000 UTC
IP: 82.196.13.207


Name:  nervous-tiger-59
Memory: 2048
Status: destroyed
Created At: 2017-05-30 10:52:50 +0000 UTC
Destroyed At  2017-06-16 10:20:00 +0000 UTC
IP: 67.205.184.165


Name:  focused-turtle-88
Memory: 2048
Status: destroyed
Created At: 2017-05-30 09:41:26 +0000 UTC
Destroyed At  2017-06-16 10:19:37 +0000 UTC
IP: 198.199.72.115


Name:  cranky-snail-56
Memory: 1024
Status: destroyed
Created At: 2017-05-29 12:28:09 +0000 UTC
Destroyed At  2017-05-30 10:53:52 +0000 UTC
IP: 146.185.180.166
```

DO000052

```
Name:  suspicious-squirrel-41
Memory:  1024
Status:  destroyed
Created At:  2017-05-29 12:06:01 +0000 UTC
Destroyed At  2017-05-29 12:27:52 +0000 UTC
IP:  162.243.250.121

Name:  dreamy-seal-6
Memory:  1024
Status:  destroyed
Created At:  2017-05-29 12:00:23 +0000 UTC
Destroyed At  2017-05-29 12:27:56 +0000 UTC
IP:  162.243.173.43

Name:  compassionate-snake-95
Memory:  2048
Status:  destroyed
Created At:  2017-05-29 11:12:26 +0000 UTC
Destroyed At  2017-05-29 11:48:02 +0000 UTC
IP:  46.101.79.178

Name:  elated-snail-6
Memory:  1024
Status:  destroyed
Created At:  2017-05-28 10:30:18 +0000 UTC
Destroyed At  2017-05-29 11:48:07 +0000 UTC
IP:  67.205.137.200

Name:  nervous-chimpanzee-82
Memory:  2048
Status:  destroyed
Created At:  2017-05-27 14:47:15 +0000 UTC
Destroyed At  2017-06-16 10:18:50 +0000 UTC
IP:  67.205.133.106
```

DO000053

```
Name:  trusting-dolphin-16
Memory: 2048
Status: destroyed
Created At:  2017-05-24 09:49:24 +0000 UTC
Destroyed At  2017-05-27 14:45:52 +0000 UTC
IP:  188.226.137.125


Name:  gallant-cat-30
Memory: 2048
Status: destroyed
Created At:  2017-05-19 13:35:04 +0000 UTC
Destroyed At  2017-05-27 14:45:44 +0000 UTC
IP:  67.207.89.116


Name:  gallant-cat-30
Memory: 2048
Status: destroyed
Created At:  2017-05-19 10:23:24 +0000 UTC
Destroyed At  2017-05-19 13:44:12 +0000 UTC
IP:  67.205.181.88


Name:  lemp-1gb-nyc1-01
Memory: 1024
Status: destroyed
Created At:  2017-05-19 10:07:40 +0000 UTC
Destroyed At  2017-07-14 15:37:22 +0000 UTC
IP:  67.207.89.11


Name:  wordpress-1gb-nyc1-01
Memory: 1024
Status: destroyed
Created At:  2017-05-19 09:47:16 +0000 UTC
Destroyed At  2017-07-14 15:38:34 +0000 UTC
IP:  162.243.164.213
```

```
Name:  gallant-cat-30
Memory:  1024
Status:  destroyed
Created At:  2017-05-19 09:45:52 +0000 UTC
Destroyed At  2017-05-19 10:32:34 +0000 UTC
IP:  192.34.63.114


Name:  lemp-512mb-nyc3-01
Memory:  512
Status:  destroyed
Created At:  2017-05-18 18:58:45 +0000 UTC
Destroyed At  2017-05-18 19:00:20 +0000 UTC
IP:  138.197.105.107


Name:  gifted-octopus-75
Memory:  1024
Status:  destroyed
Created At:  2017-05-18 10:45:41 +0000 UTC
Destroyed At  2017-05-27 14:45:22 +0000 UTC
IP:  37.139.12.118


Name:  sad-hippopotamus-8
Memory:  1024
Status:  destroyed
Created At:  2017-05-08 19:41:40 +0000 UTC
Destroyed At  2017-05-17 10:21:35 +0000 UTC
IP:  95.85.38.38


Name:  determined-ant-13
Memory:  1024
Status:  destroyed
Created At:  2017-05-06 15:23:32 +0000 UTC
Destroyed At  2017-05-17 10:22:17 +0000 UTC
IP:  46.101.7.51
```

Name:  fervent-cat-26
Memory:  512
Status:  destroyed
Created At:  2017-05-04 14:52:07 +0000 UTC
Destroyed At  2017-05-18 17:59:16 +0000 UTC
IP:  67.207.84.85

Name:  jovial-tiger-95
Memory:  512
Status:  destroyed
Created At:  2017-04-28 11:31:58 +0000 UTC
Destroyed At  2017-05-04 14:53:00 +0000 UTC
IP:  46.101.15.64

Name:  flamboyant-panda-50
Memory:  512
Status:  destroyed
Created At:  2017-04-28 11:21:29 +0000 UTC
Destroyed At  2017-05-17 10:22:46 +0000 UTC
IP:  178.62.123.85

Name:  admiring-owl-28
Memory:  1024
Status:  destroyed
Created At:  2017-04-25 16:48:53 +0000 UTC
Destroyed At  2017-05-09 14:43:47 +0000 UTC
IP:  67.205.145.227

Name:  blissful-ant-13
Memory:  1024
Status:  destroyed
Created At:  2017-04-24 11:22:53 +0000 UTC
Destroyed At  2017-04-26 12:33:17 +0000 UTC
IP:  178.62.196.166

```
Name:  stoic-lobster-73
Memory:  1024
Status:  destroyed
Created At:  2017-04-24 11:14:10 +0000 UTC
Destroyed At  2017-04-24 11:40:40 +0000 UTC
IP:  107.170.22.212


Name:  laughing-elephant-89
Memory:  1024
Status:  destroyed
Created At:  2017-04-24 10:40:24 +0000 UTC
Destroyed At  2017-04-25 17:03:03 +0000 UTC
IP:  139.59.164.133


Name:  optimistic-scorpion-49
Memory:  1024
Status:  destroyed
Created At:  2017-04-19 10:00:56 +0000 UTC
Destroyed At  2017-04-22 00:42:48 +0000 UTC
IP:  138.197.154.210


Name:  sleepy-chicken-7-from-template
Memory:  1024
Status:  destroyed
Created At:  2017-04-19 09:37:11 +0000 UTC
Destroyed At  2017-04-22 00:42:47 +0000 UTC
IP:  104.131.172.226


Name:  from-backup-2
Memory:  1024
Status:  destroyed
Created At:  2017-04-19 09:15:57 +0000 UTC
Destroyed At  2017-04-22 00:42:48 +0000 UTC
IP:  107.170.7.234
```

DO000057

```
Name:  from-backup1
Memory:  1024
Status:  destroyed
Created At:  2017-04-19 08:07:04 +0000 UTC
Destroyed At  2017-04-22 00:42:50 +0000 UTC
IP:  67.205.153.221

Name:  unruffled-shark-92
Memory:  1024
Status:  destroyed
Created At:  2017-04-19 07:21:11 +0000 UTC
Destroyed At  2017-04-22 00:42:51 +0000 UTC
IP:  37.139.31.142

Name:  unruffled-shark-92
Memory:  1024
Status:  destroyed
Created At:  2017-04-19 07:11:07 +0000 UTC
Destroyed At  2017-04-19 07:35:39 +0000 UTC
IP:  138.68.163.204

Name:  ecstatic-duck-79
Memory:  1024
Status:  destroyed
Created At:  2017-04-18 19:09:43 +0000 UTC
Destroyed At  2017-04-19 06:56:46 +0000 UTC
IP:  46.101.95.182

Name:  quizzical-fox-79
Memory:  1024
Status:  destroyed
Created At:  2017-04-13 09:08:14 +0000 UTC
Destroyed At  2017-04-13 09:53:34 +0000 UTC
IP:  46.101.15.201
```

DO000058

```
Name:  stupefied-bee-35
Memory: 1024
Status: destroyed
Created At: 2017-04-12 13:17:08 +0000 UTC
Destroyed At  2017-04-18 19:08:46 +0000 UTC
IP: 138.68.186.102


Name:  elastic-turtle-71
Memory: 1024
Status: destroyed
Created At: 2017-04-12 12:16:34 +0000 UTC
Destroyed At  2017-04-12 13:12:47 +0000 UTC
IP: 138.68.173.83


Name:  affectionate-lion-76
Memory: 1024
Status: destroyed
Created At: 2017-03-21 19:02:51 +0000 UTC
Destroyed At  2017-04-24 11:02:50 +0000 UTC
IP: 188.226.141.36


Name:  compassionate-deer-10
Memory: 1024
Status: destroyed
Created At: 2017-03-07 16:20:07 +0000 UTC
Destroyed At  2017-03-07 17:05:08 +0000 UTC
IP: 46.101.27.144


Name:  hopeful-puppy-23
Memory: 1024
Status: destroyed
Created At: 2017-03-06 23:41:01 +0000 UTC
Destroyed At  2017-03-07 16:19:52 +0000 UTC
IP: 178.62.124.57
```

```
Name:  objective-kitten-39
Memory: 1024
Status:  destroyed
Created At:  2017-03-06 16:32:22 +0000 UTC
Destroyed At  2017-05-27 14:45:33 +0000 UTC
IP:  37.139.24.219


Name:  adoring-goldfish-53
Memory: 1024
Status:  destroyed
Created At:  2017-02-23 18:52:02 +0000 UTC
Destroyed At  2017-03-06 16:32:35 +0000 UTC
IP:  128.199.217.60


Name:  stupefied-horse-25
Memory: 512
Status:  destroyed
Created At:  2017-02-22 17:09:52 +0000 UTC
Destroyed At  2017-03-06 16:32:37 +0000 UTC
IP:  188.226.132.187


Name:  musing-scorpion-3
Memory: 512
Status:  destroyed
Created At:  2017-02-22 16:51:22 +0000 UTC
Destroyed At  2017-02-22 16:56:02 +0000 UTC
IP:  198.211.126.195


Name:  sad-giraffe-66
Memory: 512
Status:  destroyed
Created At:  2017-02-22 16:47:46 +0000 UTC
Destroyed At  2017-02-22 16:57:06 +0000 UTC
IP:  46.101.38.246
```

```
Name:  nervous-dolphin-34
Memory:  512
Status:  destroyed
Created At:  2017-02-22 16:39:35 +0000 UTC
Destroyed At  2017-02-22 16:56:08 +0000 UTC
IP:  95.85.14.87


Name:  keen-hippopotamus-77
Memory:  512
Status:  destroyed
Created At:  2017-02-22 16:36:48 +0000 UTC
Destroyed At  2017-02-22 18:07:07 +0000 UTC
IP:  67.205.163.28


Name:  nervous-dolphin-34
Memory:  512
Status:  destroyed
Created At:  2017-02-22 16:35:02 +0000 UTC
Destroyed At  2017-02-22 16:49:00 +0000 UTC
IP:  178.62.40.150


Name:  awesome-hippopotamus-12
Memory:  512
Status:  destroyed
Created At:  2017-02-22 16:01:27 +0000 UTC
Destroyed At  2017-02-22 16:34:51 +0000 UTC
IP:  46.101.45.132


Name:  sad-goat-83
Memory:  512
Status:  destroyed
Created At:  2017-02-22 14:54:53 +0000 UTC
Destroyed At  2017-02-22 15:10:32 +0000 UTC
IP:  198.199.83.232
```

DO000061

```
Name:  xenodochial-lion-59
Memory:  512
Status:  destroyed
Created At:  2017-02-22 14:51:28 +0000 UTC
Destroyed At  2017-02-22 15:04:38 +0000 UTC
IP:  178.62.0.70


Name:  relaxed-chimpanzee-2
Memory:  512
Status:  destroyed
Created At:  2017-02-17 18:40:11 +0000 UTC
Destroyed At  2017-02-17 19:25:24 +0000 UTC
IP:  46.101.94.13


Name:  affectionate-owl-77
Memory:  512
Status:  destroyed
Created At:  2017-02-15 15:12:15 +0000 UTC
Destroyed At  2017-02-16 10:49:54 +0000 UTC
IP:  46.101.37.14


Name:  sad-bee-76
Memory:  512
Status:  destroyed
Created At:  2017-02-15 14:38:13 +0000 UTC
Destroyed At  2017-02-15 15:08:25 +0000 UTC
IP:  178.62.58.114


Name:  relaxed-chimpanzee-2
Memory:  512
Status:  destroyed
Created At:  2017-02-15 11:01:14 +0000 UTC
Destroyed At  2017-02-19 16:23:49 +0000 UTC
IP:  178.62.124.165
```

```
Name:  happy-hamster-68
Memory:  512
Status:  destroyed
Created At:  2017-02-14 19:32:24 +0000 UTC
Destroyed At  2017-02-19 16:24:11 +0000 UTC
IP:  178.62.35.163

Name:  happy-hamster-68
Memory:  512
Status:  destroyed
Created At:  2017-02-13 19:03:53 +0000 UTC
Destroyed At  2017-02-14 19:42:59 +0000 UTC
IP:  138.68.134.78

Name:  keen-lion-41
Memory:  512
Status:  destroyed
Created At:  2017-02-13 18:09:14 +0000 UTC
Destroyed At  2017-02-13 18:27:17 +0000 UTC
IP:  138.68.128.27

Name:  kickass-lobster-90
Memory:  512
Status:  destroyed
Created At:  2017-02-13 17:42:00 +0000 UTC
Destroyed At  2017-02-13 18:25:16 +0000 UTC
IP:  46.101.23.81

Name:  58970cb0f615192db89cebb3
Memory:  512
Status:  destroyed
Created At:  2017-02-05 11:30:06 +0000 UTC
Destroyed At  2017-02-19 16:24:21 +0000 UTC
IP:  67.205.137.238
```

DO000063

```
Name:  58970798f615192db89cebb2
Memory:  512
Status:  destroyed
Created At:  2017-02-05 11:08:39 +0000 UTC
Destroyed At  2017-02-05 11:30:13 +0000 UTC
IP:  67.205.173.179


Name:  5892f101f615192db89cebaf
Memory:  512
Status:  destroyed
Created At:  2017-02-03 15:55:51 +0000 UTC
Destroyed At  2017-02-19 16:20:34 +0000 UTC
IP:  37.139.14.75


Name:  5892f101f615192db89cebaf
Memory:  512
Status:  destroyed
Created At:  2017-02-02 08:51:00 +0000 UTC
Destroyed At  2017-02-03 15:55:04 +0000 UTC
IP:  46.101.15.157


Name:  5890e35df61519014dbdb5fc
Memory:  512
Status:  destroyed
Created At:  2017-01-31 19:20:17 +0000 UTC
Destroyed At  2017-02-01 14:11:50 +0000 UTC
IP:  198.211.127.190


Name:  5890a899f6151978c41cf615
Memory:  512
Status:  destroyed
Created At:  2017-01-31 17:14:16 +0000 UTC
Destroyed At  2017-02-01 14:55:20 +0000 UTC
IP:  198.199.93.41
```

DO000064

```
Name:  5890a899f6151978c41cf615
Memory:  512
Status:  destroyed
Created At:  2017-01-31 15:09:41 +0000 UTC
Destroyed At  2017-01-31 15:58:09 +0000 UTC
IP:  188.166.172.206


Name:  58908d72f615197647928a3e
Memory:  512
Status:  destroyed
Created At:  2017-01-31 13:13:35 +0000 UTC
Destroyed At  2017-01-31 13:30:40 +0000 UTC
IP:  82.196.4.86


Name:  peaceful-snake-66
Memory:  512
Status:  destroyed
Created At:  2017-01-31 11:51:17 +0000 UTC
Destroyed At  2017-01-31 13:03:53 +0000 UTC
IP:  95.85.23.211


Name:  romantic-crocodile-89
Memory:  512
Status:  destroyed
Created At:  2017-01-31 11:01:34 +0000 UTC
Destroyed At  2017-01-31 13:03:50 +0000 UTC
IP:  95.85.31.188


Name:  goofy-lion-82
Memory:  512
Status:  destroyed
Created At:  2017-01-30 21:29:50 +0000 UTC
Destroyed At  2017-01-31 13:03:44 +0000 UTC
IP:  138.68.166.143
```

```
Name:  condescending-frog-53
Memory:  512
Status:  destroyed
Created At:  2017-01-30 20:02:17 +0000 UTC
Destroyed At  2017-01-30 20:11:10 +0000 UTC
IP:  192.241.145.5


Name:  loving-cow-74
Memory:  512
Status:  destroyed
Created At:  2017-01-30 19:56:01 +0000 UTC
Destroyed At  2017-01-30 20:00:44 +0000 UTC
IP:  138.68.164.239


Name:  admiring-fly-15
Memory:  512
Status:  destroyed
Created At:  2017-01-30 19:39:30 +0000 UTC
Destroyed At  2017-01-30 19:55:47 +0000 UTC
IP:  138.68.140.58


Name:  zealous-kangaroo-30
Memory:  512
Status:  destroyed
Created At:  2017-01-30 19:21:56 +0000 UTC
Destroyed At  2017-01-30 19:55:42 +0000 UTC
IP:  188.166.154.47


Name:  heuristic-duck-68
Memory:  512
Status:  destroyed
Created At:  2017-01-30 17:59:28 +0000 UTC
Destroyed At  2017-01-30 21:25:56 +0000 UTC
IP:  82.196.5.143
```

DO000066

```
Name:  practical-cow-4
Memory:  512
Status:  destroyed
Created At:  2017-01-30 14:49:41 +0000 UTC
Destroyed At  2017-01-30 18:39:13 +0000 UTC
IP:  139.59.159.81

Name:  practical-cow-4
Memory:  512
Status:  destroyed
Created At:  2017-01-30 14:42:34 +0000 UTC
Destroyed At  2017-01-30 14:54:54 +0000 UTC
IP:  188.166.144.204

Name:  vibrant-frog-77
Memory:  512
Status:  destroyed
Created At:  2017-01-30 14:31:41 +0000 UTC
Destroyed At  2017-01-30 14:42:10 +0000 UTC
IP:  46.101.8.138

Name:  inspiring-sheep-79
Memory:  512
Status:  destroyed
Created At:  2017-01-30 14:22:55 +0000 UTC
Destroyed At  2017-01-30 14:30:46 +0000 UTC
IP:  178.62.109.128

Name:  wizardly-ant-78
Memory:  512
Status:  destroyed
Created At:  2017-01-30 13:48:33 +0000 UTC
Destroyed At  2017-01-30 18:39:08 +0000 UTC
IP:  178.62.51.144
```

DO000067

```
Name:  wordpress-512mb-nyc3-01
Memory:  512
Status:  destroyed
Created At:  2017-01-30 13:18:07 +0000 UTC
Destroyed At  2017-01-30 21:26:09 +0000 UTC
IP:  104.131.23.43

Name:  frosty-snail-22
Memory:  512
Status:  destroyed
Created At:  2017-01-26 18:02:43 +0000 UTC
Destroyed At  2017-01-30 12:57:04 +0000 UTC
IP:  188.166.146.27

Name:  relaxed-scorpion-15
Memory:  512
Status:  destroyed
Created At:  2017-01-26 18:01:30 +0000 UTC
Destroyed At  2017-01-26 18:02:18 +0000 UTC
IP:  138.68.170.209

Name:  elegant-pig-6
Memory:  512
Status:  destroyed
Created At:  2017-01-26 17:50:13 +0000 UTC
Destroyed At  2017-01-26 18:01:13 +0000 UTC
IP:  178.62.25.161

Name:  musing-goldfish-65
Memory:  512
Status:  destroyed
Created At:  2017-01-26 17:34:53 +0000 UTC
Destroyed At  2017-01-26 17:49:22 +0000 UTC
IP:  138.68.135.70
```

```
Name:  trusting-tiger-6
Memory:  512
Status:  destroyed
Created At:  2017-01-26 17:29:03 +0000 UTC
Destroyed At  2017-01-26 17:49:15 +0000 UTC
IP:  188.166.174.157


Name:  festive-octopus-48
Memory:  512
Status:  destroyed
Created At:  2017-01-26 17:27:59 +0000 UTC
Destroyed At  2017-01-26 17:28:47 +0000 UTC
IP:  139.59.183.100


Name:  laughing-cheetah-29
Memory:  512
Status:  destroyed
Created At:  2017-01-26 17:21:56 +0000 UTC
Destroyed At  2017-01-26 17:24:28 +0000 UTC
IP:  138.68.130.141


Name:  confident-wolf-85
Memory:  512
Status:  destroyed
Created At:  2017-01-26 16:24:26 +0000 UTC
Destroyed At  2017-01-26 17:28:42 +0000 UTC
IP:  178.62.255.247


Name:  confident-wolf-85
Memory:  1024
Status:  destroyed
Created At:  2017-01-26 16:19:19 +0000 UTC
Destroyed At  2017-01-26 16:29:38 +0000 UTC
IP:  188.166.169.145
```

DO000069

```
Name:  confident-wolf-85
Memory:  512
Status:  destroyed
Created At:  2017-01-26 15:47:17 +0000 UTC
Destroyed At  2017-01-30 12:57:20 +0000 UTC
IP:  178.62.127.236


Name:  confident-wolf-85
Memory:  512
Status:  destroyed
Created At:  2017-01-26 15:09:27 +0000 UTC
Destroyed At  2017-01-30 12:57:33 +0000 UTC
IP:  138.68.170.161


Name:  upbeat-fish-20
Memory:  1024
Status:  destroyed
Created At:  2017-01-25 14:52:53 +0000 UTC
Destroyed At  2017-01-25 16:12:56 +0000 UTC
IP:  192.81.215.72


Name:  upbeat-fish-20
Memory:  512
Status:  destroyed
Created At:  2017-01-25 13:36:29 +0000 UTC
Destroyed At  2017-01-25 14:58:05 +0000 UTC
IP:  138.68.170.237


Name:  hardcore-goat-87
Memory:  512
Status:  destroyed
Created At:  2017-01-25 13:33:32 +0000 UTC
Destroyed At  2017-01-25 13:36:00 +0000 UTC
IP:  138.68.170.233
```

```
Name:  sharp-cat-90
Memory:  512
Status:  destroyed
Created At:  2017-01-24 19:03:15 +0000 UTC
Destroyed At  2017-01-24 19:05:48 +0000 UTC
IP:  46.101.30.98

Name:  dazzling-horse-86
Memory:  512
Status:  destroyed
Created At:  2017-01-24 15:37:27 +0000 UTC
Destroyed At  2017-01-24 15:59:38 +0000 UTC
IP:  138.68.138.252

Name:  heuristic-horse-64
Memory:  1024
Status:  destroyed
Created At:  2017-01-24 03:53:11 +0000 UTC
Destroyed At  2017-01-24 15:31:33 +0000 UTC
IP:  46.101.195.152

Name:  heuristic-horse-64
Memory:  1024
Status:  destroyed
Created At:  2017-01-24 03:53:07 +0000 UTC
Destroyed At  2017-01-24 15:06:11 +0000 UTC
IP:  46.101.135.250

Name:  heuristic-horse-64
Memory:  512
Status:  destroyed
Created At:  2017-01-24 02:42:54 +0000 UTC
Destroyed At  2017-01-24 02:46:19 +0000 UTC
IP:  46.101.87.75
```

DO000071

```
Name:  heuristic-horse-64
Memory:  512
Status:  destroyed
Created At:  2017-01-24 02:42:44 +0000 UTC
Destroyed At  2017-01-24 02:46:31 +0000 UTC
IP:  46.101.6.58


Name:  admiring-camel-40
Memory:  512
Status:  destroyed
Created At:  2017-01-24 02:39:07 +0000 UTC
Destroyed At  2017-01-24 02:48:20 +0000 UTC
IP:  178.62.121.33


Name:  heuristic-horse-64
Memory:  512
Status:  destroyed
Created At:  2017-01-24 02:23:05 +0000 UTC
Destroyed At  2017-01-24 02:46:54 +0000 UTC
IP:  138.68.156.74


Name:  compassionate-fly-84
Memory:  512
Status:  destroyed
Created At:  2017-01-23 19:37:30 +0000 UTC
Destroyed At  2017-01-24 02:21:36 +0000 UTC
IP:  67.205.162.244


Name:  epic-zebra-21
Memory:  512
Status:  destroyed
Created At:  2017-01-23 19:22:17 +0000 UTC
Destroyed At  2017-01-23 19:44:26 +0000 UTC
IP:  67.205.167.60
```

DO000072

```
Name:  happy-zebra-68
Memory:  512
Status:  destroyed
Created At:  2017-01-23 19:12:46 +0000 UTC
Destroyed At  2017-01-23 19:15:36 +0000 UTC
IP:  138.68.159.17


Name:  affectionate-bear-48
Memory:  512
Status:  destroyed
Created At:  2017-01-23 18:41:09 +0000 UTC
Destroyed At  2017-01-23 19:15:49 +0000 UTC
IP:  46.101.233.95


Name:  eager-cat-63
Memory:  512
Status:  destroyed
Created At:  2017-01-23 18:32:12 +0000 UTC
Destroyed At  2017-01-23 19:16:02 +0000 UTC
IP:  138.68.162.236


Name:  flamboyant-owl-23
Memory:  512
Status:  destroyed
Created At:  2017-01-23 18:21:39 +0000 UTC
Destroyed At  2017-01-23 18:48:05 +0000 UTC
IP:  138.68.159.17


Name:  amy-wp-lon1-01
Memory:  1024
Status:  destroyed
Created At:  2016-11-07 12:11:14 +0000 UTC
Destroyed At  2018-05-21 16:25:35 +0000 UTC
IP:  178.62.46.82
```

```
Name:  amy-lon1-01
Memory:  512
Status:  destroyed
Created At:  2016-11-07 12:09:25 +0000 UTC
Destroyed At  2016-11-07 12:11:36 +0000 UTC
IP:  178.62.93.58

Name:  centos-1gb-nyc1-01
Memory:  1024
Status:  destroyed
Created At:  2016-04-27 07:25:10 +0000 UTC
Destroyed At  2016-10-16 12:41:44 +0000 UTC
IP:  192.34.58.99

Name:  centos-512mb-ams2-01
Memory:  512
Status:  destroyed
Created At:  2016-03-28 22:24:50 +0000 UTC
Destroyed At  2016-04-27 07:21:04 +0000 UTC
IP:  37.139.23.109

Name:  calltrails1
Memory:  512
Status:  destroyed
Created At:  2016-01-04 17:24:35 +0000 UTC
Destroyed At  2016-10-16 12:41:51 +0000 UTC
IP:  104.131.191.151

Name:  ny01.api.noipfraud.com
Memory:  8192
Status:  destroyed
Created At:  2015-11-27 01:33:54 +0000 UTC
Destroyed At  2015-11-27 01:38:47 +0000 UTC
IP:  162.243.120.122
```

```
Name:  trk1
Memory:  512
Status:  destroyed
Created At:  2015-09-17 07:37:36 +0000 UTC
Destroyed At  2015-11-27 01:29:24 +0000 UTC
IP:  104.131.176.36

Name:  celafor
Memory:  512
Status:  destroyed
Created At:  2015-09-06 09:34:09 +0000 UTC
Destroyed At  2015-11-27 01:29:15 +0000 UTC
IP:  45.55.40.225

Name:  t1
Memory:  512
Status:  destroyed
Created At:  2015-07-19 15:17:01 +0000 UTC
Destroyed At  2015-11-27 01:28:52 +0000 UTC
IP:  104.131.48.0

Name:  ip6
Memory:  512
Status:  destroyed
Created At:  2015-06-19 09:52:13 +0000 UTC
Destroyed At  2015-06-19 12:41:28 +0000 UTC
IP:  45.55.74.65

Name:  FormFlow
Memory:  1024
Status:  destroyed
Created At:  2015-03-31 20:03:43 +0000 UTC
Destroyed At  2015-06-19 12:44:35 +0000 UTC
IP:  104.236.211.53
```

DO000075

```
Name:  test
Memory:  512
Status:  destroyed
Created At:  2015-03-12 10:40:45 +0000 UTC
Destroyed At  2015-03-31 20:04:26 +0000 UTC
IP:  178.62.108.154

Name:  streamplay-web-nl
Memory:  1024
Status:  destroyed
Created At:  2015-03-10 19:33:05 +0000 UTC
Destroyed At  2016-10-16 12:42:05 +0000 UTC
IP:  178.62.242.179

Name:  VPN-UK
Memory:  512
Status:  destroyed
Created At:  2015-03-05 00:45:24 +0000 UTC
Destroyed At  2015-03-11 15:45:51 +0000 UTC
IP:  178.62.108.154

Name:  test
Memory:  512
Status:  destroyed
Created At:  2014-10-31 00:11:46 +0000 UTC
Destroyed At  2015-03-05 00:43:51 +0000 UTC
IP:  104.131.173.97

Name:  test1
Memory:  512
Status:  destroyed
Created At:  2014-10-29 17:47:17 +0000 UTC
Destroyed At  2014-10-29 18:52:51 +0000 UTC
IP:  178.62.100.31
```

```
Name:  lps
Memory:  512
Status:  destroyed
Created At:  2014-09-14 14:56:34 +0000 UTC
Destroyed At  2015-03-05 00:43:33 +0000 UTC
IP:  104.131.3.129

Name:  tracker1
Memory:  512
Status:  destroyed
Created At:  2014-09-09 17:27:33 +0000 UTC
Destroyed At  2015-03-05 00:44:54 +0000 UTC
IP:  104.131.40.27

Name:  noip1
Memory:  512
Status:  destroyed
Created At:  2014-09-09 17:21:13 +0000 UTC
Destroyed At  2015-03-05 00:43:44 +0000 UTC
IP:  104.131.40.25

Name:  sgtest
Memory:  512
Status:  destroyed
Created At:  2014-08-22 11:14:43 +0000 UTC
Destroyed At  2014-09-09 17:07:35 +0000 UTC
IP:  128.199.168.12

Name:  ldtest
Memory:  512
Status:  destroyed
Created At:  2014-08-22 07:33:40 +0000 UTC
Destroyed At  2014-08-22 08:01:41 +0000 UTC
IP:  178.62.3.72
```

DO000077

```
Name:  nytest
Memory:  512
Status:  destroyed
Created At:  2014-08-22 07:26:50 +0000 UTC
Destroyed At  2014-08-22 08:01:48 +0000 UTC
IP:  192.241.190.118

Name:  sgtest
Memory:  512
Status:  destroyed
Created At:  2014-08-22 07:09:23 +0000 UTC
Destroyed At  2014-08-22 08:01:37 +0000 UTC
IP:  128.199.168.12

Name:  Testing
Memory:  512
Status:  destroyed
Created At:  2014-06-20 13:30:14 +0000 UTC
Destroyed At  2014-08-22 08:01:26 +0000 UTC
IP:  162.243.11.25

Name:  calltrails.com
Memory:  512
Status:  destroyed
Created At:  2014-03-17 12:57:02 +0000 UTC
Destroyed At  2014-05-28 11:32:40 +0000 UTC
IP:  107.170.103.200

Name:  mintpal.hacked.jp
Memory:  512
Status:  destroyed
Created At:  2014-02-16 16:58:57 +0000 UTC
Destroyed At  2015-03-05 00:42:13 +0000 UTC
IP:  162.243.222.79
```

DO000078

# EXHIBIT 6

# Lex Pay

 **trustpilot.com**/review/lexholdingsgroup.com



## Write a review

Jul 10, 2020



## Trusted

Trusted service.

Reply from Lex Pay

Jul 11, 2020

Hello,

We're glad you had a good experience!

Thanks,
Kevin Nemeth

Advertisement

CU

customer

■ 1 review
■ CA

Jul 10, 2020



## Great payment portal

Great payment portal. No holds



Reply from Lex Pay

Jul 11, 2020

Hello,

We're glad you had a good experience!

Thanks,
Kevin Nemeth

CU

customer

■ 1 review
■ US

Jul 10, 2020



## Stop working in Texas

Reply from Lex Pay

Jul 10, 2020

Hello,

Feel free to contact us via email payments@lexholdingsgroup.com and we can figure this out!

Thanks,
Kevin Nemeth

QW

<u>Qwnbrat</u>

■ <u>1 review</u>
■ <u>US</u>

---

Jul 10, 2020



## **I had a smooth fast transaction**

---

I had a smooth fast transaction. Bought Starbucks in parking lot and went through drive-thru in 2 minutes and worked perfect!

---

Reply from Lex Pay

Jul 11, 2020

Hello,

We're glad you had a good experience!

Thanks,
Kevin Nemeth

CU

<u>customer</u>

■ <u>1 review</u>
■ <u>US</u>

---

Jul 10, 2020



## <u>Great seller</u>

Great seller. Super easy transaction. Helped out with all questions.

Reply from Lex Pay

Jul 11, 2020

Hello,

We're glad you had a good experience!

Thanks,
Kevin Nemeth

Advertisement

MT

<u>Mello to</u>

- ■ <u>1 review</u>
- ■ <u>US</u>

Jul 5, 2020



## <u>It was perfect came in no time</u>

Reply from Lex Pay

Jul 11, 2020

Hello,

We're glad you had a good experience!

Thanks,
Kevin Nemeth

CU

customer

■ 1 review
■ NL

Jul 5, 2020



## **good**

good service

Reply from Lex Pay

Jul 11, 2020

Hello,

We're glad you had a good experience!

Thanks,
Kevin Nemeth

CU

customer

■ 1 review
■ US

Jul 5, 2020



## Love the fast response

Reply from Lex Pay

Jul 11, 2020

Hello,

We're glad you had a good experience!

Thanks,
Kevin Nemeth

AS

astatine

■ 1 review
■ GB

Jun 22, 2020



## Easy way to pay

Advertisement

TJ

tom jones

■ 1 review
■ IT

Jun 22, 2020



## paypal who?

paypal who?
this service is amazing and the 5% fee is just perfect!
I really also would like to share that the customer support is really fast and handy, ty lex for everything!

See Trustpilot reviews directly in your Google searches

Get Chrome Extension
FU

Future

■ 1 review
■ GR

Jun 22, 2020



## The support helped me out when the…

The support helped me out when the payment failed.

AA

abdullah alhamadin

■ 1 review
■ CA

Jun 22, 2020



## Their service is good

AH

AH

■ 1 review
■ US

Jun 20, 2020



## Great payment processor and great…

Great payment processor and great support team behind the project as well. Any issues can be directly revolved in under 24 hours and Lex Holdings group provides another way for me to process payments by providing payment options to my customers that I would not be able to use otherwise. Nothing but good things to say about this company. 100% will be and will remain a customer of their services.

Advertisement

BI

Bill

■ 9 reviews
■ US

Jun 18, 2020



## Simply the best in class for our business

Ever since I have switched to Lex Holdings Group to accept payments on my website I have experienced only the best. Lex is always there for me if I have any issues or questions. I no longer have to wake up every morning worrying that my PayPal will be limited. I can accept Debit, and a lot of local payment methods such as PaySafeCard, iDEAL, Sofort, and more. My customers love it and so do I. Keep up the great work, and for anyone reading I totally recommend Lex for accepting payments, you will not regret it.

Show reviews in all languages. (118 reviews)

## Business Transparency



Claimed their Trustpilot profile: April 2020. ⓘ

🟩

Verified additional company details ⓘ

See a detailed overview ■
Advertisement

## About Lex Pay

Information written by the company

Lex Pay checkout is the smarter way to sell your digital goods online.

## Contact

- ■ payments@lexholdingsgroup.com
- ■
    - 2222 W. Grand River Ave STE A
    - 48864
    - Okemos
    - United States

9/10

## About Trustpilot

We're open to all.
Reviews are published instantly, without moderation.

We show reviews chronologically, and you can filter by star rating, language, location, or keyword.
Read about the journey of reviews on Trustpilot.

We encourage useful, constructive feedback.
Here are 8 tips for writing reviews.

We fight fake reviews.
Here's how we safeguard our platform.

# EXHIBIT 7



Advertisement - scroll for more content

NEWS

# 2 Lansing men arrested in Battle Creek on human trafficking charges

 **Trace Christenson**
Battle Creek Enquirer

Published 12:40 p.m. ET Jan. 14, 2019 | Updated 4:24 p.m. ET Jan. 14, 2019

View Comments     

Two Lansing men have been arrested and arraigned on charges connected to the trafficking of two women.

Alexander Murray, 34, and Kevin Nemeth, 39, both are facing up to 20 years in prison after they were arraigned Friday in Calhoun County District Court.

Both men are charged with transporting a woman for prostitution, accepting earnings from prostitution and human trafficking.

Murray also was charged with being a fugitive from justice on an unrelated charge of kidnapping from Maricopa County, Arizona. He waived extradition last week.

Nemeth also is facing a charge of assault with intent to do great bodily harm less than murder after Battle Creek police were called Jan. 4 to the Quality Inn at 2590 Capital Ave. S.W. in Battle Creek to investigate a reported domestic assault.


Alexander Murray *Provided*

More Stories

 **Police identify 81-year-old woman fatally stabbed in Battle Creek**
NEWS

 **Motorcyclist dies Saturday in Marshall Township crash on Michigan Avenue**

 You have limited articles remaining.   ∧



Document title: 2 Lansing men arrested in Battle Creek on human trafficking charges
Capture URL: https://www.battlecreekenquirer.com/story/news/2019/01/14/lansing-battle-creek-human-trafficking-quality-inn/2570625002/
Capture timestamp (UTC): Thu, 03 Nov 2022 13:43:28 GMT

SUBSCRIBE NOW
$1 for 6 Months

SUBSCRIBE NOW
$1 for 6 Months

**Battle Creek Enquirer**

[ News ]   Sports   Life   Opinion   Obituaries   eNewspaper   Legals   ⌄   🔍   51°F ☀   **Subscribe**   Sign In ⌄



Kevin Nemeth *Provied*

Motorcyclist dies Saturday
in Marshall Township crash
on Michigan Avenue
NEWS

Seattle: Unsold Never-
Driven Cars Now Almost
Being Given Away: See...
SUV Deals | S...   | Sponsored Links

*We're always working to improve
your experience. Let us know what
you think.*

Advertisement

Advertisement

Police said Nemeth fled before officers arrived but Murray was arrested then on the Arizona fugitive warrant.

Based on observations by the responding officer, police also began an investigation into drug use, prostitution and human trafficking at the hotel, according to Sgt. Jeff Case.

That investigation became a joint operation into human trafficking in conjunction with the United States Department of Homeland Security Investigations, the Ingham County Sheriff Department, the Lansing Police Department and the                          Team.

**You have limited articles remaining.**   |   ^

SUBSCRIBE NOW
$1 for 6 Months

SUBSCRIBE NOW
$1 for 6 Months

**Battle Creek Enquirer**

Ingham County Sheriff Department, the Lansing Police Department and the Michigan State Police First District Fugitive Team.

Nemeth was arrested Thursday in Lansing.

Case said two Lansing women, ages 23 and 25, were victims and were rescued from the motel. Drugs and assaults were used by the men to force them into prostitution, he said.

Advertisement



Advertisement

The women said they have been held by the men since late summer, and Case said they were moved among several motels in the Lansing and Battle Creek areas and perhaps other places in Michigan.

Police also believe other women are possible victims of the men.

Both men are being held on $200,000 cash bond and scheduled to appear for a preliminary examination on Jan. 31 before District Judge Tracie Tomak.

**Your stories live here.**

Fuel your hometown passion and plug into the stories that define it.

Create Account

*Contact Trace Christenson at 269-966-0685 or tchrist@battlecreekenquirer.com. Follow him on Twitter: @TSChristenson*

You have limited articles remaining. | ⌃

SUBSCRIBE NOW
$1 for 6 Months

SUBSCRIBE NOW
$1 for 6 Months

  

**Battle Creek Enquirer**

[ News ]   Sports   Life   Opinion   Obituaries   eNewspaper   Legals      51°F   Subscribe   Sign In

Advertisement

View Comments

Tabɵɵla Feed



**Seattle: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**
SUV Deals | Search Ads | Ad



**Here Are 29 of the Coolest Gifts for This 2022**
29 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out
Trending Gifts | Ad



**How Much Do Solar Panels Cost (2022 Prices)?**
Solar | Search Ads | Ad



**A 80-Year-Old Grandmother Designed A Bra For Women That Is Popular All Over**
Sursell | Ad



**Homeowners Are Trading In Their Doorbell Cams For This**
Camerca | Ad



**91% of Prime Members Haven't Discovered This Trick**
Online Shopping Tools | Ad



You have limited articles remaining.

Document title: 2 Lansing men arrested in Battle Creek on human trafficking charges
Capture URL: https://www.battlecreekenquirer.com/story/news/2019/01/14/lansing-battle-creek-human-trafficking-quality-inn/2570625002/
Capture timestamp (UTC): Thu, 03 Nov 2022 13:43:28 GMT

**Battle Creek Enquirer**

[ News ]    Sports    Life    Opinion    Obituaries    eNewspaper    Legals    ⌄    🔍    51°F ☀    Subscribe    Sign In ⌄

Advertisement

**Dog Excessive Paw Licking: Top Vet Says To Do This Daily**
3 Foods Dogs Shouldn't Eat (Watch This Now)

UltimateDogFoodGuide.com

Sponsored



**A New SUV For Seniors Is Cheaper Than You Might Imagine**
Senior Offers | Search Ads | Ad



**After reading this, you'll stop buying glasses from the optometrist**
GlassesUSA.com | Ad



**1 Simple Trick That Cuts People's Electric Bill by Up To 90% (Here's How)**
Electric-Saver.com | Ad



**Dog Excessive Paw Licking: Top Vet Says To Do This Daily**
UltimateDogFoodGuide.com | Ad

## Deal of the Day ─────────

### This 4K Apple TV Is Down To Just $99 At Amazon—But Only For Today

REVIEWED | USA TODAY Network

**View Deal**

Recommendations are independently chosen by our editors.
Purchases you make through our links may earn us a commission.

## Recommended ─────────

### Police identify 81-year-old woman fatally stabbed in Battle Creek

NEWS

You have limited articles remaining.    ⌃



**Battle Creek** Enquirer

SUBSCRIBE NOW
$1 for 6 Months

SUBSCRIBE NOW
$1 for 6 Months

[ News ]   Sports   Life   Opinion   Obituaries   eNewspaper   Legals   51°F   Subscribe   Sign In

Advertisement



**Government Grants Washington Residents Relief for Mortgages Under $656,362**
Comparisons.org | Ad



**Here Are 23 of the Coolest Gifts for This 2022**
CoolGifts | Ad

## More Local Stories



**Motorcyclist dies Saturday in Marshall Township crash on Michigan Avenue**
NEWS



**Kitchen fire reported at Battle Creek home where 2-year-old was killed**
NEWS



**Two people die after Oct. 27 car crash into Battle Creek home**
NEWS



**Familiar face Jeff Corstange has Gull Lake soccer back in Final Four**
SPORTS



**Washington: New "Grocery Allowance"**



**If You Have Savings In US Dollar - See This**
sfinancial.news | Ad

You have limited articles remaining.

SUBSCRIBE NOW
$1 for 6 Months

SUBSCRIBE NOW
$1 for 6 Months

# Battle Creek Enquirer

[ News ]   Sports   Life   Opinion   Obituaries   eNewspaper   Legals   ⌄   🔍   51°F ☀   Subscribe   Sign In ⌄

Washington: New "Grocery Allowance"
Everyone on Medicare Can Apply for
Flex Allowance | Ad

If You Have Savings In US Dollar - See This
usfinancial.news | Ad

Advertisement





Top Heart Surgeon: This Simple Trick Helps
Empty Your Bowels Every Morning
Guthealthwellness | Ad

On Medicare? Don't Forget To Claim Your
Social Security Giveback This Week
Comparisons.org | Ad

## More Local Stories



**Salsas Mexican restaurant opens in Battle Creek's
Verona neighborhood**

NEWS



**Gallery: Marshall vs. Harper Creek football**

SPORTS



**Battle Creek Irving Park has playground, disc golfers
speak up about not being consulted**

NEWS



**Battle Creek pot shops can stay open until midnight
beginning Nov. 11**

NEWS





Unsold BMWs on Clearance Sale
Hot Deals - Top Searches | Ad

If You're Unsatisfied With Your Wrinkles, You
Need This
Healthcare & Beauty Experts | Ad

**You have limited articles remaining.** | ⌃

---

Document title: 2 Lansing men arrested in Battle Creek on human trafficking charges
Capture URL: https://www.battlecreekenquirer.com/story/news/2019/01/14/lansing-battle-creek-human-trafficking-quality-inn/2570625002/
Capture timestamp (UTC): Thu, 03 Nov 2022 13:43:28 GMT

Page 7 of 11

SUBSCRIBE NOW
$1 for 6 Months

SUBSCRIBE NOW
$1 for 6 Months

# Battle Creek Enquirer

[ News ]   Sports   Life   Opinion   Obituaries   eNewspaper   Legals   ⌄   🔍   51°F ☀   Subscribe   Sign In ⌄

Hot Deals - Top Searches | Ad

Need This
Healthcare & Beauty Experts | Ad

Advertisement



**Research Affordable Cremation Services: What Happens at a Cremation Service?**
Yahoo! Search | Ad



**Thinning? Shedding? Balding? Discover the Truth Behind Female Hair Loss**
Hair La Vie | Ad

## Recommended



**Man sent to prison after calling Calhoun County 911 more than 140 times**
NEWS



**Election 2022: Meet the candidates for Battle Creek School Board**
NEWS



**Born Before 1965? You Can Claim 19 Senior Rebates by Clicking Here**
TheWalletGuru.com | Ad



**The New 2022 Hyundai Palisade Is Nearly Unrecognizable**
Hyundai Palisade SUV Sales | Ad

## More Local Stories



**Where to find 2022 Halloween fun in Battle Creek**
NEWS

You have limited articles remaining.   |   ^

---

Document title: 2 Lansing men arrested in Battle Creek on human trafficking charges
Capture URL: https://www.battlecreekenquirer.com/story/news/2019/01/14/lansing-battle-creek-human-trafficking-quality-inn/2570625002/
Capture timestamp (UTC): Thu, 03 Nov 2022 13:43:28 GMT

SUBSCRIBE NOW
$1 for 6 Months

SUBSCRIBE NOW
$1 for 6 Months

**Battle Creek Enquirer**

[ News ]   Sports   Life   Opinion   Obituaries   eNewspaper   Legals   🔽   🔍   51°F ☀️   Subscribe   Sign In ⌄





### Photos: Battle Creek veteran reenlists for 100th birthday
NEWS



### Rivals Colon, Mendon finally get to meet in 8-player playoffs
SPORTS

### Photos: Battle in the Creek Wrestling at Kellogg Arena
NEWS





**New Retirement Villages Near Seattle (Take A Look At The Prices)**
Yahoo! Search | Ad

**Unsold Lab Diamonds on Clearance Sale**
Top Searches | Daily Deals | Ad





**Buying One Isn't Illegal, but Your Internet Provider Doesn't Want You To Purchase One**
SignalTechBooster.com | Ad

**Seattle: Unsold Silverados Huge Clearance Sales: See Prices**
New Trucks | Search Ads | Ad

## More Local Stories



### Photos: All-City Swim Meet
SPORTS

**You have limited articles remaining.**   ⌃

---

Document title: 2 Lansing men arrested in Battle Creek on human trafficking charges
Capture URL: https://www.battlecreekenquirer.com/story/news/2019/01/14/lansing-battle-creek-human-trafficking-quality-inn/2570625002/
Capture timestamp (UTC): Thu, 03 Nov 2022 13:43:28 GMT

SUBSCRIBE NOW
$1 for 6 Months

SUBSCRIBE NOW
$1 for 6 Months

**Battle Creek Enquirer**

[ News ]   Sports   Life   Opinion   Obituaries   eNewspaper   Legals   51°F   Subscribe   Sign In





**Then & now: Southwestern Junior High**
NEWS



**Photos: Landmark Recovery of West Michigan opens in Battle Creek**
NEWS

**Photos: Marshall Firefighters' Halloween Parade**
NEWS

## Featured Weekly Ad

Advertisement

You have limited articles remaining.

You have limited articles remaining.

Document title: 2 Lansing men arrested in Battle Creek on human trafficking charges
Capture URL: https://www.battlecreekenquirer.com/story/news/2019/01/14/lansing-battle-creek-human-trafficking-quality-inn/2570625002/
Capture timestamp (UTC): Thu, 03 Nov 2022 13:43:28 GMT

# EXHIBIT 8



We only support Intel CPU's and Win 10. Our software will not work if you have an AMD processor!



RING-1

Existing user? Sign In ▾

Sign Up

Browse    Videos    Store    Status    Activity    Support

Search...    🔍

Home > Chatbox > Customer Only Chat > View message

📰 All Activity

A good place to report that is the discord, so @Berserker or @Cypher can report it to the devs.

Report

Home > Chatbox > Customer Only Chat > View message

📰 All Activity



Page loaded in 0.119 sec(s).

# EXHIBIT 9

REDACTED

**From:** Kristaps Ronka <kristaps@namesilo.com>
**Date:** Wednesday, Jan 26, 2022, 7:27 AM
**To:** Mayer, Marc <MEM@msk.com>
**Subject:** [EXTERNAL] Re: Bungie/Ubisoft v. Thorpe et al. (Ring-1): Subpoena response

-EXTERNAL MESSAGE-

Hi Marc,

Glad Neil was able to give you a direct contact to me. Please see the response to the subpoena response here. I do remember this domain name and did remember replying to it. Ill send a separate email to confirm that you received this email

Ring-1.io

# User Info

| UserName | Email | Reseller Company [Email] | Name | Company | Address | Phone | IP | Created Account |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| niceit | itsnice@protonmail.com | NiceVPS.net [ no-reply@nicevps.net] | Kimon Stevens | Nice IT Services Group Inc. | Tavernier St, Wall House , Loubiere Dominica 00152 DM | +0000000000 | 5.255.86.109 | 2017-09-19 13:43:38 |
|---|---|---|---|---|---|---|---|---|

## Login Log

**This is a reseller account and we do not have the login history for the registrant of the domain**

# ring-1.io

## Whois Contact Info

Created: 2019-05-25

Expires: 2022-05-25

| Registrant | Administrative | Technical | Billing |
|---|---|---|---|
| Nice IT Services Group Inc. Customer Domain Admin Tavernier St., Wall House Loubiere, Dominica 00152 DM domains+ring-1.io@dendrite.network Phone: 1234567890 | Nice IT Services Group Inc. Customer Domain Admin Tavernier St., Wall House Loubiere, Dominica 00152 DM domains+ring-1.io@dendrite.network Phone: 1234567890 | Nice IT Services Group Inc. Customer Domain Admin Tavernier St., Wall House Loubiere, Dominica 00152 DM domains+ring-1.io@dendrite.network Phone: 1234567890 | Nice IT Services Group Inc. Customer Domain Admin Tavernier St., Wall House Loubiere, Dominica 00152 DM domains+ring-1.io@dendrite.network Phone: 1234567890 |

**This is a reseller account and we do not have the transaction ID of the registrant**

On 1/25/2022 7:22 PM, Mayer, Marc wrote:

Mr. Ronka –

Hope you are well.  We are counsel for Bungie, Inc. and Ubisoft Entertainment in the above referenced lawsuit.  Neil Schwartzman at Unit 221B gave me your name and recommended that I contact you concerning this matter.

We are attempting to determine the status of a subpoena we served on NameSilo last December.  The subpoena is attached.  To date, we have not received a response to the subpoena, though the response date was January 10 (two weeks ago).  The subpoena seeks information concerning a website engaged in the sale and distribution of unlawful software that allows users to cheat in our clients' video games.

If you could provide us with a status update, we would appreciate it.

Thank you very much.  Please let me know if you have any questions or if we can provide any additional information.

**msk**

**Marc Mayer | Partner, through his professional corporation**
T: 310.312.3154 | mem@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

# EXHIBIT 10(a)

Case 3:21-cv-05677-EMC Document 64-3 Filed 12/13/22 Page 146 of 198

# Uncensored Hosting

Proudly ~~offering~~ delivering the best uncensored and privacy oriented hosting service around.

Professional hosting for *High Risk Businesses*.

"*Keeping you online is our business*"

Discover more     Get Hosted Now (/products)

# Main Features

 Confidentiality

Your data is only for your eyes

We support **Full Disk Encryption** under KVM based Virtual Private Servers, installing from your own custom media or from official operative system ISO's.

 Privacy

Your right to remain anonymous

We don't ask you many questions for signing-up, you optionally provide whatever data you would like to share with us. We support **Tor Hosting (/Tor-Hosting-Vps)** and access to our site.

 Security

Protecting you from threats

Here security is a priority, maintaining the highest possible security standards. From the physical server security to your digital data. **Anti-DDoS Protection (/Anti-Ddos-Protected-Vps-Hosting)** included.

##  High availability

99.99% uptime guaranteed for your business

Providing **Premium Quality Uncensored Hosting (/Bulletproof-Hosting-Vps)** using redundant and hot-swappable hardware for maximum uptime, every second counts.

##  Fast and reliable

Fast and un-capped services

Fast hardware meets gigabit networks: We provide the best and fastest services using latest available technologies. From **NVMe-SSD Disks (/Nvme-Ssd-Bitcoin-Vps-Hosting)** to 10gbps fiber-optic network channels.

##  Premium support

A helping hand available 24/7/365

Here you aren't alone when you have a problem, we are available just for you and the problems you may encounter within your daily operations. Our **Friendly Support** staff will help on a best effort basis.

## 🌴 Hosted Offshore

Offshore Datacenter Locations

Our datacenters are located in **Offshore Hosting (/Offshore-Web-Hosting-Vps)** locations providing a nice background for your data and privacy. Service runs from Dominica.

And many more...

# Frequently Asked Questions

## Can I use 100% of the resources?

Of course, VPS resources are dedicated for each customer and you can use them at your will, anytime within your paid term.

## Do you offer encryption and SSL?

Yes, we always try to use encryption when available and encourage customers to use encryption layers when possible. We also provide our PGP key (./index/pgp).

## Do I need to supply any personal data?

No, we don't require you to submit your personal data ever, you can do so optionally for invoicing purposes. You can also access our services via tor (nicevps66zvn6a47.onion (https://nicevps66zvn6a47.onion))

## Can I host X service with you?

Yes, our policy is to not censor nor to judge anything you host. You are always notified of any abuse and only suspend service with a valid court order, however we don't tolerate any criminal activities.

## Do you block or filter any port?

No ports are blocked or filtered in anyway unless enabling anti-ddos protection which may temporarily filter, block and rate-limit malicious traffic.

## Are you resellers or own the hardware?

We privately own all the hardware and network equipment ourselves, we don't resell or lease from third parties, except for domain registration.

## Do you have any test IP or trial to test your network?

Unfortunately we don't provide such tests. We run our own network and AS with multiple fibre up-links and carriers.

## Which payment method do you accept?

Many payment methods and cryptocurrencies like Bitcoin are accepted, check our current payment methods (./index/payments), if you don't find yours please contact us.

# Our control panel

## Invoices Management



(./media/screenshots/invoices.png)

## Service Management



(./media/screenshots/service.png)

## VPS Management

3/1/2022    NiceVPS.net :: Bulletproof Dedicated Servers VPS Hosting, Offshore Hosting, Bulletproof Hosting, Bulletproof Dedicated Servers, No Logs VPN, Anony…

Case 3:21-cv-05677-EMC   Document 64-3   Filed 12/13/22   Page 150 of 198



(./media/screenshots/vps_panel.png)

VPN Management



(./media/screenshots/vpn_panel.png)

Offered Services

3/1/2022        Nice and Liberty 05677 EMC Hosting Company Hosting - Bulletproof VPS, Bulletproof Dedicated Server, Zero Logs VPN, Anony…

Case 3:21-cv-05677-EMC Document 64-3 Filed 12/13/22 Page 151 of 198



# ☁ Web Hosting

## Cheap Anti-DDoS Web Hosting

✓ DDoS protected hosting

✓ Fast NVMe storage disks

✓ Automatic backup service

✓ PHP/Perl/Ruby/Python support

✓ Unlimited bandwidth available

✓ Shared/dedicated IP addresses

✓ Anonymous SMTP email relay

✓ Free DNS hosting

Starting from €3.99 per month

Buy Bitcoin Hosting (/buy-offshore-bitcoin-web-hosting)

# ⬛ Virtual Private Servers

## Uncensored Virtual Dedicated Servers

✓ KVM Dedicated resources

✓ SSD or NVMe drives only

✓ Anti-DDoS Protection

✓ Full Disk Encryption support

✓ Install OS using your own ISO (Windows available)

✓ Private Network and rDNS support

✓ Native IPv4 and IPv6 ready

✓ TUN/TAP/FUSE LXC Support

Starting from €9.99 per month

Buy Bitcoin VPS (/buy-bulletproof-bitcoin-vps)

# ▥ Dedicated Servers

## Uncensored Dedicated Servers

✓ Bare Metal Hardware

✓ Fully Dedicated Hardware resources

✓ Control panel with power control, VNC, PXE and statistics

✓ 1Gbps dedicated port

✓ Unmetered bandwidth option available

3/1/2022 NiceVPS.net - Uncensored Bulletproof Hosting. Truly Zero Logs VPN, Anony…

Case 3:21-cv-05677-EMC Document 64-3 Filed 12/13/22 Page 152 of 198

✓ Private Network and rDNS support
✓ IPv4 and IPv6 /64 subnet included
✓ Anti-DDoS Protection

Starting from €59.99 per month

Buy Dedicated Server (/buy-bulletproof-uncensored-dedicated-servers)

#  Privacy VPN

Truly Zero Logs VPN

✓ Anonymous service
✓ Unblock services / P2P
✓ Strong AES-256 encryption
✓ OpenVPN based
✓ Internal DNS and Tor proxy
✓ Unlimited bandwidth and connections
✓ Automatic Remote Port Forwarding
✓ P2P Allowed
✓ DMCA Ignored
✓ Logging goes to /dev/null

Starting from €0.10 per day

Buy Bitcoin VPN (/buy-anonymous-uncensored-bitcoin-vpn)

# Anonymous Domains

Confidential domain ownership service

✓ Highest confidentiality - 100% Anonymous
✓ Managed DNS Hosting
✓ DNSSEC Support
✓ Domain and email forwarding
✓ Glued name-servers support

Starting from €5.99 per year

Register Bitcoin Domain (/buy-anonymous-bitcoin-domains)



---

News (./news) | Payments (./index/payments) | Terms of Service (./index/tos) | PGP (./index/pgp) | Canary (./index/canary) | Contact (./contact)

TOR Link: https://nicevpsb7u3vqpo5zhyahmvfi5tihon4gnh676ucmzpcyxwodeztr4yd.onion (https://nicevpsb7u3vqpo5zhyahmvfi5tihon4gnh676ucmzpcyxwodeztr4yd.onion)

hPanel v2.3.12b-prod (c) NiceVPS

Server Time: 2022-03-01 20:09:48 (GMT+0100)

UI Theme

| default | ⌄ |
|---|---|

# EXHIBIT 10(b)

# Terms Of Service

Home  /  Terms Of Service

Original language: English | Last update: 2017-11-1

# Full terms

**The following terms and conditions (these "Terms") govern the provision by NiceVPS ("Company") of the services and/or products (referred collectively herein as ("Services and Products") described on the Server Order Form, the Service Level Agreement and Service Exhibit attached hereto (collectively the "Service Descriptions") and defined in any of the Company's product support listing, to the customer ("Customer") identified on the Service Descriptions. The Service Descriptions, these Terms and the attachments and any addenda hereto, executed with respect to the Services and Products, are referred to herein, collectively, as this "Agreement." NiceVPS reserves the right to change and update this document as needs change or arise.**

1. **Provided Resources.** Customer will be provided with the amount of disk space and bandwidth stated in their quote or plan from NiceVPS. Disk space usage and bandwidth usage are monitored by NiceVPS and will be provided to the client to use at their leisure. Customers are responsible for purchasing additional disk space or bandwidth beyond that detailed in their "Plan" or to remove files and stop network usage in order to bring their usage with their Plan's limit. In one month you may use a extra 5% of your quota, however continued heavy usage of this will require an upgrade or extra usage fees. Unlimited data transfer is provided on a basis of a Fair Usage Policy, excessive bandwidth usage may not be permitted and may incur in additional charges and/or port speed limitation prior mutual agreement.

2. **Jurisdiction and Jurisdictional Disputes, Legal Responsibilities.** The parties expressly recognize that, where NiceVPS is acting solely as Customer's Host, NiceVPS is not engaged in, and is not actively soliciting, interstate or international commerce for said Customer. Where NiceVPS is a named party to any type of dispute or litigation involving any acts by Customer that affect out-of-state persons or entities, Customer agrees that it shall indemnify, hold NiceVPS harmless, defend NiceVPS exhaustively (including all legal cost(s), and challenge the jurisdiction of out of state authorities over NiceVPS). Any legal issue must be resolved by the laws in the Commonwealth of Dominica.

3. **Availability and Backups.** NiceVPS shall store Customer's web sites, files, email and databases on their servers. The parties expressly recognize that internet servers and links are susceptible to crashes, down time, vulnerabilities and that from time to time NiceVPS may need to preform maintenance on their services. Customers with unmanaged services are to manage their own backups at their own expense. NiceVPS is not responsible for data that you may have lost due to said crashes, down time or vulnerabilities. In addition NiceVPS will not support illegal activities by providing you with a backup if your Web Hosting

contains any of the materials found under the Abuse section of this document. Due to the nature of computer hardware, NiceVPS is not liable for any data loss occurred.

4. **Maintenance.** NiceVPS may temporarily suspend all service for the purpose of repair, maintenance or improvement of any of its systems, or whatever it deems necessary to maintain adequate services. However, NiceVPS shall provide prior notice within 24 hours for all maintenance. Failure to provide prior notice on our part does fall under our SLA.

5. **Connection and Bandwidth.** Subject to the datacenter's physical location. NiceVPS agrees that it shall maintain a minimum of 1Gbps connections to the servers. However, NiceVPS does not guarantee any response rate, download, or upload speed beyond our control, as this is depending on Customer's and End Users ISP connections. We do NOT guarantee a set internet speed to your server. Your service might be suspended if it receives and or sends any DDoS attack or an abnormal spike in traffic emanate or is received by your server. Service activation or termination after the suspension will be in our sole discretion. NiceVPS does not guarantee that any IP address space will be globally accessible due to factors out of our control.

6. **Security.** The parties expressly recognize that it is impossible to maintain flawless security, therefore the customer is solely responsible for properly securing their hosting service provided by NiceVPS including changing initial passwords and making any security adjustments and patches over time. Customer is solely responsible for any damage caused by such unauthorized access, and Customer indemnifies and holds NiceVPS harmless for any compromise of Customer's security that resulted from their own actions, the actions of NiceVPS or the actions of any third party.

7. **Privacy.** By default NiceVPS only collects an email address, an username, and a password encrypted using strong encryption algorithms when you sign up. All customer data is encrypted on the storage disk, however after the system is online data may be readily available in plain text except passwords or secret keys. Data encryption is possible on NiceVPS, however Customer is solely responsible for encoding their web site, content, and data to conform with generally accepted encryption standards, and Customer indemnifies and holds NiceVPS harmless for any compromise of Customer's encryption method. You agree to indemnify and hold NiceVPS harmless and blameless for any compromise of your personal, business, or private information in any form.

8. **Browser Cookies.** By default, a session cookie is stored into the visitor's browser due to the stateless nature of the World Wide Web protocols, for the sole purpose of providing this web service. An additional cookie is created and stored into the computer when the Customer opts-in for a login remember, for the sole purpose as how it was offered.

9. **Refunds.** NiceVPS does NOT provide refunds. Refunds are only possible within the first 24 hours from the effective payment date in case of an error caused by NiceVPS or due to the impossibility of providing Customer with the requested service. Processing fees, administrative fees, setup fees, management services, or any other kind of fees associated with your payment or service are not eligible for refunds. Our administration fee consists of (One percent) 1% of the total refundable amount with a minimum of (Two Euros) 2.00 EUR. Initiating a dispute or a charge-back with our payment processors may result in instant service suspension or termination. Breaching this present of terms of service invalidates any right for a refund.

10. **Email Communication.** By default, NiceVPS does NOT send any newsletter or unsolicited email. Transactional, service-related, account-related, operational and notification emails may be sent regardless

of the subscription status. Personal identifiable information is never sent along with our emails, solely an username may be sent.

11. **Abuse, Copyright and Freedom of Speech.** By default, NiceVPS defends freedom of speech and will NOT reply to any abuse complaint; Customer will be notified within 48 hours and must resolve any abuse, blacklist or report within (five) 5 working days. NiceVPS is not liable responsible for any abuse and/or copyright infringements caused by what the Customer hosted on NiceVPS's servers. NiceVPS defends the freedom of speech but illegal activities are not tolerated. In some cases, NiceVPS may temporarily null-route Customer services from the public Internet until the abuse is resolved but never suspend said services. Hosting child pornography, terrorist propaganda, but not limited to, is COMPLETELY forbidden and any client found to be doing so will be cancelled immediately upon discovery.

12. **Suspension and Termination.** NiceVPS will NOT suspend any account unless a court order in the Commonwealth of Dominica dictates so, however, NiceVPS reserves the right to suspend or terminate any account at any time, under their own discretion. NiceVPS will suspend services automatically after paid term is complete. Customer is responsible of renewal before the end date; NiceVPS will notify customer (seven) 7 days prior to the end of the subscription period. After 2 days of non-payment, services will be terminated irrevocably along with all data and any other related assets.

13. **Domain Name Services.** Customer domain names are registered under the name of NiceVPS, on behalf of said Customer. NiceVPS shall not have the actual ownership of the domains registered through our system. Customer retains the right to sell, transfer, assign, control, renew each domain name registration upon expiration, being as well responsible to resolve any and all monetary or other legal claims that arise in connection with Customer's domain. We do not guarantee that you will obtain the domain name applied for, even if your inquiry has indicated that the domain name is available at the time of submission. NiceVPS provides no warranty with regard to the offered services. Domain registration, renew or transfer fees may change at any time.

14. **Final note.** Failure by either Company (NiceVPS) or Customer to enforce any of the provisions of this Agreement or any rights with respect hereto or the failure to exercise any option provided hereunder shall in no way be considered to be waiver of such provisions, rights or options, or to in any way affect the validity of this Agreement. If one or more of the provisions contained in this Agreement are found to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions shall not be affected. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. This agreement may suffer changes without prior notice.

---

News (./news) | Payments (./index/payments) | Terms of Service (./index/tos) | PGP (./index/pgp) | Canary (./index/canary) | Contact (./contact)

TOR Link: https://nicevpsb7u3vqpo5zhyahmvfi5tihon4gnh676ucmzpcyxwodeztr4yd.onion (https://nicevpsb7u3vqpo5zhyahmvfi5tihon4gnh676ucmzpcyxwodeztr4yd.onion)

hPanel v2.3.12b-prod (c) NiceVPS
Server Time: 2022-03-01 20:11:00 (GMT+0100)

https://nicevps.net/index/tos                                                                                          3/4

UI Theme

| default | ⌄ |
| --- | --- |

# EXHIBIT 11

diablo
Jul 4, 2021 · 7 min read · 🔊 Listen

## "Uncrackable" Cheats

Ring-1 openly boasts about how their security is impenetrable and how no one has ever cracked them before. That's changed. Over the course of the past 6 months and the last year and a half that I personally worked for them me and some friends personally found, broke, and exploited their system from the inside unbeknownst to them for months.

First let's start off with how we did it.

I was formerly a support staff for ring-1 and with that we had limited access to the admin panel. As [support] you were able to view support tickets, the user database (username, email, ip, etc) but not a ton of info. So like anyone I started doing some snooping. Nothing crazy at first just looking at moderator emails and whatnot. Some people were more secure and used @protonmail emails with no relation to their IRL self. But others weren't careful at all.

What got us into a higher version of the panel was Overpowered's account. He used his regular gmail account. Put that email into Snusbase and there we have his common password.



No surprise, that actually worked to login. And if you login directly through the admin panel it doesn't alert the user (great design)

Through using the SQL toolbox present within the AdminCP we were able to take control of an inactive admin account under the name "Blitz" this account would be very useful in the near future. By securing this account we were able to use the account if the previous account was taken back.

```
UPDATE core_members set email = '@protonmail.com' where name =
'username'
```

And we did so with old accounts from 2019 so that they would go undetected for months without being in the recent users.

Throughout the 6ish months where we had access to the panel we generated over $20,000 worth of account credit whether it be for personal use or for sale

Further income was generated from having access by selling access to the DB as passwords were stored in MD5 hashes and all personal info was in plaintext.

```
UPDATE core_members set cm_credits = '{"RUB":{"5000.00"}}' where name =
'turn'
```

### More from Medium

Sylvain Saurel
**Jack Dorsey Unveils Bluesky Social, the Decentralized Twitter-Killer.**

Isaiah McCall in Yard Couch
**YouTube Is Dead and Something New is Coming**

Wloerword in Love And Marriage
**Confessions of a cheating woman.**

Alice
**Once You Start Making Money, Upgrade These 15 Things Immediatly**

...their exploit was generated from having access to the DB as passwords were stored in MD5 hashes and all personal info was in plaintext.

```
UPDATE core_members set cm_credits = '{"EUR":"5000.00"}' where name = 'turn'
```



Showing available credit after generation

Paying for generated credit

drove showing that he had 5000 EUR generated credit

We did definitely figure out how to send gift cards to other users though

```
{"method":"email","recipient_email":"test@protonmail.com","recipient_n
ame":"lol","sender":"admin","message":"hehe
boi","amount":500,"color":"#16a085","currency":"EUR","code":"7140X9840
XP81N7B9EX8F"}
```

And the recipient was able to take that code and apply it to the store and it would give them that amount.

We were even able to see how much a user has spent onsite

banek392 (all the time)

We also were able to cover our tracks by deleting login times and logs from the database through the SQL Toolbox. The most efficient way being through whatever VPN IP we were logged into at the time. Though some of us took advantage of Brave Browser's Tor feature.

```
DELETE FROM core_admin_logs WHERE ip_address = '1.1.1.1'
```

And we deleted invoices from friends that we knew so that they couldn't be looked at later.

```
DELETE FROM nexus_invoices WHERE i_id = 123456
```

invoice created

invoice deleted

As we had access to the DB we were able to change information about accounts as we modified the information stored on the account

diablo
4 Followers

https://thecheating.party

Follow    Edit

More from Medium

Sylvain Saurel
Jack Dorsey Unveils Bluesky Social, the Decentralized Twitter-Killer.

Isaiah McCall in Yard Couch
YouTube is Dead and Something New is Coming

Wisewsord in Love And Marriage
Confessions of a cheating woman.

Alux
Once You Start Making Money, Upgrade These 15 Things Immediately

Help  Status  Writers  Blog  Careers  Privacy  Terms  About
Text to speech







As we had access to the DB we were able to change information about accounts as we modified the information stored on the account

Email Swapped and IP changed

Ring-1.io boasts about their security but their entire website was vulnerable to attack such as CWE-434 (not a joke) allowing for us to execute .php scripts through avatar upload. By abusing this we were able to gain more information about the site furthering our penetration of it

As we had control over Overpowered's account we were able to change account credentials.

The video shows us swapping an accounts password just by changing a single hash within the DB. This was used on numerous occasions against resellers, inactive accounts and the admin account.

. . .

Ring-1.io claims to be uncrackable but here is the exploit chain they use to inject their cheats, in a simpler format they store the internal cheat inside of their hyper-v payload and the loader is used to decrypt it/payload is used to inject & spoof cr3 reads, which in turn is stored inside of the bootmgfw.efi they swap on disk (they restore bootmgfw.efi during boot/before the windows kernel takes control/any windows boot drivers get loaded and running)

Credit to: _xeroxz for the Hyper-V research

Follow his twitter

When someone created a support ticket stating their was an exploit within the site allowing for infinite credit they dismissed it but soon realised that there was someone with access to the admin control panel but had no idea how even though they created "uncrackable software"

Fuck You created support request 1 hour ago

Hey. Someone told me about an exploit in ring-1 which you can use for getting free credits on the forum and buy anything you want.

If you want to talk more, dm me on [redacted]

Khaleesi Lazarow replied 1 hour ago

just ignore them, not even possible.

Not rated yet

2 | 1

Sign In
Search
diablo
4 Followers
https://thecheating.party
Follow
More from Medium
Sylvain Saurel
Jack Dorsey Unveils Bluesky Social, the Decentralized Twitter-Killer.
Isaiah McCall in Yard Couch
YouTube is Dead and Something New is Coming
Wiserword in Love And Marriage
Confessions of a cheating woman.
Alux
Once You Start Making Money, Upgrade These 15 Things Immediately
Help Status Writers Blog Careers Privacy Terms About
Text to speech

Get started Sign In

Search

Apart of that bit; was that they were able to access the invision panel and get the access token to the discord bot R-1 Bot, the same bot that invited customers to the discord
This bot had admin privileges, the highest it could go without being the discord owner. He decided to pm me on Ulti because he saw that I was secretly the discord owner

Here is proof of our past claims of having access to unlimited account credit, This user was banned months before we were discovered but maintained that he found an exploit within the gift card system aiding us in being able to keep going, it led to Overpowered begging the user for how he obtained the credit

R1 hires top tier coders, I was told in january about an update coming to the loader that would change the injection method. This was swapping out the directx driver with their own. Leaving no traces of the change. But 6 months later they still havent even put it into testing. Presumably because all of R1s "super" features being pasted from other cheats that they've cracked or purchased themselves.

Examples of that being their updated Destiny 2 cheat, when PerfectAim was C&D by Bungie and sold to GatorCheats they took some of the code Gator implemented and added speed, 2 1 SP, fly, and OPK. In their Cold War

diablo
4 Followers
https://thecheating.party
Follow

More from Medium

Sylvain Saurel
Jack Dorsey Unveils Bluesky Social, the Decentralized Twitter-Killer.

Isaiah McCall in Yard Couch
YouTube is Dead and Something New is Coming

Wiserword in Love And Marriage
Confessions of a cheating woman.

Alux
Once You Start Making Money, Upgrade These 15 Things Immediately

Help Status Writers Blog Careers Privacy Terms About
Text to speech

purchased themselves.

Examples of this being their updated Destiny 2 cheat, when PerfectAim was C&D by Bungie and sold to GatorCheats they took some of the code Gator implemented and added speed, noclip, PVE ESP, fly, and OPK. In their Cold War cheat the XP features for the "PRO" version of the cheat came from HyperHaxz's Lobby Tool, cracked and added into RTs cheat.

. . .

Talking about cease & desists Overpowered and Krypto (the old moderators) received several from Activision. Their response to this was to swap aliases, Krypto went to Cypher and Overpowered went to Beserker.

"i didn't get told to change my name xD i got somewhat of a cease and desist Soo. Krypto going back to Krypton xD and Cypher is coming out to play" — Krypto"

Times we thought we were caught we actually managed to get away unscathed until last week. Crazy thing is, they added all of these things so that no one could login as someone else like using Google Authenticator. Fortunately, we were faster. The admin account that we had email swapped with the database access we logged into, added GoogleAuth (changed the email back to the original but recreated it on protonmail), and then logged back out. Up until March 2021, we had full admin access.

**Achilles** Today at 8:16 PM
Ello everyone
So things will have to change going forward
First thing to resolve and clear the air for you all; is that the "snitch, leaker" was the person itself who was pming me on Ulti.
As stated in some theories above; the user was able to brute force an **OLD** admin password on the website; and had panel access to basically everything. They changed some of the reseller threads to have their own payment methods so that they would receive money from customers instead of the reseller itself.
Apart of that bit; was that they were able to access the invision panel and get the access token to the discord bot R-1 Bot, the same bot that invited customers to the discord
This bot had admin privileges, the highest it could go without being the discord owner. He decided to pm me on Ulti because he saw that I was secretly the discord owner

# staff-lounge
here being stupid/silly.
**Achilles** Today at 8:21 PM
We are good to go for now; we had enabled 2FA last time to fix the issue; but the problem was that 2fa only worked if you logged in first before the guy did
Since it was an old admin account; he obviously got there first
So we were able to restrict access to every admin account except the owners account; and we checked logs of every admin account from there and found which account it was. Basically the guy was doing shit; and then deleting the logs to clear any history of that account being used

The "bot" in question here is our using the database access to log into the Ring-1 Discord bot through its token.

. . .

You're a gaming company and want to detect R-1 because they actively talk about how many of their cheats haven't been touched since release? Here's how:

Due to a flaw within the exploit a copy of Hyper-V and the payload are floating around in reclaimable memory. If you translate the virtual address of the Hyper-V allocation during boot then map that physical memory with MmMapIoSpace you will be able

diablo
4 Followers

https://thecheating.party

Follow

More from Medium

Sylvain Saurel
Jack Dorsey Unveils Bluesky Social, the Decentralized Twitter-Killer.

Isaiah McCall in Yard Couch
YouTube Is Dead and Something New is Coming

Wisenword in Love And Marriage
Confessions of a cheating woman.

Alux
Once You Start Making Money, Upgrade These 15 Things Immediately

Help Status Writers Blog Careers Privacy Terms About
Text to speech



their own payment methods so that they would receive money from customers instead of the reseller itself.
Apart of that bit; was that they were able to access the invision panel and get the access token to the discord bot R-1 Bot, the same bot that invited customers to the discord
This bot had admin privileges, the highest it could go without being the discord owner. He decided to pm me on Ulti because he saw that I was secretly the discord owner

staff-lounge
here being stupid/silly.
Achilles Today at 8:21 PM
We are good to go for now; we had enabled 2FA last time to fix the issue; but the problem was that 2fa only worked if you logged in first before the guy did
Since it was an old admin account; he obviously got there first
So we were able to restrict access to every admin account except the owners account; and we checked logs of every admin account from there and found which account it was. Basically the guy was doing shit; and then deleting the logs to clear any history of that account being used

The "bot" in question here is our using the database access to log into the Ring-1 Discord bot through its token.

. . .

You're a gaming company and want to detect R-1 because they actively talk about how many of their cheats haven't been touched since release? Here's how:

Due to a flaw within the exploit a copy of Hyper-V and the payload are floating around in reclaimable memory. If you translate the virtual address of the Hyper-V allocation during boot then map that physical memory with MmMaploSpace you will be able to dereference it

```
2   1.04961669   8422187500 - STORMINI: StorNVMe - POWER: ACTI
3   1.05004501   8422187500 - STORMINI: StorNVMe - POWER: IDLE
4   1.05577636   8422187500 - STORMINI: StorNVMe - POWER: ACTI
5   1.67171824   Va = 0xFFFFD981518FF000
6   1.67172313   MZ = 0x5a4d
7   2.06400752   8432343750 - STORMINI: StorNVMe - POWER: IDLE
8   2.06407785   8432343750 - STORMINI: StorNVMe - POWER: ACTI
9   3.07801843   8442500000 - STORMINI: StorNVMe - POWER: IDLE
10  3.55361485   8447187500 - STORMINI: StorNVMe - POWER: ACTI
```

As a final comment, nothing is "uncrackable", sometimes it's pretty simple.

2 1

More from diablo
Follow
https://thecheating.party

Love podcasts or audiobooks? Learn on the go with our new app. Try Knowable

Recommended from Medium

Apvera
MPs: Fine Firms For Cyber Security Failures

Ken Chan
Intelligence and Investigation Talent Moves (15 September)

Matt J Weber
Here's How the First Cyber Attack Went Down

Orishaba Famious
My Cyber security journey....and so it goes

Net Mailer US
Compound Voted for 4 Cryptocurrencies

Deika Elmi
2021 and Beyond: The Future of Cybersecurity is Promising!

Stewart Pavitt in SICCAR
Why is security so hard?

Tafchain
TAFT Faucet Receiving Tutorial

Search

diablo
4 Followers
https://thecheating.party
Follow

More from Medium

Sylvain Saurel
Jack Dorsey Unveils Bluesky Social, the Decentralized Twitter-Killer.

Isaiah McCall in Yard Couch
YouTube is Dead and Something New is Coming

Wiserword in Love And Marriage
Confessions of a cheating woman.

Alux
Once You Start Making Money, Upgrade These 15 Things Immediately

Help Status Writers Blog Careers Privacy Terms About
Text to speech

# EXHIBIT 12

 **R4CK** *04/30/2021*
So after reading the announcements are you guys at ring 1 just resellers and the devs are chinamen?

 **Berserker** *04/30/2021*
The devs own the website, and myself and cypher run it for them

 **R4CK** *04/30/2021*
I feel like that's the thing nowadays just a bunch of resellers working for the same devs that make the cheeses
And they just rename the cheeses
I have no problem with that by any means but I've used some in the past that are detected while saying they aren't (edited)

# EXHIBIT 13(a)

We only support Intel CPU's and Win 10. Our software will not work if you have an AMD processor!





# RING-1

Existing user? Sign In ▾

**Sign Up**

Browse    Videos    Store    Status    Activity    Support

Search...    🔍

Home  >  Chatbox  >  Customer Only Chat  >  View message

🖾 All Activity

@Krypto Is now a new support to the team ! He showed alot of potential and helped alot of users even without the role ! Welcome mate ^^

**Report**

Home  >  Chatbox  >  Customer Only Chat  >  View message

🖾 All Activity



# EXHIBIT 13(b)



We only support Intel CPU's and Win 10. Our software will not work if you have an AMD processor!



RING-1

Existing user? Sign In ▾

Sign Up

Browse    Videos    Store    Status    Activity    Support

Search...

Home > Chatbox > Customer Only Chat > View message

All Activity

Congratz @Krypto for ur new support rank

Report



Page loaded in 0.316 sec(s).

# EXHIBIT 13(c)

We only support Intel CPU's and Win 10. Our software will not work if you have an AMD processor!



# RING-1

Existing user? Sign In ▾

Sign Up

Browse | Videos | Store | Status | Activity | Support

Search...

Home > Chatbox > Public Chat > View message

All Activity

@Krypto while updating Destiny 2 will any other feature going to be added such a Fly Hack or At least Super Speed?

Report

Home > Chatbox > Public Chat > View message

All Activity

# EXHIBIT 13(d)

We only support Intel CPU's and Win 10. Our software will not work if you have an AMD processor!



Existing user? Sign In ▾

Sign Up

Browse   Videos   Store   Status   Activity   Support

Search...

Home > Chatbox > Customer Only Chat > View message                    All Activity

@Cypher Whats wrong with the cold war cheat

Report

Home > Chatbox > Customer Only Chat > View message                    All Activity



Page loaded in 0.246 sec(s).

# EXHIBIT 13(e)



# Warzone Cheating [4K]

Start new topic    Reply to this topic

**notsnickers**

Posted March 27, 2020

This video is unavailable.

Quote

**Angry**

Posted March 27, 2020

post your settings bro damn

Quote

**Bunnyyy**

Posted April 3, 2020

nice old rice p

Quote

**boogaloo**

Posted April 3, 2020

www.snickers is the best

nice!

Quote

**Khaleesi**

Posted May 2, 2020

Quote

**phobos**

Posted May 2, 2020

Just why? Go for everyone get banned fast, what's the point? I mean really? Things like this just ruin peoples chances more of this working for longer, give up read a snake especially when you join the lick like this damn nice its your discipline. There's No Ring !!!

free have to resolve this in a public sheet though. this is ob does and see it's video it be silence. any public cheat will have this happen it's just inevitable.

Quote

**Mist**

Posted June 18, 2020 replied

On 4/27/2020 at 9:00 AM Angels said:

Just why? Go for everyone get banned fast, what's the point? I mean really? Things like this just ruin peoples chances more of this working for longer, give up read a snake especially when you join the lick like this damn nice its your discipline. There's No Ring !!!

Didn't expect a Support to arrive onto someone using their cheat however they like it on.

Quote

**Mist**

Posted June 18, 2020 replied

On 6/18/2020 at 5:00 PM Angels said:

I'm not smiling lol. I'm just saying your self starting here. adding to us that who's got banned eventually lol

All good mate. There was up be a lot that I don't understand as your sentence but I degree.

I do however agree that hitting the cheat may cut anti counter productive. like then again. it brings attention to the community which brings in more income to devs and admin, thus decreasing their initiative to continue with step I

Quote

**bly**

Posted November 18, 2020

this was a poor result scamming for $30

Quote

**Low**

Posted February 17

who's dope video good shit

Quote

## Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

Reply to this topic...

# EXHIBIT 13(f)

# RING-1

Existing user? Sign In ▾    Sign Up

Browse    Videos    Store    Status    Activity    Support

Search...

Forums    Blogs    Staff    Online Users    Leaderboard

Home › Forum › News and Announcements › 100% of our cheats are now Undetected!    ☰ All Activity

# 100% of our cheats are now Undetected!

By admin,
June 18, 2020 in News and Announcements

< Share    Followers 1

Reply to this topic

---

**admin**

Posted June 18, 2020

Now that we have released our BattlEye security update on all our cheats we are back to being 100% fully undetected on all our cheats! including Escape From Tarkov!

We have some cool updates planned in the coming dates for these games too, stay tuned on the Cheat forums!

Quote    ● 1

Administrators ★

Content    309
Prestige    92
Warn level    0
Days Won    49

*2 weeks later...*

---

**ZhexPro**

Posted June 28, 2020

I want to use your reseller service, please someone help me?

Quote

Members

Content    3
Prestige    0
Warn level    0
Days Won    0

---

**ZhexPro**

Posted June 28, 2020

costumers price and reseller price same?

Quote

Members

Content    3
Prestige    0
Warn level    0
Days Won    0

---

**ZhexPro**

Posted June 28, 2020

On 6/28/2020 at 12:14 PM, Krypto said:

You can buy direct from the site with BTC, transfer to paypal to BTC wallet and you are good to go, and cheaper as well ?

Quote

Members

Content    3
Prestige    0
Warn level    0
Days Won    0

---

**XAPRIZ**

Posted June 28, 2020

Pls add streamproof)

Quote

Members

Content    9
Prestige    0
Warn level    0
Days Won    0

---

# Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

💬 Reply to this topic...

GO TO TOPIC LISTING

‹

Home › Forum › News and Announcements › 100% of our cheats are now Undetected!    ☰ All Activity

Page loaded in 0.312 sec(s)

# EXHIBIT 13(g)

ring-1

Existing user? Sign In ▾    Sign Up

Browse    Videos    Store    Status    Activity    Support

Search...

Forums    Blogs    Staff    Online Users    Leaderboard

Home > Forum > Pre-Sales Questions > Hello                        All Activity

# Hello

By mckeown1504,
June 23, 2020 in Pre-Sales Questions

Share    Followers    1

Start new topic        Reply to this topic

## mckeown1504

M

Members ★

Content        13
Prestige        1
Warn level      0
Days Won        0

···
Posted June 23, 2020

I paid the invoice to try out a cheat via BTCPay and I don't have access to the cheat the invoice is pending. Do I need to wait for the BTC To full confirm then the invoice will be paid or has the payment messed up its been sent to the btc address it displayed

Quote

## lzqet

I

Members

Content         112
Prestige        19
Warn level       0
Days Won         7

5,00 Euro

···
Posted June 27, 2020

Hey,

It usually just takes a couple minutes or an hour until the BTC network confirms a transaction. You can also track your transactions here ( https://www.blockchain.com/ ) to see how many conformations it has.

Quote

## mckeown1504

M

Members ★

Content        13
Prestige        1
Warn level      0
Days Won        0

Author
Posted June 27, 2020

> On 6/26/2020 at 11:42 PM, Krypto said:
>
> It all went through. You have D2 active on your sub ?

Yeah may I ask when the new update for the fix to help with crashes and also blue screens? Cause now I'm having issues and I'm just getting blue screens

Quote

## Adrian

Members

Content         13
Prestige         0
Warn level       0
Days Won         0

···
Posted July 1, 2020

> On 6/27/2020 at 12:13 PM, mckeown1504 said:
>
> Yeah may I ask when the new update for the fix to help with crashes and also blue screens? Cause now I'm having issues and I'm just getting blue screens

May I ask what windows version you're on? The cheats will only run best on certain windows versions.

Quote

# Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

Reply to this topic...

< GO TO TOPIC LISTING

Home > Forum > Pre-Sales Questions > Hello                        All Activity



# EXHIBIT 13(h)

RING-1

Existing user? Sign In ▾    Sign Up

Browse    Videos    Store    Status    Activity    Support    Search...

Forums    Blogs    Staff    Online Users    Leaderboard

Home > Forum > General Discussion > Does Destiny 2 use a kernel level anti cheat?    ▣ All Activity

# Does Destiny 2 use a kernel level anti cheat?

G    By Gappy,
July 22, 2020 in General Discussion

◁ Share    Followers  1

Start new topic    Reply to this topic

---

**Gappy**

G

Members ★

⊙ Content    8
⊙ Prestige    0
① Warn level    0
⊙ Days Won    0

--
Posted July 22, 2020

It would make sense as to why it causes my PC to crash constantly with ring-1 running

➕ Quote

---

**Gappy**    Author

G

Members ★

⊙ Content    8
⊙ Prestige    0
① Warn level    0
⊙ Days Won    0

--
Posted July 22, 2020

I have payed with btc here on this site directly, who do I reach out to?

➕ Quote

---

**Gappy**    Author

G

Members ★

⊙ Content    8
⊙ Prestige    0
① Warn level    0
⊙ Days Won    0

--
Posted July 25, 2020

❝ On 7/22/2020 at 7:54 AM, Krypto said:

As soon as one BTC confirmation goes through, then you will change to customer.

Are you saying that I would only get help if my account status change to customer? I have already payed several times here in the past, the latest is from Destiny 2 Pro on 07/03/2020 and expired on 07/19/2020. I'm not going to renew my subscription to this product if I know I'm just going to keep crashing.

➕ Quote

---

**root_0001**

Members

⊙ Content    1
⊙ Prestige    0
① Warn level    0
⊙ Days Won    0

--
Posted July 26, 2020 (edited)

❝ On 7/25/2020 at 10:16 AM, Gappy said:

Are you saying that I would only get help if my account status change to customer? I have already payed several times here in the past, the latest is from Destiny 2 Pro on 07/03/2020 and expired on 07/19/2020. I'm not going to renew my subscription to this product if I know I'm just going to keep crashing.

With this website and service ring-1 provides, they only give live active support to those with a live subscription directly with their service / site of Ring-1.

They do this to limit their need to help people directly to customers only, improving the quality and time-length of the help or until someone gets help.

It's also separated due to resellers, as people who buy through a reseller does NOT get official support, but support only through their reseller, and their resellers services.

I will tell you this though, I have had many issues with ring-1 over my time of being here, each and every one was promptly fixed and I've never had long-term issues. If you wish to try out Destiny 2 again I suggest you buy on-site, and issue a ticket to get the help you need.

If something is up to where it just CAN'T be fixed, I'm sure they will work something out with you. They are not out to rob you, they are here to provide a high quality service, which includes great customer service.

Edited July 26, 2020 by root_0001

➕ Quote    ● 1

---

# Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

💬 Reply to this topic...

◁ GO TO TOPIC LISTING ▷

Home > Forum > General Discussion > Does Destiny 2 use a kernel level anti cheat?    ▣ All Activity



# EXHIBIT 13(i)

We only support Intel CPUs and Win 10. Our software will not work if you have an AMD processor!   ✕

# RING-1

Existing user? Sign In ▾        Sign Up

Browse    Videos    Store    Status    Activity    Support        Search...   🔍

Forums    Blogs    Staff    Online Users    Leaderboard

Home > Forum > General Discussion > does this work for fortnite game machine bans?        📰 All Activity

# does this work for fortnite game machine bans?

By jAPAN,
July 25, 2020 in General Discussion

🔗 Share        Followers    0

Start new topic        Reply to this topic

---

### jAPAN

**J**

Members ⭐

| | |
|---|---|
| 🔄 Content | 1 |
| ♡ Prestige | 0 |
| ❗ Warn level | 0 |
| 🏆 Days Won | 0 |

...
Posted July 25, 2020

title : )

➕ Quote

---

### Adrian

Members

| | |
|---|---|
| 🔄 Content | 13 |
| ♡ Prestige | 0 |
| ❗ Warn level | 0 |
| 🏆 Days Won | 0 |

...
Posted July 30, 2020

> ⊘ On 7/25/2020 at 8:41 AM, jAPAN said:
>
> title : )

> ⊘ On 7/25/2020 at 10:07 AM, Krypto said:
>
> No. Only Ring 1 Products as we don't even sell Fortnite.

The HWID spoof will most likely work for bans on Fortnite.

➕ Quote

---

## Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

💬 Reply to this topic...

‹ GO TO TOPIC LISTING

---

Home > Forum > General Discussion > does this work for fortnite game machine bans?        📰 All Activity

Page loaded in 0.243 sec(s)

# EXHIBIT 13(j)



We only support Intel CPUs and Win 10. Our software will not work if you have an AMD processor!

**RING-1**

Existing user? Sign In ▼          Sign Up

Browse     Videos     Store     Status     Activity     Support          Search...

Forums     Blogs     Staff     Online Users     Leaderboard

Home › Forum › Pre-Sales Questions › Why only intel supported?          ☐ All Activity

# Why only intel supported?

By r_hammerstein,
October 31, 2020 in Pre-Sales Questions

◄ Share     Followers  1

Start new topic          Reply to this topic

---

**r_hammerstein**

R

Members ★

Content          1
Prestige          0
Warn level          0
Days Won          0

···
Posted October 31, 2020 (edited)

I have an AMD processor and cancelled my initial purchase because I noticed the green banner stating only Intel cpus are supported. Mobile banner notices did not appear because of a Google chrome setting, my bad there..but i tried to find on the forums why only intel is supported, and if AMD actually works.

If someone could please point me in the correct direction for these answers or just advise me if AMD does or does not work it would be appreciated.

IMO, it just seems that with the current state if the consumer CPU market, AMD is the prevailing chip manufacturing/seller. With AMD not being supporting supported it is cutting out a large portion of possible customers.

Edited October 31, 2020 by r_hammerstein

🔁 Quote

---

**zRelickz**

Z

Members

Content          2
Prestige          0
Warn level          0
Days Won          0

···
Posted November 4, 2020

> On 10/31/2020 at 11:23 AM, Krypto said:
>
> AMD is not currently supported, however, there are plans for AMD releases. Just we don't have a ETA as we are so busy with the customers on Intel at the moment.

Its awesome to hear that there is potential for AMD support in the future. There are so many of us out here wanting to join Ring-1 but can't because of our AMD processors.

🔁 Quote

---

**RollMeOneKenobi**

···
Posted November 5, 2020

> On 10/31/2020 at 11:23 AM, Krypto said:
>
> AMD is not currently supported, however, there are plans for AMD releases. Just we don't have a ETA as we are so busy with the customers on Intel at the moment.

Good to hear. I've got another sub with a different provider but once the last two months on that are done I'm looking to change to something better. Hopefully amd will be implemented by then

Members

Content          1
Prestige          0
Warn level          0
Days Won          0

🔁 Quote

---

## Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

💬 Reply to this topic...

‹  GO TO TOPIC LISTING

Home › Forum › Pre-Sales Questions › Why only intel supported?          ☐ All Activity

Page loaded in 0.382 sec(s)

# EXHIBIT 13(k)

We only support Intel CPUs and Win 10. Our software will not work if you have an AMD processor!   x

Sign Up

Browse   Videos   Store   Status   Activity   Support

Search...

Forums   Blogs   Staff   Online Users   Leaderboard

Home > Forum > General Discussion > cold war zombies xp not sticking

All Activity

# cold war zombies xp not sticking

B   By Bzrk,
January 6 in General Discussion

Share   Followers   0

Start new topic   Reply to this topic

---

**Bzrk**

B

Posted January 6 (edited)

i start up public match with me as host and after 20 rounds i end the game i get a crash and nothing saves

Edited January 6 by Bzrk

＋ Quote

Members ★

⟳ Content        2
♡ Prestige       0
! Warn level     0
🏆 Days Won       0

---

**Bzrk**

B

Author

Posted January 6

> On 1/6/2021 at 8:30 AM, Krypto said:
>
> when you are on Exfil, you have to uncheck the boxes that you have ticked or the game will crash,

i got it working now but how can the players receive  camos ?

＋ Quote

Members ★

⟳ Content        2
♡ Prestige       0
! Warn level     0
🏆 Days Won       0

---

# Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

💬 Reply to this topic...

‹ GO TO TOPIC LISTING

Home > Forum > General Discussion > cold war zombies xp not sticking

All Activity

Page loaded in 0.247 sec(s)

# EXHIBIT 13(l)

We only support new DPIs and Win 10. Our software will not work if you run an Intel processor!

Home > Forum > Pre-Sales Questions > Purchase, no access

≡ All Activity

# Purchase, no access

By darkrounge,
January 16 in Pre-Sales Questions

⮐ Share    Followers 1

Start new topic    Reply to this topic

---

**darkrounge**    Posted January 16

Hello,

I reactivated my subscription but now have no access to the forums?

🔒 Quote

Members ★

⬡ Content    16
⬡ Prestige    0
⬡ Main Level    0
⬡ Days Won    0

---

**darkrounge**    Author    Posted January 16

Awesome thank you 👍

🔒 Quote

Members ★

⬡ Content    16
⬡ Prestige    0
⬡ Main Level    0
⬡ Days Won    0

---

**darkrounge**    Author    Posted January 16

> On 1/16/2021 at 2:22 PM, Krypto said:
>
> how you should. Could you please refresh.

I can't see the cheat on the loader?

🔒 Quote

Members ★

⬡ Content    16
⬡ Prestige    0
⬡ Main Level    0
⬡ Days Won    0

---

**J3ster**    Posted January 16

> On 1/16/2021 at 7:22 PM, darkrounge said:
>
> I can't see the cheat on the loader?

Instructions on how to use loader: https://rine-1.io/forums/topic/1826-rine-1-injection-guide/

🔒 Quote

Support

⬡ Content    196
⬡ Prestige    20
⬡ Main Level    0
⬡ Days Won    7

---

**darkrounge**    Author    Posted January 16

> On 1/16/2021 at 7:31 PM, J3ster said:
>
> Instructions on how to use loader: https://rine-1.io/forums/topic/1826-rine-1-injection-guide/

Everything works well. I used the cheat just 3 days ago. It expired and I repurchased the cheat.

I just haven't got it added to my account. I have forum access but need loader access to the cheat I purchased - fml. Let Loose.



🔒 Quote

Members ★

⬡ Content    16
⬡ Prestige    0
⬡ Main Level    0
⬡ Days Won    0

---

**darkrounge**    Author    Posted January 20

Any help with this please?

🔒 Quote

Members ★

⬡ Content    16
⬡ Prestige    0
⬡ Main Level    0
⬡ Days Won    0

---

## Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

💬 Reply to this topic...

---

# EXHIBIT 14







# Ring-1

Reviews 12 • Poor

2.1

ring-1.io
Visit this website

Write a review

## Reviews ★ 2.1

12 total

| | | |
|---|---|---|
| 5-star | | 0% |
| 4-star | | 8% |
| 3-star | | 0% |
| 2-star | | 0% |
| 1-star | | 92% |

Filter Sort: Most relevant

**Ken**
16 reviews US

Updated Nov 15, 2021

### Junk.

Junk.
Force you to pay a subscription or it doesn't work.
Your not allowed to log in.
Junk.
This how the chinese government watches you.

**Date of experience:** November 15, 2021

Useful Share

**Joe Oliva**
1 review US

Sep 19, 2021

### I have purchase over 20 cameras and...

I have purchase over 20 cameras and Ring doorbells along with a protection warranty. I believe their warranty is useless because they come up with reasons not to cover me. They say I purchased the warranty after I had the cameras and Britney the last agent I spoke to said she could not find any warranty for me.

**Date of experience:** September 19, 2021

Useful Share

**Company activity** See all

- Unclaimed profile
- No history of asking for reviews
- People review on their own initiative

Our 2022 Transparency Report has landed
Take a look

Is this your company?
Claim your profile to access Trustpilot's free business tools and connect with customers.
Get free account

The Trustpilot Experience
We're open to all
We champion verified reviews
We fight fake reviews
We encourage constructive feedback
We verify companies and reviewers
We advocate against bias
Take a closer look

Ring-1

2.1

ring-1.io Write a review

SL SleepyJoe
1 review GB

Apr 29, 2021

**BRICKED MY GOD DAM PC!**

I wish i never purchased this trash...
Bought a month of rust since the site said it was undetected, checked my pc met the requirements and ran the loader and logged in, it then told me it would reboot my computer and my computer turned off and now whenever it turns on the screen just flickers with lines on it, i talked to the staff and they just laughed and banned me.

JOKE OF A SITE!

**Date of experience:** April 29, 2021

Useful 2 Share

AN AnonymeAvis
3 reviews FR

May 29, 2021

**just a scam and ban me from forum**

Buy a Rust cheat in crytpo 120€ 30days licence.
Got banned two time, two account, in 3 hours.
Not all functions of hack works its poor.

Staff ban me when i say "i have save the support ticket."
Because they refuse refund a detected expensive cheat. I lost 2 account and 120€.

Do not buy on Ring-1 !

**Date of experience:** May 29, 2021

Useful Share

IA Ian
1 review US

Feb 22, 2021

**Trash**

Probably one of the most abusive, and immature Staff team I've ever seen. There is 0 support, they flame you when you use the correct forum to ask a question, and they're extremely rude. I purchase a COD package and had to wait 5 days to even be able to login, and wasn't refunded (even though it was their fault I couldn't log in) for my 30 day subscription. Will never use them again.

**Date of experience:** February 22, 2021

Useful 1 Share

Trustpilot

Categories    Blog    Log in

For businesses

## Ring-1

★★☆☆☆  2.1  ⓘ

ring-1.io    Write a review

---

**CH**  **Chase Hill**
1 review  ◉ US

★☆☆☆☆                                                Jun 24, 2021

### i purchased $80 cheats then it takes 5…

i purchased $80 cheats then it takes 5 days for support to get back to me. i ask for a refund, they tell me no they dont do refunds, then they ban me after i say im charging back to my bank. HORRIBLE WEBSITE AND TEAM

**Date of experience:** June 24, 2021

👍 Useful        ⌁ Share                                    ⚑

---

**UN**  **UnrealSkybox**
1 review  ◉ US

★☆☆☆☆                                            Updated Mar 2, 2021

### Still selling broken cheat features as if its nothing

They are still selling cold war pro x1000+ slider even though it doesn't even work. I bought it and it wasn't working correctly. I contacted support and they simply told me no refunds. Just don't buy Cold War pro it's a scam, the other cheats are fine though, i guess?? idk

**Date of experience:** March 02, 2021

👍 Useful 1        ⌁ Share                                    ⚑

---

**FF**  **Funky funk**
2 reviews  ◉ US

★☆☆☆☆                                            Updated Dec 20, 2020

### these guys are jsut after your money

these guys are just after your money. There hack is detected and they will not refund your money. The give no support and when u bring an issue to them, they ignore you. Its ran by a bunch of children that have no clue how to run a company or treat their customers. DO NOT BUY

**Date of experience:** December 20, 2020

👍 Useful 1        ⌁ Share                                    ⚑

---

**BH**  **Bob Hatchett**
4 reviews  ◉ GB

★☆☆☆☆                                                Jan 28, 2021

### Hides vital information about…

Hides vital information about compatibility of their software so your left with something that doesn't work then when you ask for refund they ban you blaming you when it's clearly not in the product or the forum

---






**Ring-1**

★★☆☆☆ 2.1 ⓘ

[↗ ring-1.io]  [Write a review]

Date of experience: January 28, 2021

👍 Useful 1    ⌁ Share

---

**HA** **HaZe**
2 reviews   ◎ US

★☆☆☆☆                                    Dec 3, 2020

**Support was fast Cheat was dog**

Support was fast and responsive, but their cheat was Very bad, Crashed every time i
injected, i did everything right, also my discord is HaZe#8151 if you need proof that
the cheat is so bad i have 10+ clips of it.

Date of experience: December 03, 2020

👍 Useful 1    ⌁ Share

---

See Trustpilot reviews directly in                                    ✕
your Google searches

[ **Get Chrome Extension** ]

---

**OT** **oc team**
3 reviews   ◎ IT

★☆☆☆☆                                    Mar 17, 2021

**Dont buy this cheat are soo bad**

Dont buy this cheat are trash he destroy ur PC up i mean the r6 destroyed my bios
and I couldnt start the pc even if I reinstall windows i had to flash my bios

Date of experience: March 17, 2021

👍 Useful 1    ⌁ Share

---

**xStrix**
2 reviews   ◎ LU

★★★★☆                                    Aug 10, 2021

**Worth the bucks**

Worth the bucks, the lack of communication between Admin, Staff, and Customers
makes it a bit trouble-making.

Date of experience: August 10, 2021

👍 Useful    ⌁ Share

---



### Worth the bucks

Worth the bucks, the lack of communication between Admin, Staff, and Customers makes it a bit trouble-making.

**Date of experience:** August 10, 2021

👍 Useful    ⌃⌄ Share        🚩

| Previous | 1 | Next page |

### Is this your company?

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

★ Trustpilot

**About**
About us
Jobs
Contact
Blog
How Trustpilot works
Transparency Report
Press
Investor Relations

**Community**
Trust in reviews
Help Center
Log in
Sign up
Chrome App

**Businesses**
Trustpilot Business
Products
Plans & Pricing
Business Login
Blog for Business

**Follow us on**

**Choose country**
🇺🇸 United States ▾

Legal    Privacy Policy    Terms & Conditions    Guidelines for Reviewers    System status    Cookie preferences    Do Not Sell My Info

Modern Slavery Statement

© 2022 Trustpilot, Inc. All rights reserved.

<u>**CERTIFICATE OF SERVICE CM/ECF**</u>

I hereby certify under penalty of perjury that on December 13, 2022, I electronically filed the foregoing document entitled **DECLARATION OF MARC E. MAYER IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ANDREW THORPE**, with the Clerk of Central District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Central District of California's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and I have mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Andrew L. Thorpe a/k/a Krypto
Flat 2
4 Clarence Road
Bridlington
YO15
**Defendant**

/s/ Marc E. Meyer
Attorney for Plaintiffs
E-mail: mem@msk.com