UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDREW THORPE, et al.,<br><br>    Defendants. | Case No. 21-cv-05677-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING**<br><br>Docket No. 64 |

Plaintiffs are companies that own certain online multiplayer video games. They initiated this action against four individuals who Plaintiffs assert are responsible for operating an online business venture called "Ring-1." Ring-1 markets and sells software that enables Plaintiffs' customers to cheat in the games. Plaintiffs settled their dispute with three of the four defendants. They now move for a default judgment against the remaining defendant, Andrew Thorpe.

Having reviewed the motion, the Court orders Plaintiffs to file supplemental briefing and/or evidence on the issues discussed below. The filing shall be made by **January 10, 2023**.

(1) Plaintiffs' investigation shows that Ring-1 "is not a formal legal entity, and is not owned or controlled by a partnership or corporate entity." Mot. at 5. Do Plaintiffs have additional information about what kind of business association Ring-1 is?

///
///
///
///
///
///

  (2)  Plaintiffs have stated that the developers of Ring-1 own the website and Mr. Thorpe runs it for the developers. *See* Mot. at 6. What evidence do Plaintiffs have that Mr. Thorpe was more than just an "employee" of Ring-1 – *e.g.*, that he was a developer of the cheating software sold by Ring-1 or that he has an ownership interest in Ring-1? Did Plaintiffs obtain any information from the settling defendants about Mr. Thorpe's role in Ring-1?

**IT IS SO ORDERED**.

Dated: January 6, 2023

_____
EDWARD M. CHEN
United States District Judge