UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNGIE, INC., et al., | Case No. 21-cv-05677-EMC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ANDREW THORPE, et al., | |
| Defendants. | |

On February 21, 2023, the Court issued its Order Denying Plaintiffs' Motion for Default Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: February 21, 2023

_____
EDWARD M. CHEN
United States District Judge